UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01781-LAK, 1:19-cv-01783-LAK, 1:19-cv-01785-LAK, 1:19-cv-01788-LAK, 1:19-cv-01791-LAK, 1:19-cv-01792-LAK, 1:19-cv-01794-LAK, 1:19-cv-01798-LAK, 1:19-cv-01800-LAK, 1:19-cv-01801-LAK, 1:19-cv-01803-LAK, 1:19-cv-01806-LAK, 1:19-cv-01808-LAK, 1:19-cv-01809-LAK, 1:19-cv-01810-LAK, 1:19-cv-01812-LAK, 1:19-cv-01813-LAK, 1:19-cv-01815-LAK, 1:19-cv-01818-LAK, 1:19-cv-01869-LAK, 1:19-cv-01870-LAK, 1:19-cv-01894-LAK, 1:19-cv-01918-LAK, 1:19-cv-01922-LAK, 1:19-cv-01926-LAK, 1:19-cv-01928-LAK, 1:19-cv-01929-LAK, 1:19-cv-01931-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

## NOTICE OF APPEARANCE

*To the Clerk and all parties of record*:

Please take notice that Thomas E.L. Dewey hereby appears as counsel for defendant Michael Ben-Jacob in the above-captioned actions and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: New York, New York    DEWEY PEGNO & KRAMARSKY
May 9, 2019

By: _____
Thomas E.L. Dewey, # TD-6243
777 Third Avenue, 37th Floor
New York , NY 10017
Tel.: (212) 943-9000
Fax: (212) 943-4325
tdewey@dpklaw.com