# Exhibit 27, Part 5 of 15

## Account managers' control obligations

The account manager's compliance with their control obligations is monitored by the account manager's internal and external auditors, see section Audit at account managers.

## Business processes and control and security measures

The account manager's business procedures and control and security measures relating to the VP system must be prepared on the basis of VP's guidelines and must at least comply with the provisions herein.

One of the minimum requirements is that the rules laid down by VP based on the Executive Order on Registration and approved by the Danish Financial Supervisory Authority, see section VP's set of rules in General, must be incorporated into the account manager's business procedures.

## Account terms and conditions

When opening a VP account, the account holder must be provided with the account manager's terms and conditions for the management of the account. VP has set out a number of minimum requirements for the content of the account terms and conditions, see Business Guide, Registration Guide, 01 Account Terms and Conditions.

## Testing reviews

Account managers are obliged to review the notifications received before they are reported to VP.

A completed test must be documented to VP in accordance with the provisions of the Executive Order on Registration.

See Business Guide, Registration Guide, 01 Account Manager, Trial

## Reporting of notifications

Approval of employees
Reporting of notifications may only be carried out by employees who have been approved by the account manager to carry out registration work in the VP system, cf. Business Guide, Registration Guide, 01 Account conditions
Deadline for reporting
Notifications received within the account manager's processing time for VP notifications must be tested and reported to VP without delay, see Business Guide, Registration Guide, 01 Account manager, Testing.

Registration options
The result of the test carried out determines which of the following registration options is applicable:
- Registration as notified
- Registration with deadline
- Preliminary registration
- Rejection from registration

See Business Guide, Registration Guide, 01 Account Manager, Registration.

## Checking the output

Reports to VP are documented to the account managers in the form of output from the VP system.

Output data from unconverted parts of the VP system
There is output data that account managers are obliged to receive and output data that it is voluntary to receive. Agreements on output data - including delivery method - are stated in the connection agreement.

The account managers are obliged to check the received output according to the guidelines stated in VP's instructions.

Output data (info) from converted parts of the VP system
Account managers must retrieve relevant information or make queries themselves from converted parts of the VP system. The information The information must be used and processed in accordance with the descriptions in the system manual.

## Decentralized sending of customer notifications

When sending customer messages to account holders and any rights holders in a decentralized manner, special minimum requirements are set for the business procedures of the account managers and their data centers, see Business Guide, Registration Guide, 01 Account manager, Decentralized sending of customer messages.

The contract holder's external or internal auditors must issue a special statement to VP in this connection, see the business guide.

## Reduced printing/opting out of customer notifications

In case of reduced printing or opt-out of customer notifications, the contract holder's external or internal auditors must make special declarations to VP, see the business guide.

## Return mail

Customer messages sent centrally or decentrally with incomplete or incorrect address information are returned as unaddressed to the account manager's complaint addresses.

Account managers must ensure that employees who receive and process returned customer messages do not have access to register in the VP system, see Business Guide, Registration Guide, 01 Account manager, Decentralized sending of customer messages.

Upon receipt of returned mail, account managers must obtain and register correct address details of the affected customers and resend the returned customer messages.

If correct address information cannot be obtained immediately, the returned item must be stored at the complaint address until such information is available, but for a maximum of 5 years.

## Storage of receipt material

Account controllers and their data centers must keep documentation for input and output data in accordance with the provisions of the Bookkeeping Act and related executive order and guidelines.

## Audit at the account manager's office

### Audit information in the connection agreement

The connection agreement contains the name and address details of both the contract holder's internal and external auditors.

The auditors are authorized to request information from VP, e.g. in the form of information

extracts. VP is authorized to contact the contract holder's auditors.

In the following cases, the connection agreement must contain a statement from the contract holder's internal or external audit that account managers under the contract holder have adequate security procedures for handling them:

•    Decentralized sending of customer notifications
•    Reduced printing of customer messages during extraction runs 3
•    Opting out of notifications about assigned dishes
•    Opting out of customer notifications on trades

Please note
When changing between internal and external auditors, all audit information and auditor statements must be renewed.

### Audit assistance for master password disclosure

In exceptional cases, VP's Clearing & Custody Services may provide a new master password to a contract holder.

In such situations, Clearing & Custody Services will contact the contract holder's internal or external auditors and agree on a password, which the auditors must pass on to the employee authorized by the contract holder to be informed of the master password.

By informing Clearing & Custody Services of the agreed password, the employee in question can then obtain the contract holder's master password.

Clearing & Custody Services confirms in writing the disclosure of the master password to the contract holder with a copy of the confirmation for the contract holder's audit and a copy for endorsement by the contract holder.

The contract holder confirms the incident and returns a copy of the letter.

### Audit tools

Query right via standard terminal
The account manager's internal auditors can obtain query access to the VP accounts covered by their audit assignment. The scope of query access is the same as that of the account managers.

The question access can be created in 2 ways:
•    The contract holder's master user creates the audit as a terminal user with query access.
•    The audit is assigned its own identification in the VP system - a separate CD ID - which is given query access when submitting attachments to the connection agreement.

SYSTEM GUIDE

Information extraction
The connection agreement authorizes both the internal and external auditors to request information extracts from VP, either via standard terminal or by submitting an order to Clearing & Custody Services.

Examples of information extraction include inventory summaries, covering either a range of VP account numbers or all of an account manager's VP accounts.

When ordering information extracts via Clearing & Custody Services, VP checks that the requester is identical with one of the contact persons at the relevant audit specified in the connection agreement, and the ordered extract is sent to the audit address stated in the connection agreement.

Smaller information extracts can be ordered by phone. In such cases, Clearing & Custody Services will make a control call to one of the contact persons, see above.

All information extracts are invoiced according to the price list and delivered as described in

General information extracts.

Documentation of unauthorized system access attempts
Unauthorized attempts to access the system from standard or passthrough terminals are registered in VP, which documents such attempts to the contract holder's internal or external auditors for follow-up purposes, cf. the provisions of the connection agreement.

Documentation is provided by submitting the list "Rejected system access attempts - contract holder" (KAUTL01), see Technical guide, 0X Output descriptions - ed. other lists KAUTL01 Rejected system access attempts - contract holder.

Documentation of user incidents related to vp.ONLINE
In connection with vp.ONLINE, the following events are recorded: user creation, change of user rights, PIN code ordering, user suspension, closing and reopening of users and physical deletion of web access for closed users. The registration is documented for the contract holder's internal or external audit.

Documentation is provided by sending the list KAUTL05 Event log for vp.ONLINE User Administration, see ), see Technical guide, 0X Output descriptions - ed, Other lists KAUTL05 Event log for vp.ONLINE User Administration

Copy of customer messages
An audit can be sent copies of sent customer messages.

This can be done in 2 ways:
> The audit registers itself as the rights holder (correspondence recipient) on the VP accounts, for which such copies are requested, see section

* i
* The auditor allows the account manager(s) covered by the audit assignment to enter into an agreement with VP on delivery of the list "Copy of customer message - daily registration" (DK13L02) for all the account manager(s)' VP accounts.

VP forwards the list to the account manager(s) who are responsible for forwarding it to the auditors.

SYSTEM GUIDE

## Controls performed by VP

Online controls

Access controls

A number of controls are built into VP's communication system to ensure that there is no unauthorized access to VP's records.

The communication system consists of the following elements:
• Data transfer
• Participant authorization
• User authorization
• Data center connectivity
• Terminal connection

The following is a description of how each element works. Data transfer
Data transfer between the participant group and VP can be done in the following ways:
• Data communication
• Cassettes and tapes
• Paper output from VP

1) Data communication
Data communication between VP and the individual data centers or standard terminals is based on fixed circuits in the form of hardwired lines where both sender and receiver are defined.

For individual terminal connections, the public data network is used, but in such a way that the security is the same as when using fixed circuits. This is achieved by the individual standard terminal and VP forming a closed user group that no other terminals can call.

Line cryptography is also offered as a special service on the VP network.

To minimize the security risk, terminals that are not in use should be deleted from the network.

In the event of a line outage, data centers can use dial-up connections (dial-up connections) after a control call from VP. The control call means that the same security is achieved as with leased lines.

2) Cassettes and tapes
When sending large amounts of output data to a single data center as a result of large periodic runs, the data center in question can agree with VP that the shipment is made using cassettes or tapes.

In the event of a line outage, data centers can also use cassettes/tapes to send transactions to the VP and receive output from the VP.

Transactions received by VP on cassettes/tapes are subject to the same checks as transactions received over the line.

3) Paper output from VP
Participants can choose to have VP print output for mailing via the postal service. The creation of paper output is based on access-controlled transactions.

Participant authorization
VP assigns each participant an identification number (CD-IDENT).

When connecting to VP, participants choose, based on their business areas, which of the VP system's functional areas to use (account manager, issuer manager, settlement manager, etc., see Business Guide, section 02 Types of connection).

The individual participant is authorized to use a given functional area by VP registering in its participant register under the relevant CD-IDENT which transaction types the participant may report.

The contract holder has the option, via the reorganized system, to see what information is registered on him (D462 to D466, see VP standard system Menu items per connection function).

User authorization
Each user of a standard/throughput terminal must be registered in VP's communication system. The registration is made by the participant's master user, which authorizes the terminal user to report transactions that fall within the participant authorization.

When reporting transactions, VP's communication system checks the terminal user's user identification (USER-ID) and password and that the user is authorized to report the transactions in question.

If a terminal user uses the wrong password 4 times, the communication system locks the USER-ID, which remains locked until reopened by the participant's master user.

As documentation, VP sends the list "Rejected system access attempts - contract holder" (KAUTL01) to the contract holder's control address, internal or external audit.

Please note
When connecting through a data center, participants are responsible for establishing a secure access control system.

However, this does not apply when using passthrough terminals, see 18 Control and audit. Data

center connection
Transactions reported via a data center can only be received in VP in a VP-defined standard format.

Each transaction is access controlled based on the following transaction details:
•    Data Center Identifier (DC-ID), which is a unique identification of the individual data center assigned by VP
•    Communication identification that connects CD-IDENT and DC-ID
•    Submitter identification (SUBmitter ID). The CD-IDENT is used as the REGISTRANT ID.


The following checks are carried out:

Control A
Check that the transaction originates from the data center (DC-ID) specified in the transaction:
•    When submitting over the line, check that the transaction has been received from the physical connection to the data center in question.
•    When submitting on cassette or tape, check that its "head" - the header information - contains the DC-ID of the sending data center. It is manually checked that this DC-ID matches the cassette/tape tracking slip and that all transactions on the cassette are marked with the checked DC-ID.

Control B
The relationships between the REQUESTOR ID and the DC-ID are checked. In addition, it is checked that the transaction is within the REQUESTOR ID's participant authorization.

If a data center attempts to submit transactions for a VP participant that is not related to the data center in question, or if transactions are submitted that are outside the REGISTRANT ID's participant authorization, VP will reject the submitted transactions and forward the "Rejected system access attempts - data center" list (KAUTL02) to the data center's control address or audit. For processing of the list, please refer to VP's technical guide.

Please note
It is the data center that builds the transaction and it is the data center's responsibility to ensure that the transaction in question actually originates from the specified REQUESTOR ID.

It is also the responsibility of the data center to perform authorization checks on individual terminal users submitting transactions to the data center, unless a pass-through terminal is used.

Output data
The sending of output to the data center is automatically controlled according to the participant registry output information for the respective CD-IDENT.

Terminal connection
Transactions reported from a standard/pass-through terminal are access controlled by VP's communication system on the basis of the following transaction information:
- terminal identification (TERM-ID), which is a unique identifier assigned to each of the participants' terminal locations
- user identification (USER-ID) assigned by the master user
- the password used
- communication identification linking TERM-ID, USER-ID, CD-IDENT and VP/data center

The check is performed as follows:
The TERM-ID is used to determine the communication identification. The latter is used to determine the USER-ID's authorization area. It is then checked that the correct password has been used and that the reported transaction is within the USER-ID's authorization range.

Output data
The sending of output from unconverted parts of the VP system to participants with terminal connection is automatically controlled in accordance with the participant register output information for the respective CD IDENT.

Output data (information) from converted parts of the VP system can be retrieved by authorized employees of participants connected to VP's new standard system via the system's report/query section by the individual employee's specification of USER ID and password. For the use of the VP standard system, see section 17 VP standard system.

Other online controls

Validation of field content
Check that number fields are filled with numbers and letter fields are filled with letters.

In addition, a reasonableness check is performed, which includes ensuring that the effective date in all transactions, with the exception of trades, is not future. It is also checked that the field content refers to valid data in VP's registers, where such a check is possible.

Examples of the latter are that specified fund codes (ISINs) and VP account numbers are validated using the bond/equity fund register and account register respectively.

Notifier's right of access
A check is made here to ensure that the REGISTRANT ID matches the participant's CD IDENT.

If this is not the case, it is checked whether the transaction was submitted by an update-related participant or by a participant with registered trading authority. If this is not the case either, the transaction is rejected.

Content of the notification
The Executive Order on Registration lays down certain minimum requirements for the content of the notification. Compliance with these minimum requirements is checked manually by the account manager upon receipt of the notification, and VP performs a machine check to ensure that the required fields have been completed.

Inventory control of transfers and trades for immediate settlement
When reporting transfers and trades for immediate settlement, VP performs an automated online inventory check.

See Registration Guide, Inventory control for inventory control of transfers and Clearing Guide, Clearing of trades for immediate settlement (gross settlement).

Controls when performing a settlement run

Inventory control of trades for net settlement
A mechanical check is performed to ensure that there is coverage for reported trades for net settlement.

To ensure settlement of as many transactions as possible, VP's postponement of trades for which there is no cover is in accordance with the general principles set out in the description of VP's multilateral netting, see VP's clearing rules.

See Business Guide, Clearing Instructions, 02 Operation of the clearing and settlement system "Clearing of trades in a settlement run (net settlement)" on the clearing of trades in a settlement run, including VP's sanctions against participants that cause insufficient funds.


## VP's systemrevision

VP has a system audit department. The head of this department - the Head of System Audit - is employed directly by VP's Board of Directors and reports directly to it.

On behalf of the Board of Directors, System Audit's daily work consists - cf. the Executive Order on System Audit - of supervising that VP's systems comply with applicable legislation, that security, control and audit needs are adequately taken into account in the development, maintenance and operation of the systems in operation at VP, and that VP's business procedures are satisfactory and function adequately in terms of security and control.

In addition, it is monitored that VP's manuals describe the necessary controls in relation to the VP system.

Finally, it is monitored that the established security and control measures in VP are adequate and functioning properly.

SYSTEM GUIDE

VP also has an external system auditor elected by the general meeting, whose task is to approve instructions for the system audit department and to ensure that the work of the system audit department complies with the system audit instructions and the Executive Order on System Auditing.

## Overview of controls to monitor

### Controls to look out for

The business guidelines are aimed at contract holders and provide the framework for VP's activities in the form of legal basis etc. and the guidelines also contain a description of the types of connection that VP makes available to participants.

The functionality of the VP systems for registration, clearing and settlement is described in three guides:

Registration Guide and Clearing Guide, which are aimed at the end users of the system. System Guide,

which is primarily aimed at data centers connected to the systems.

The system manual contains functionality descriptions and the technical manual contains structures for input and output data concerning the clearing and settlement system and the registration system. VP's communication with the clientele is described in the Communication Guide.

### 1. Connection agreement

In relation to the VP system, the participant must prepare written, internal business procedures that are suitable to protect against errors and misuse. In terms of level of control, the procedures must at least correspond to t h e  l e v e l  set out in the agreement, any sub-agreements, associated guidelines and rules, supplements, appendices, etc.

1.1 Business processes

1.2 Add-on - communication and technical connectivity
    The participant/data center ensures that all reports to and feedback reports from VP respectively originate from the correct sender and are forwarded to the correct recipient.
    For participants connected via an external data center, it is the participant's responsibility that the data center checks reporting and reporting back.

    1.2.1 Line monitoring is handled by TDC
        VP receives general audit opinion and specific audit opinion regarding VP KryptoNet.
    1.2.2 Control
    1.2.3 Backup/Security
        The participant/data center must ensure that there are well-functioning alternative communication options.
        VP can arrange back-up option outside of VP.

1.3 Partial agreement - account manager
    1.3.1 KA 12 - Safety regulations
        When obtaining information registered in VP, the participant is obliged to comply with the security regulations laid down or imposed by VP.

1.3.2 KA 13 - Responsibility and liability of the safety officer
The participant is responsible for the consequences of their own errors in connection with reporting for registration etc.
When payment details have been correctly transferred to Danmarks Nationalbank or its data center, the participant shall be liable to VP for errors and omissions in connection with the further processing of the details and payments. The same applies when the payment information has been sent to PBS and VP has received an acknowledgement of receipt.

1.4 Partial agreement - issuer manager
1.4.1 UA 6 - Responsibility and liability of the issuer
The participant is liable for losses resulting from their own errors in connection with reporting.

1.4.2 Addendum to issuance
1.4.2.1 Shares and investment fund units etc.
1.4.2.2 Bonds
1.4.2.3 Convertible debt instruments

1.5 Rules on capital preparedness

1.6 Terms of business





**SYSTEM GUIDE**

## 2. The registration order

2.1 Trial and error
2.1.1 At the account-holding institute (KI)
2.1.2 At VP

2.2 Approval of persons
2.2.1 Education and training

2.3 Customer message

## 3. Ruleset B

3.1 Receiving the notification
3.2 Receipt for notification
3.3 Daily turnaround time
3.4 Trial and error
3.5 Reporting of notifications
3.6 Checking receipt material from VP
3.7 Sending customer notifications
3.8 Processing of return mail

## 4. Clearing guide

The clearing guide contains, among other things, the functions that the settlement manager must perform. The functions naturally contain a number of control elements.

4.1 Reporting of trades
4.2 Partner search
4.3 Clearing and settlement
4.4 Lien and security interest management system
4.5 Exclusion of ISINs from settlement
4.6 Settling trades via links with foreign exchanges

## 5. Registration guide

The registration guide contains, among other things, a description of the functions that account managers are responsible for performing. The functions naturally contain a number of control elements.

5.1 The test
    5.1.1 Controllers
    5.1.2 Documentation

5.2 Registration

5.3 Decentralized sending of customer notifications
    5.3.1 Minimum requirements for business processes
        5.3.1.1 Account managers
        5.3.1.2 Data Center
        5.3.1.3 Auditor's report
        5.3.1.4 Return mail



SYSTEM GUIDE

5.4 Account manager functions
The account manager's control obligations are described in section 18 of the system guide.
5.4.1 Establishing/changing VP accounts
5.4.2 Customer sales of securities
5.4.3 Name listing/delisting of shares
5.4.4 Annuity functions
5.4.5 Reorganization of effects
5.4.6 Foreign fund assets
5.4.7 Pledge and security rights
5.4.8 Collateral in DN
5.4.9 Revenue limit

5.5 Functions of the issuing manager
5.5.1 Bonds
5.5.2 Shares and investment fund units etc.

5.6 Large customers


6. System guide

6.1 Control and audit
6.1.1 Account manager's control obligations
Verification of account managers' compliance with their control obligations is carried out by the account managers' internal and external audits
6.1.1.1 Business processes and control and security measures
6.1.1.2 Account terms and conditions
6.1.1.3 Testing reviews
6.1.1.4 Reporting of notifications
6.1.1.5 Checking the output
6.1.1.6 Decentralized sending of customer notifications
6.1.1.7 Reduced printing/opting out of customer notifications
6.1.1.8 Return mail
6.1.1.9 Storage of receipt material
6.1.2 Audit at the account manager's office
6.1.2.1 Audit information in the connection agreement
6.1.2.2 Audit assistance for master password disclosure
6.1.2.3 Audit tools
6.1.3 Controls performed by VP
6.1.3.1 On-line controls
6.1.3.1.1 Access controls
6.1.3.1.2 Other online controls
6.1.3.2 Controls when performing a settlement run
6.1.4 VP's system audit
6.1.4.1 The system audit executive order
6.1.4.2 Oversight of VP's guides
6.1.4.3 Monitoring compliance with security and control measures



SYSTEM GUIDE

# 19 Building information

The legislation requires limited liability companies and investment associations whose shares/investment associations' units are registered with VP to enter into an agreement with one or more account-holding institutions to enable shareholders to have their shares/units registered there at the company's/association's expense and receive notification of dividends, capital increases etc. and annual statements.

The shareholders are entitled to appoint an account-keeping institution to perform the above-mentioned tasks on behalf of the company/association, provided that the institution undertakes the tasks for the company/association at the same cost as the company/association would have paid to the institution with which the company/association has entered into an agreement.

At the request of and on behalf of the Danish Bankers Association, VP has developed a system - the interbank share fee system. The system calculates and transmits an interbank fee from the company's share-issuing institute to the account-holding institutes that hold the company's fund codes. The interchange fee is a compensation to the custodians for the cost of holding the company's shares.

The following can be connected to the interbank share fee system free of charge: Members of the Danish Bankers Association, the Association of Danish Cooperative Banks and the Danish Securities Dealers Association with affiliated credit institutions with special permission. Other central participants can be connected against payment of a connection fee. Further information is available from the Danish Bankers Association.

How to sign up
The form (see forms for instructions "29.1.A Declaration" and "29.1.B Fee list output data") is submitted to VP together with the credit account number (see forms for instructions, "02.3.A Account manager - master information").

It should be noted that counting in the fee systems only takes place from the day registration takes place.


## Fee information system

The fee information system is a service system that continuously counts customer messages and inventory changes.

Signing up for the fee information system
Registration is done per account-holding institution by the contract holder submitting to Clearing & Custody Services the form "29.1.B Output data fee lists" (see forms for instructions), ticked for receipt of the list 'Fee information' (DK30L02). In addition, the form, Master information (see forms for instructions), must be submitted, ticked for participation in the fee information system.

Counting information The system
counts per VP account:

| Shaped messages | For account holders | For the licensee |
|---|---|---|
| Change notification | x | x |
| Change notice when subscribing for new shares | | x |
| Account statement | x | x |
| Annuity Advice | x | x |
| Withdrawal notification | x | x |
| Dividend announcement | | x |
| Change notice for dividend reinvestment | x | x |

| Notification of assigned dishes | | x |
|---|---|---|

SYSTEM GUIDE

| Notification of change of ISIN | | x |
| --- | --- | --- |

The system counts per fund code (bonds and shares):
• Nominal holding
• nominal revenue

The account-holding institutions can request the above information per VP account.

Provision of fee information
The data is delivered twice a year over the line to the data center of the account-holding institution. The information is documented in the 'Fee information' list (DK30L02) with status on the last trading day in the months of May and November.

The list is delivered successively after daily and periodic updates on the first Friday after the last trading day. If the last trading day is a Friday, the list is delivered the same day after daily and periodic updates.

Resetting fee counters/opting out of the fee information system
After the semi-annual fee information deliveries, VP resets all fee counters.

No output with documentation of the content of the reset fee counters will be sent out. Withdrawal

from the fee system must be made in writing to Clearing & Custody Services.

Deleting inventoried accounts
Every year in mid-January, VP deletes accounts whose fee counters are 0.

Settled accounts with information in the fee counters (i.e. accounts settled in December) are deleted after resetting the counters in the fee run at the end of May.

## The interbank share fee system

The Interbank Share Fee System is a service system that transfers an interbank fee from the share issuing institution to the account holding institution for each occurrence of a given fund code.

In addition, the system counts transactions, messages, etc. as statistical information for the account-holding institutions and the share-issuing institutions.

Interbank fee
The Danish Bankers Association has recommended using a fixed price in the interbank share fee system. This interchange fee, which includes VAT, is set by the Danish Bankers Association and is recommended for all fund codes in the system.

To facilitate updating of the interchange fee, the Danish Bankers Association has appointed a central participant that centrally updates the interchange fee on all fund codes in the equity fund register. Two fees are entered, one for fund codes with share type = invest and one for other fund codes. This means that the prices already entered will be overwritten by the interchange fee. It is subsequently possible for the settlement institution to
ændre interbankgebyret via transaktionen "OPDATER INTERBANKGEBYR".

Information in the system
The system includes the following information per VP account:
• number of fund codes (bonds and shares)

- number of dividend notifications (account holders)

- Number of notifications about the allocation of dishes (account holders)
- number of notifications of subscription of new shares (account holders)
- number of ISIN change notifications

Bond fund codes are only counted when there are shares in the account.

Notices to licensees are counted in the fee information system.

Providing fee information
Fees are calculated twice a year, with the status as of May 31 and November 30, respectively. The calculation runs take place on the last trading day of the months mentioned.
All fee counters are reset after the semi-annual calculation.

Please note
After the fee run on May 31 and the resetting of fee counters, VP deletes calculated accounts. Deleted accounts are documented in the 'Journal of deleted accounts' list (DK77L01).

Output data
The content of the lists (NG07L01, NG07L02, NG07L03, NG07L06 and NG07L07) that the central participants receive according to their connection is described later in this section.

The list NG07L02 is voluntary. Other lists are mandatory and will automatically be sent to the account holding institution and share issuing institution respectively.

THE OPERATION OF THE SYSTEM
The system calculates a fee per VP account per fund code that has been or is present at the time of calculation.

Updates and queries are made via the "INTERBANK SHARE CITY SYSTEM" (primary menu item 03.07.07.07) where the following options are available:

| 01 | OPGB | UNSUBSCRIBE KI FROM INTERBANK AGREEMENT |
| 02 | SLGB | GENETABLER INTERBANK AGREEMENT FOR KI |
| 03 | OPAF | CREATE CONTRACT INSTITUTE |
| 04 | ÆNAF | CHANGE THE APPOINTMENT INSTITUTION |
| 05 | OPOP | UPDATE INTERCHANGE FEE |
| 06 | FROP | REQUEST AN INTERCHANGE FEE |
| 07 | OPGE | UPDATE INTERCHANGE FEE GLOBALLY |

01 UNSUBSCRIBE KI FROM INTERBANK AGREEMENT
All banks are automatically included in the interchange fee agreement with the fee set by the Danish Bankers Association. If an account-holding institution does not wish to hold a fund asset for its depositors for the interchange fee and thus does not wish to join the interchange fee agreement, this must be reported per fund code using the transaction "REMOVE KI FROM INTERBANK AGREEMENT".

02 GENETABLER INTERBANK AGREEMENT FOR KI
If an account-holding institution without an interbank exchange agreement subsequently wishes to join the agreement, it can sign up again per fund code via the transaction "REESTABLISH INTERBANK AGREEMENT FOR KI".

03 CREATE CONTRACT INSTITUTE
The settlement institution is the account-holding institution that has entered into a price agreement with the limited liability company for its fund codes.

It is the company's share-issuing institution that sets up the contract institution. In cases where it is not the share-issuing institution itself, the contract institution must approach the share-issuing institution to be set up as a contract institution.

04 CHANGE THE APPOINTMENT INSTITUTION
Only the share-issuing institution can make changes regarding the contract institution.

05 UPDATE INTERCHANGE FEE
Once the share-issuing institution has established the agreement institution, it is the agreement institution that subsequently registers any deviating interchange fee. It is the annual fee (in pennies) that must be reported (see point 07).

06 REQUEST AN INTERCHANGE FEE
It is possible to request one or more interchange fees via the "REQUEST INTERBANK FEE" transaction.

Please note that the query can be found under the "INTERBANK ACTIEGEBYRSYSTEM" menu and not under the general query menu.

07 UPDATE INTERCHANGE FEE GLOBALLY
The update, which can only be made by the central participant selected by the Danish Bankers Association, is done via this transaction.

Two fees are entered, one for fund codes with share type = invest and one for other fund codes. The

update is done the same day the fee is entered, after a daily update.

Payment processing of interchange fees
Clearing of interchange fees as of May 31 and November 30 is done via the transfer service in PBS. The debit is made 5 banking days later and the credit is made 6 banking days later.

Clearing is carried out via PBS per fund code between the share-issuing institution (debit) and account-holding institutions (credit). Payment intermediation takes place between the cash account numbers stated by the share-issuing institution and the account-holding institution.


Bookkeeping entries for account operator - Interbank share fee (NG07L01)
Content
The list contains per VP account:
• fund code
• interchange fee

Printing criteria
The list is created on May 31st and November 30th and is delivered unedited over the line.

Receiver
Account holding institutions enrolled in the interbank share fee system with the relevant fund code.


Statistics on reported fund codes interbank stock fee (NG07L02)
Content
The list contains per VP account the count of:
• fund codes (stocks and bonds)

and the individual fund code's share of:
- dividend announcements
- Notifications on the allocation of dishes
- announcements regarding subscription of new shares
- notifications of fund code

changes since the last count.

Printing criteria:
The list is created on May 31st and November 30th and is delivered unedited over the line.

### Receiver

Account holding institutions without enrollment in the interbank share fee system for one or more limited liability companies.

### Clearing basis to share issuing institution - Interbank share fee (NG07L03)

Content
The list contains per fund code:
- interchange fee

Printing criteria
The list is created on May 31st and November 30th and is delivered unedited over the line.

Recipient Share-issuing
institutions

### Statistics for share issuing institution - Interbank share fee (NG07L06)

Content
The list contains per fund code:
- background code number
- background code share
- Share dividend announcements
- Share of notifications about the allocation of dishes
- share notices on subscription of new shares
- Share of fund code change notifications

Printing criteria
The list is created on May 31st and November 30th and is delivered unedited over the line.

Recipient Share-issuing
institutions

### Statistics for account operator - Interbank stock fee (NG07L07)

Content
The list contains per VP account number per fund code:
- background code share
- Share dividend announcements
- Share of notifications about the allocation of dishes
- share notices on subscription of new shares
- Share of fund code change notifications



Printing criteria
The list is created on May 31st and November 30th and is delivered unedited over the line.

Receiver
Account management institutes.

# SYSTEMVEJLEDNINGEN



Sidst redigeret d. 19. december 2011

VP SECURITIES
WEIDEKAMPSGADE 14
P.O. BOX 4040
DK-2300 COPENHAGEN S
P: +45 4358 8800
F: +45 4358 8810
E: CUSTOMER@VP.DK
W: VP.DK

# SYSTEMVEJLEDNING

---

## Indhold

**01 VP kontoen** ........................................................................................ **5**
  Kundemeddelelser ................................................................................. 7
  Transaktioner ...................................................................................... 13
  Rettighedshaverdelen ......................................................................... 18
  Fuldmagtsdelen ................................................................................... 22
  Postnummerfordelingen på portotaksering ..................................... 25
**02 Transaktioner og infomeddelelser** .................................................. **27**
  Systemoverblik for periodiske funktioner ........................................ 27
  Systemoverblik for automatisk pant .................................................. 43
  Systemoverblik for clearing og settlement ....................................... 47
  Systemoverblik for papirfilter for udenlandske værdipapirer ........ 48
  Systemoverblik for investeringsforeningsklassifikationer ............. 48
**03 Funktionsbeskrivelser** ..................................................................... **49**
  Clearing og Settlement ....................................................................... 49
  Rente- og udbyttefunktioner .............................................................. 93
  Kontogrupperinger ............................................................................ 105
  Automatisk pant ................................................................................. 116
  Investeringsforeningsklassifikation ................................................. 157
  Matematisk udtrækning ..................................................................... 160
  Investorønsker .................................................................................... 164
  BIC ....................................................................................................... 168
  Corporate Actions .............................................................................. 174
  VP kontoen ......................................................................................... 188
  Sikkerhedsstillelse i Danmarks Nationalbank (DN) ....................... 202
  VP Fondsregister ................................................................................ 203
  Omsætningsbegrænsning ................................................................... 203
**04 Fondsregistret for obligationer** ..................................................... **210**
  VP-registrerede obligationer ............................................................. 211
  Fysiske obligationer ........................................................................... 212
**05 Renteterminsbehandling** ................................................................. **214**
  Rentebehandling ................................................................................. 214
  Renteberegning ................................................................................... 219
  Likviditetsstyring ............................................................................... 220
  Betalingsformidling ............................................................................ 221
  Påmindelse om ændring af variabel rentesats .................................. 223
  Påmindelse om ændring af variabel krydskurs ................................ 224
  Ændring af PI-kontonummer rente .................................................... 224
  Beredskabsplan for tilbagekaldelse af rente ..................................... 225
**06 Udtrækning** ....................................................................................... **238**
  Behandling af udtrækning .................................................................. 238
  Udtrækningskørsel .............................................................................. 242
  Beredskabsplan for tilbagekaldelse af udtrækningsprovenu .......... 247
**07 Aktiefondsregistret** .......................................................................... **257**
  Etablering af udstederoplysninger (aktier/investeringsforeningsbeviser) ......... 258
  Ændring af udstederoplysninger (aktier/investeringsbeviser) ....... 258
  Etablering af værdipapiroplysninger ................................................ 259
  Ændring af værdipapiroplysninger (aktier/investeringsbeviser) .... 260
  Etablering af udbytteoplysninger – danske aktieselskaber ............. 261
  Etablering af udbytteoplysninger – danske investeringsforeninger ...... 262
  Etablering af udbytteoplysninger – udenlandske selskaber ............ 263
  Etablering af tildelings- og tegningsoplysninger ............................. 264
  Etablering/ændring af fondskodeoplysninger for fysiske aktier .... 266
  Ændring af årsultimokurs .................................................................. 266



Forespørgsel på aktier m.v. i VP Fondsregister ......................................................................... 267
08 Emission af aktier ................................................................................................................ 268
   Registrering i VP .................................................................................................................. 268
   Tegning med fortegningsret for nuværende aktionærer ....................................................... 269
   Skift af ISIN ........................................................................................................................ 276
   Fondsaktieemission ............................................................................................................. 277
   Tegning med fortegningsret i teknisk fondskode/ISIN ......................................................... 277
   Tegning med fortegningsret for fysiske aktieklasse ............................................................. 277
   Tegning uden fortegningsret ............................................................................................... 278
   Løbende emission ............................................................................................................... 279
   Kapitaludvidelse i et udenlandsk selskab med en delmængde i VP ....................................... 279
   Indfrielse af aktiekapital ..................................................................................................... 280
   Emission af papirer med omsætningsbegrænsning ............................................................... 280
09 Tegningsadministration ...................................................................................................... 281
   Rekvisition af tegningsindbydelse ....................................................................................... 281
   Indlæggelse af tegningsønske ............................................................................................. 281
   Ændring/nulstilling af tegningsønske ................................................................................... 282
   Annullering af tegningsønske .............................................................................................. 282
   Rekvisition af samlet maksimal tegning ............................................................................... 283
   Rekvisition af maksimal tegning .......................................................................................... 284
   Annullering af tegningsrekvisition ....................................................................................... 285
   Rekvisition af oversigt over ubenyttede retter...................................................................... 285
10 Navnenotering af aktier og investeringsbeviser ................................................................. 287
   Noteringssteder .................................................................................................................. 287
   Notering og afnotering af eksisterende beholdning............................................................... 287
   Navnenotering af anden person end VP-kontohaver ............................................................ 288
   Etablering af "nominee" konto ............................................................................................ 290
   Ejerbogsfører ..................................................................................................................... 291
11 Corporate Action - udbyttebehandling ................................................................................ 293
   Udbyttebehandling, danske investeringsforeninger .............................................................. 301
   Udbyttebehandling, udenlandske selskaber ......................................................................... 312
   Procedure for tilbagekaldelse af udbytte ............................................................................. 320
   Teknisk udbytte (teknisk udlodning) ................................................................................... 320
   Uddata ............................................................................................................................... 321
12 Corporate Action .................................................................................................................. 326
   Ændring af aktiestørrelse .................................................................................................... 328
   Ændring af aktiekapital ....................................................................................................... 329
   Tildeling af fondsaktier/fondsandele (uden handle med retter) ............................................. 330
   Spaltning på grundlag af investorønsker .............................................................................. 331
   Spaltning af et selskab ....................................................................................................... 332
   Fusion................................................................................................................................. 333
   Sammenlægning af ISINs .................................................................................................... 333
   Ophør med registrering ...................................................................................................... 334
   Dannelse af betalinger ........................................................................................................ 338
   Behandling af betalinger fra corporate actions ..................................................................... 338
   Rekvisition af ny ejerbog .................................................................................................... 341
   Skift af ISIN ....................................................................................................................... 341
   Beregnings af udbytte på tidligere gemt beholdning ............................................................ 342
   Ekstraordinær obligationsindfrielse (CA) via ny ISIN ........................................................... 343
   Konvertering af ordinært renteprovenu til nye aktier ........................................................... 344
   Ændring til eller fra Non par value....................................................................................... 345
   Kapitaludlodning ................................................................................................................ 346
   Prædefinerede corporate actions ........................................................................................ 348
   Handlinger der anvendes i de prædefinerede corporate actions............................................ 351

Uddata ................................................................................................................................. 354
ffentliggørelsestyper for corporate actions.......................................................................... 364
Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype ........................................... 364
13 Informationsmuligheder ................................................................................................. 371
Generelt om informationsudtræk ........................................................................................ 371
Oversigt ............................................................................................................................... 372
On-line forespørgsler .......................................................................................................... 373
Informationsudtræk ............................................................................................................. 373
14 Testsystem ...................................................................................................................... 379
15 Driftsafvikling ................................................................................................................ 380
Oversigt over afviklingsdøgn i VP (PROD.).......................................................................... 380
Slutmarkeringslister............................................................................................................. 382
Linieovervågning ................................................................................................................. 383
Levering af uddata............................................................................................................... 384
Nødprocedurer .................................................................................................................... 384
Beredskabsplaner ved driftsforstyrrelser i VP ..................................................................... 386
Beredskabsplan for tilbagekaldelse af periodiske betalinger .............................................. 390
Oversigt oer afviklingsdøgn i VP (DEMO Test) ................................................................... 390
16 Årsultimo ........................................................................................................................ 394
Aktiviteter ved årsultimo...................................................................................................... 394
17 VP-standardsystem ........................................................................................................ 398
Terminalbetjening – omlagt system ..................................................................................... 399
Terminalbetjening – ej omlagt system ................................................................................. 417
Terminalbetjening – vp.ONLINE™ ....................................................................................... 428
18 Kontrol og revision ........................................................................................................ 430
De kontoansvarliges kontrolforpligtelser ............................................................................. 431
Revision hos de kontoansvarlige.......................................................................................... 433
Kontroller, der udføres af VP ............................................................................................... 435
VP's systemrevision ............................................................................................................. 438
Oversigt over kontroller, der skal påses .............................................................................. 439
19 Gebyroplysninger .......................................................................................................... 445
Gebyroplysningssystemet .................................................................................................... 445
Interbank-aktiegebyrsystemet ............................................................................................. 446

SYSTEMVEJLEDNING

# 01 VP kontoen

Fondsaktiver og rettigheder herover registreres på VP-konti.

En VP-konto, der svarer til en depot- eller indskrivningskonto, kan kun føres gennem en kontoansvarlig deltager i VP-systemet.

VP-kontoens opbygning kan skitseres således:



Kontohaver er med respekt af eventuelle rettighedshavere over for den kontoansvarlige berettiget til at disponere over fondsaktiverne på kontoen.

Såfremt kontohavers dispositionsret over kontoens beholdninger underlægges begrænsninger, fx som følge af pantsætning, skal dette registreres i kontoens rettighedshaverdel.

På en VP-konto kan der på kontohavers anmodning registreres handelsfuldmagt respektive spørgefuldmagter til andre VP-deltagere.

Efter skriftlig tilkendegivelse kan kontohaver og evt. rettighedshavere fravælge meddelelser.

Ved en nominee ordning forstås, at det på kontoen er registreret, at kontohaver ikke er ejer af fondsaktiverne. Den ejer af fondsaktiver, som ønsker at være anonym ved at lade en anden registrere som kontohaver, kan således opnå beskyttelse mod kontohavers kreditorer.

Nominee-registrering kan også anvendes med henblik på opnåelse af administrative lettelser. Et ksempel på dette er et aktieselskab, der til brug for administration af medarbejderaktier har en nominee-konto, lydende på aktieselskabets eget navn på vegne medarbejderne. På denne konto registreres hele beholdningen af medarbejderaktier, og kun aktieselskabet kender og fører regnskab med de egentlige ejerforhold til kontoens beholdninger.

Udenlandske depotcentralers VP-konti er nominee-ordninger, hvor kun de pågældende centraler kender de egentlige ejerforhold til kontienes beholdninger, se Clearingvejledning, i den Forretningsmæssigvejledning.

Kontohaver kan efter separat skriftlig tilkendegivelse med dokumentation for sit skattemæssige tilhørsforhold tilmeldes ordning for undgåelse af dobbeltbeskatning af udbytte, se Tilbageholdelse af udbytteskat i henhold til dobbeltbeskatningsaftaler, Registreringsvejledning i den Forretningsmæssigvejledning.

**SYSTEMVEJLEDNING**

Kontohavers ønske om geninvestering af udbytte for investeringsforeninger kan registreres på VP-kontoen.
Faste afvigelser fra det generelle ønske kan registreres på ISIN-niveau.

Beholdningerne på en VP-konto kan bestå af alle former for fondsaktiver. For aktiers vedkommende kan beholdningerne bestå af såvel navnenoterede aktier som ihændehaveraktier.
Fondsaktiver med omsætningsbegrænsninger kan kun registreres på udpegede VP-konti (dedikerede konti).

For hver type afkast (rente, udtræk, udbytte) skal der på kontoen registreres et pengekontonummer - PI-kontonr. - til brug for betalingsformidling af afkastet.

Den kontoansvarlige er ene berettiget til at foretage registreringer på VP-kontoen, dog kan beholdningstilgange registreres af andre kontoansvarlige, og beholdningsfragange kan registreres af afviklingsansvarlige med registreret handelsfuldmagt. Ligeledes kan storkunder som afviklingsansvarlige registrere fragange på egne VP-konti på grundlag af handelsfuldmagt til kontiene.

Prøvelse i forbindelse med indrapportering af transaktioner til VP-kontoen påhviler den kontoansvarlige eller den afviklingsansvarlige, der foretager indrapporteringen.

Ansvaret for en registreret oplysning påhviler den kontoansvarlige, der fører VP-kontoen.

Når en VP-konto skal kunne indeholde et omsætningsbegrænset fondsaktiv er det den udstedelsesansvarlige for det pågældende fondsaktiv, der registrerer tilladelsen. Registreringen sker i VP-systemet på udstederens liste over VP-konti med tilladelse til fondsaktivet.

I skemaet findes en oversigt over de prøvelser, der skal foretages i forbindelse med indrapportering af diverse transaktioner til VP-kontoen.

| Transaktion | Kontrol af dispositions berettigelse og identitet | Andet |
|---|---|---|
| Etablering af konto | X | |
| Ændring af konto | X | |
| Opgørelse af konto | X | |
| Genetablering af konto | X | |
| Generel adresseændring | X | |
| Etablering af ejerbogsnavn | X | |
| Ændring af ejerbogsnavn | X | |
| Sletning af ejerbogsnavn | X | Se Sletning af ejerbogsnavneoplysninger |
| Annuller ejerbogsnavn | | |
| Etablering af rettighedshaver | X | Registrerbart [1] |
| Ændring af rettighedshaver | X | |
| Sletning af rettighedshaver | X | |
| Etablering af fuldmagt (handels/spørgefuldmagt) | X | Registrerbart [2] |
| Sletning af fuldmagt | X | |

---

[1] Handelsfuldmagter skal slettes, hvis rettighedshaver ikke tiltræder dem
[2] En handelsfuldmagt skal afvises fra registrering, hvis den ikke er tiltrådt af en eventuel rettighedshaver.

**S**YSTEM**V**EJLEDNING

## Kundemeddelelser

Til VP-kontoen hører følgende kundemeddelelser, som af VP eller den kontoansvarlige udsendes til kontohaver og evt. rettighedshaver(e):

| Meddelelses nr. / sektions-nr | Navn/Beskrivelse | Liste-Id / Info |
|---|---|---|
| 1/1 | Udtrækningsmeddelelse | SI20144: <br> - TI20237v, <br> SI20145: <br> - TI20238v <br> eller <br> Redigeret til investor |
| 2/1 | Meddelelse vedrørende stående lån | OU40L01/L03 |
| 3/1 | Ændringsmeddelelse ved udløb eller udtrukne obligationers forfald (meddelelsen er pligtig for alle ved uforudset udslettelse) | OU80L02/L04 |
| 4/1 | Daglig ændringsmeddelelse, | DK13L01/L03 |
| 4/2 | Oplysninger om kontostamdata | DK13L01/L03 |
| 4/3 | Beholdningsændringer vedrørende handler | DK13L01/L03 |
| 4/4 | Beholdningsændringer vedrørende overførsler | DK13L01/L03 |
| 4/5 | Oplysninger om rettighedsregistreringer | DK13L01/L03 |
| 5/1 | Renteadvis | Foreløbigt: <br> SI20127: <br> TI20199v <br> SI20147: <br> TI20200v <br> Endeligt: <br> SI20139: <br> TI20139v <br> SI20114: <br> TI20140v <br> Ændret: <br> SI20138: <br> TI20246v <br> eller <br> Redigeret til investor |
| 6/1 | Udbyttemeddelelse | CA09L01/L02 <br> eller <br> SI20310 <br> TI20310v <br> SI20312: <br> TI20312v |
| 7/1 | Tegningsindbydelse | NE02L01/L03 |
| 8/1 | Meddelelse om tildelte retter | EE02L01/L03 |
| 9/1 | Meddelelse om skift af ISIN | CA27L01/L02 eller <br> SI20203: <br> TI20280v <br> TI20282v |



### SYSTEMVEJLEDNING

| | | |
|---|---|---|
| 10/1 | Ændringsmeddelelse, Geninvestering af udbytte | CA08L01/L02 eller SI20203: TI20280v TI20282v TI20311v |
| 11/1 | Ændringsmeddelelse - ophør med registrering (pligtig for konto- og dispositionsbegrænsende rettighedshavere) | CA20L01/L02 (Udskrives altid i VP) |
| 12/1 | Årsopgørelse (pligtig for konto- og dispositionsbegrænsende rettighedshavere) | DK51L01/L02 |
| 13/1 | Ændringsmeddelelse - selskabshændelser (pligtig for konto- og dispositionsbegrænsende rettighedshavere) | CA12L01/L02 eller SI20203: TI20280v TI20281v TI20282v TI20283v TI20284v TI20285v TI20339v |
| 14/1 | Advisering om ophør (pligtig) | CA21L01/L02 (Udskrives altid af VP) |
| 15/1 | Konverteringsindbydelse | NE33L01/L02/L03 |

Med hensyn til beskrivelse af de enkelte meddelelser henvises til Tekniskvejledning afsnit 3 Info-meddelelsesstruktur, afsnit 10 Uddatabeskrivelser - red. og til https://www.vp.dk/VP_regler "regelsæt C".

## Udslettelse som følge af en uforudset begivenhed

### Generelt
Ved udslettelse i forbindelse med registrering forstås, når en ISIN helt ophører med at være registreret i VP.
Fra den 1. januar 2005 er der på baggrund af en lovændring krav om, at der kun skal udsendes kundemeddelelse i forbindelse med udslettelse, der på investeringstidspunktet var uforudsigelig.

Informationen om den uforudsigelige udslettelse, kan fremgå af en kundemeddelelse, som konto- og rettighedshaver kan vælge fra i meddelelsesstyring og det skal derfor sikres, at kundemeddelelsen udsendes. Nedenfor er beskrevet udsteders ansvar samt konsekvenserne heraf. Der er ligeledes en beskrivelse af situationer, hvor udsteder skal afgøre, om der er tale om forudsigelighed i forbindelse med udslettelsen.

### Ansvar
Når udstedelsesansvarlig for obligationer finder, at udslettelse af den konkrete udstedelse må vurderes som uforudset på investeringstidspunktet, skal den udstedelsesansvarlige få registreret en markering herom vedrørende den pågældende fondskode/ISIN i fondsregisteret i VP. Til brug for markeringen er der indarbejdet en afkrydsningsmulighed på billedet i vp.ONLINE - VP Fondsregister - Løbetid.

### Konsekvens
På baggrund af markeringen om uforudsigelig udslettelse vil der blive sendt meddelelser om den førtidige indfrielse til konto- og rettighedshavere, uanset om de har fravalgt meddelelsen, som dokumenterer udslettelsen.

### Oversigt over meddelelser om udslettelse
#### Realkreditobligationer

Ifølge bemærkningerne til den nye bestemmelse, vil rettighedshaver herefter blandt andet kunne fravælge meddelelser om udløb og forfald på tidspunkter, der med rimelighed kan forudsættes at være rettighedshaver bekendt. På baggrund heraf må det vurderes, at udtrækning og forfald af realkreditobligationer ikke er en på investeringstidspunktet uforudset udslettelse, uanset om en obligationsserie lukkes for ny emissioner tidligere end oprindelig forudsat, og dermed udløber tidligere en først angivet.

Meddelelser vedrørende realkreditobligationer, om forfald, udløb eller udtrækninger i hele løbetiden vil således kunne vælges fra. Ved fremtidige og ændrede produkter fra realkreditinstitutter skal udstederen vurdere, om fravalg også her er mulig.

#### Andre obligationsudstedelser

For andre obligationsudstedelser, som forløber med samme regelmæssighed som for realkreditobligationer, gælder det tilsvarende, at udtrækning og forfald af obligationer ikke er en på investeringstidspunktet uforudset udslettelse.

Udstedere af sådanne obligationer skal således vurdere, om den konkrete udslettelse opfylder betingelserne for, at den med rimelighed kan forudsættes at være obligationsejerne mv. bekendt, og at meddelelsen dermed kan fravælges.

Hvis udsteder vurderer, at der er tale om en udslettelse på grund af en uforudset begivenhed, skal det registreres på den pågældende ISIN i fondsregisteret i VP.

#### Uforudsete selskabshændelser

Konkurs, likvidation, fusion og spaltning er direkte nævnt i lovteksten som en på investeringstidspunktet uforudset begivenhed, for hvilke der altid skal sendes meddelelse, når begivenheden i VP registreres vedrørende de omfattede aktier.

For meddelelser vedrørende konkurs, likvidation, fusion, spaltning samt for øvrige ikke forudsigelige selskabshændelser - samlet benævnt som 'corporate actions' - vil der således ikke teknisk være muligheder for fravalg.

#### Øvrige uforudsete begivenheder

Som restgruppe, når realkreditobligationer eller 'realkreditlignende' obligationer og uforudset selskabshændelse er behandlet, tilbagestår øvrige' lignende på investeringstidspunktet uforudsete begivenheder' så som låneprogrammer, hvor udstederen i hele eller dele af lånets løbetid har en option på en førtidig indfrielse af lånet. Meddelelsen er pligtig, når optionen udnyttes, også selvom optionen bygger på objektive kriterier, der er konstaterbare for investor mv.


### Meddelelsesstyring, fravalg af meddelelser

Alle investormeddelelser som lovgivningen åbner mulighed for, skal kunne fravælges af konto-/rettighedshaver.

Fravalg skal registreres på VP-kontoen. Alle meddelelser er pr. default tilmeldt. Af skemaet i afsnit " Oversigt over fravalgsmuligheder på VP-kontoen" fremgår det hvilke meddelelser der kan fravælges af kontohaver respektive rettighedshaver.

En meddelelse kan opdeles i flere meddelelser (sektioner), hvilket giver mulighed for dels at fravælge hele meddelelsen eller dele af meddelelsen. Etablering af fravalg på hele meddelelsen vil erstatte eventuelle tidligere fravalg på sektionsniveau. Omvendt vil etablering af fravalg på sektionsniveau erstatte eventuelt tidligere fravalg på hele meddelelsen.

Foreløbig er Daglig ændringsmeddelelse (DK13L01/L03) den eneste meddelelse der er opdelt på denne måde (se Opdeling af Daglige ændringsmeddelelser (DK13L01/L03) i sektioner).

Ved etablering af VP-konti eller rettighedshavere skal der samtidig tages stilling til hvilke meddelelser kunden ønsker at fravælge.

### Følgende forhold bør iagttages:
### Fravalg af meddelelser om udtrækning
Ønsker en kunde at fravælge Udtrækningsmeddelelsen (1/1 og/eller 2/1) og der samtidig er/ønskes fravalg af Meddelelse om udtrukne obligationers forfald (3/1), betyder det at kunden slet ikke vil modtage meddelelser i forbindelse med udtrækning

### Bemærk
Ved uforudset udslettelse udsendes "Meddelelse om udtrukne obligationers forfald" (3/1) til alle konto- og rettighedshavere uanset om meddelelsen er fravalgt.

### Fravalg af daglig ændringsmeddelelse
Daglig ændringsmeddelelse kan fravælges i sin helhed (4/1) eller dele af meddelelsen kan fravælges d.v.s. Oplysninger om kontostamdata (4/2), Beholdningsændringer vedrørende handler (4/3), Beholdningsændringer vedrørende overførsler (4/4) og Oplysninger om rettighedsregistreringer (4/5) (se Oversigt over fravalgsmuligheder på VP-kontoen).

### Bemærk
Ønsker en kunde at fravælge den daglige ændringsmeddelelse (4/1, 4/3 eller 4/4) og der samtidig er/ønskes fravalg af Meddelelse om skift af ISIN (9/1), betyder det at kunden slet ikke vil modtage meddelelse i forbindelse med skift af en midlertidig ISIN til en endelig ISIN (se Fravalg af meddelelse om skift af ISIN).

### Fravalg af meddelelse om skift af ISIN
VP påfører teksten:

"Deres midlertidige aktier eller investeringsforeningsandele omlægges senere til endelige aktier eller investeringsforeningsandele.
Særskilt meddelelse om omlægningen udsendes kun, hvis De har aftalt dette med Deres kontoførende institut."

på alle ændringsmeddelelser ved tegning (4/1, 4/4) eller tilgang af midlertidige aktier eller investeringsforeningsandele (4/1, 4/3). Derved sikres det, at kunder der også har fravalgt "Meddelelse om skift af ISIN" (9/1), får denne information.

Kontoførende institutter som selv forestår udskrivning decentralt skal jævnfør registreringsbekendtgørelsens §52 påføre information med en lignende ordlyd i de nævnte situationer.

Men også ændringsmeddelelserne, hvor ovennævnte tekst skal fremgå, kan imidlertid fravælges (se Fravalg af daglig ændringsmeddelelse). Derfor skal handelsnotaen i tilfælde af tilgange i en midlertidig aktie eller investeringsforeningsandele ligeledes påføres ovennævnte tekst, eller en tekst med en lignende ordlyd.

### Bemærk
Ønsker en kunde at fravælge Meddelelse om skift af ISIN (9/1) og der samtidig er/ønskes fravalg af den daglige ændringsmeddelelse (4/1, 4/3 eller 4/4), betyder det at kunden slet ikke vil modtage meddelelse i forbindelse med skift af en midlertidig ISIN til en endelig ISIN (se Fravalg af daglig ændringsmeddelelse).

**SYSTEMVEJLEDNING**

---

Oversigt over fravalgsmuligheder på VP-kontoen

| | Meddelelse | Kontohaver | Dispositions begrænsende rettighedshaver | Ikke dispositions begrænsende rettighedshaver |
|---|---|---|---|---|
| 1/1 | Udtrækningsmeddelelse | X | X | X |
| 2/1 | Meddelelse vedr. stående lån | X | X | X |
| 3/1 | Ændringsmeddelelse ved udløb eller udtrukne obligationers forfald *) | X | X | X |
| 4/1 | Daglig ændringsmeddelelse | X | X | X |
| 4/2 | Oplysninger om kontostamdata | X | X | X |
| 4/3 | Beholdningsændringer vedrørende handler | X | X | X |
| 4/4 | Beholdningsændringer vedrørende overførsler | X | X | X |
| 4/5 | Oplysninger om rettighedshaver | X | X | X |
| 5/1 | Renteadvis | X | X | X |
| 6/1 | Udbyttemeddelelse | X | X | X |
| 7/1 | Tegningsindbydelse | X | X | X |
| 8/1 | Meddelelse om tildelte retter | X | X | X |
| 9/1 | Meddelelse om skift af ISIN | X | X | X |
| 10/1 | Ændringsmeddelelse - Geninvestering af udbytte | X | X | X |
| 11/1 | Ændringsmeddelelse - Ophør med registrering *) **) | | | X |
| 12/1 | Årsopgørelse **) | | | X |
| 13/1 | Ændringsmeddelelse - Selskabshændelser *) **) | | | X |
| 14/1 | Advisering om Ophør med registrering | | | |

De kontoførende institutter, som optræder som konto - og/eller rettighedshavere, og som modtager indholdet af meddelelserne på anden vis, kan fravælge ovennævnte kundemeddelelser i de situationer hvor det er muligt.

*) I forbindelse med uforudsigelige udslettelser vil meddelelsen bliver udsendt til alle konto- og rettighedshavere uanset om den er fravalgt.

**) Vær opmærksom på at det kontoførende institut i deres prøvelse i forbindelse med anmeldelse af fravalg for en rettighedshaver skal sikre, at der skelnes mellem dispositions begrænsende rettigheder og ikke dispositions begrænsende rettigheder.
Der må ikke registreres fravalg af meddelelse 11/1, 12/1 og 13/1 for en dispositions begrænsende rettighedshaver.

Opdeling af Daglige ændringsmeddelelser (DK13L01/L03) i sektioner

| | Oversigt over hvad der udelades ved forskellige fravalg | | | | Kommentar |
|---|---|---|---|---|---|
| | Sektion 2 | Sektion 3 | Sektion 4 | Sektion 5 | |

## SYSTEMVEJLEDNING

| Udskrives hvis intet er fravalgt Svarer til sektion 1 | Stam oplys ninger | Handler | Behold nings bevæ gelser | Rettig heds haver registre ringer | |
|---|---|---|---|---|---|
| Kontohaver adresse | | | | | |
| Rettighedshaveradresser | | | | | |
| Reklamationsadresse | | | | | |
| Kontoændring | x | | | | |
| Kontohaver, Fravalgt meddelelse | x | | | | NY |
| Ingen beholdning | x | | | | Dannes ved genetablering |
| Obligations beholdning, ændring | | x | x | | |
| Obligations slutbeholdning | | x | x | | |
| Aktiebeholdning, ændring | | x | x | | |
| Aktie slutbeholdning | | x | x | | |
| Aktiebetalingsformidling | | | x | | Spidsbetaling ved konvertering obligationer -> aktier |
| Fuldmagt, slet - etabler | x | | | | |
| Kontohaver fælderegel beholdning. | x | | | | Ny |
| Rettighedshaver etablering/ændr | | | | x | |
| Rettighedshaver, Fravalgt meddelelse | | | | x | NY |
| Rettighed, Til hinder | | | | x | |
| Rettighedshaver, Fravalgt meddelelse | | | | x | Ny. Dannes kun ved genetablering og til rettighedshaver selv |
| Obligationsbeholdning | x | | | | Dannes ved genetablering |
| Aktiebeholdning | x | | | | Dannes ved genetablering |
| Rettighedshaver sletning | | | | x | |

Sammenhæng mellem meddelelses nr. og typer af corporate actions

| Meddelelses nr./ sektions nr. | Liste-ID / Info | Prædefineret corporate action | Offentliggørelsestype |
|---|---|---|---|
| 13/1 | CA12L01/L02 Eller info:  TI20280v TI20281v TI20282v TI20283v TI20284v TI20285v TI20339v | Ombytning af beholdning | 01, 02, 04, 04, 05 og 06 |
| | | Opsplitning af beholdning | 08, 09 og 11 |
| | | Tildeling af beholdning | 13, 14, 15 og 16 |
| | | Nulstilling af beholdning | 18 og 19 |
| | | Dannelse af betalingsgrundlag - afkast | 22 |
| | | Ændring af aktiekapital | 23 og 24 |
| | | Spaltning af beholdning på baggrund af investorønsker | 25 |
| | | Ændring til/fra Non par value | 40 og 41 |
| 11/1  14/1 | CA20L01/L02 * og CA21L01/L02 * | Ophør med registrering | 20 og 21 |
| 6/1 | CA09L01/L02 Eller info:  TI20310v TI20312v | Udbytte | 26, 27, 28, 29 og 30 |

## SYSTEMVEJLEDNING

| 10/1 | CA08L01/L02 Eller info:<br><br>TI20280v<br>TI20282v<br>TI20311v | Geninvestering af udbytte | 29 og 30 |
|------|------|------|------|
| 9/1 | CA27L01/L02 eller info:<br><br>TI20280v<br>Ti20282v | Skift af ISIN | 31 og 32 |

\* Udskrives og afsendes altid af VP

## Transaktioner

### Kontohaverdelen

### Etablering af konto
Transaktionen bruges af den kontoansvarlige til etablering af nye VP-konti.

#### Behandling hos den kontoansvarlige
Ved etablering af en VP-konto skal den kontoansvarlige være særlig opmærksom på udfyldelsen af følgende felter:

#### VP-kontonummer
Kontohaver skal tildeles et nyt VP-kontonummer. Med hensyn til opbygning af kontonumre henvises til den kontoansvarliges egne forretningsgange.

#### Kontostatus
Såfremt dette felt udfyldes, vil den anvendte tekst fremgå af ændringsmeddelelser til kontohaver og evt. rettighedshaver(e), og fragangstransaktioner (salg, overførsler, renteflytning mv.) skal forceres igennem.

#### Kontohaver-ID
På en VP-konto skal kontohaver være identificeret ved et CPR- eller CVR-nummer. Hvis kontohaver er udlænding, skal den kontoansvarlige tildele kontohaver et konstrueret CPR-/CVR-nummer. Feltet rapporteres til Danmarks Statistik, hvorfor brug af konstruerede CPR-/CVR-numre bør minimeres.

#### Betalingsmåde rente/udtræk/udbytte.
Felterne skal altid udfyldes.

#### PI-kontonr. til rente/udtræk/udbytte.
De anvendte PI-kontonumre kan være forskellige, blot skal de tilknyttede reg.numre være tilmeldt clearing i VP.

#### Landekode, postforsendelseskode, valutastatus og skattestatus
Vær opmærksom på, at der er en naturlig sammenhæng mellem indholdet i flere af disse felter.

Eks.: Hvis landekoden for Danmark anvendes, skal postforsendelseskoden for almindelig forsendelse anvendes.

## Kode for udbytteerklæring

Koden angiver, hvilken udbytteerklæring der skal udskrives, samt om der skal tilbageholdes udbytteskat.

Hvis koden er udfyldt med REV, FRI eller KAP, SKAL kontoen tillige indeholde et CVR-NR eller CPR-NR til brug for indberetning til SKAT.

På en VP-konto, som repræsenterer et pengeinstituts kapitalpensionsdepot (puljeordning), skal koden udfyldes med FRI, og pengeinstituttets eget CVR-NR registreres til brug for indberetning til SKAT.

På VP-konti, der indeholder egne aktier, kan koder registreres med REV.

For de konti, hvor koden er udfyldt med REV, skal de kontoførende institutter selv udfærdige revisorerklæring og indsende denne til SKAT, såfremt dette er krævet.

Hvis VP-kontoen tilhører et dansk selskab (A/S eller APS), der ifølge SKAT er berettiget til at benytte ordning om reduktion af dansk udbytteskat, skal koden registreres med SEL, og kontoen skal tillige indeholde et CVR-NR til brug for indberetning til SKAT.

Hvis VP-kontoen tilhører en investeringsforening, der i følge SKAT er berettiget til at benytte ordningen om reduktion af dansk udbytteskat, skal koden registreres med FOR, og kontoen skal tillige indeholde et CVR-NR til brug for indberetning til SKAT.

SKAT har oplyst, at de leverer kvartalsvise oplysninger til KI'er med de selskaber og investeringsforeninger, der ifølge SKAT er berettiget til at benytte denne ordning.

Listen er også tilgængelig på SKAT's hjemmeside.

Der er ingen direkte sammenhæng mellem kode for udbytteerklæring og indholdet i felterne skattestatus og kontostatus. Udfyldes koden ikke, vil der blive tilbageholdt udbytteskat. Ændring af koden har kun indvirkning på fremtidige udbyttekørsler.

## Nominee medarbejder aktier

Feltet udfyldes, hvis den registrerede kontohaver ikke er ejer af kontoens beholdninger, eller hvis disse beholdninger er medarbejderaktier.

## Landekode for skat

Feltet udfyldes, hvis kontohaver ønsker at undgå dobbeltbeskatning af udbytte.
Udfyldelse har kun effekt, når kontoførerens aftalehaver har tilmeldt sig VP's ordning til undgåelse af dobbeltbeskatning

NB! Vær specielt opmærksom på krav til dokumentation af bopæl og skattepligt og skriftlig accept af udlevering af oplysninger til skattemyndighederne.

Se Forretningsmæssigvejledning, Registreringsvejledning, Tilbageholdelse af udbytteskat i henhold til dobbeltbeskatningsaftaler.

## Depottyper

Skal udfyldes i henhold til SKATs værdisæt, se Teknisk vejledning, 08. Feltbeskrivelser D (Gl. system).

## Kontobetingelser

Den kontoansvarlige skal udlevere sine kontobetingelser til VP-kontohaveren samtidig med kontoetableringen, se Forretningsmæssigvejledning, Registreringsvejledning, Kontobetingelser.

## Behandling i VP

Kontoetableringer opdateres straks ved indrapporteringen.



Om aftenen på indrapporteringsdagen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver og evt. |
| | rettighedshaver(e) |
| Daglige Ejerbogsændringer | Ejerbogsfører(e) |

**Ændring af regel for opløsning af beholdningsovertræk**

Foretages med separat transaktion TU201001 (se Teknisk vejledning Afsnit 01 VP-kontoen, TU201001 Ændring af regel for opløsning af beholdningsovertræk).

**Fravalg af meddelelser**
Foretages med separat transaktion TC201591, se "Fravalg af meddelelser".

## Ændring af konto

Transaktionen anvendes af den kontoansvarlige til ændring af registrerede konto- og/eller kontohaveroplysninger.

### Behandling hos den kontoansvarlige

#### Ændring af feltindhold
Registrerede oplysninger fremgår af skærmbilledet. Ændring af feltindhold foretages ved indtastning oven i de viste oplysninger. Der skal kun ske indtastning i de felter, hvis indhold ændres.

#### Bemærk
Hvis kontohaver har navnenoterede aktier, og der ikke er registreret ejerbogsnavn, vil ændring af kontohavers navn og adresse tilgå ejerbogsfører.
Ved ændring af kontohaver ID, vil de registrerede oplysninger om fravalg automatisk være tilknyttet den nye kontohaver ID.

#### Sletning af feltindhold
Sletning af feltindhold sker ved indtastning af en bindestreg i feltets første position.

#### Bemærk
Afviklingsgruppe kan ikke ændres til eller fra FH/ST, såfremt der er uafviklede handler tilknyttet VP-kontoen.

#### Behandling i VP
Kontoændringer opdateres om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| | Evt. rettighedshaver(e) |
| Daglige Ejerbogsændringer | Ejerbogsfører(e) |

Ændring af regel for opløsning af beholdningsovertræk

Foretages med separat transaktion TU201001 (se Teknisk vejledning, 01 VP-kontoen, TU201001 Ændring af regel for opløsning af beholdningsovertræk).

### Fravalg af meddelelser
Foretages med separat transaktion TC201591, Se "Fravalg af meddelelser".

## Opgørelse af konto
Transaktionen anvendes af den kontoansvarlige til opgørelse af VP-konti, som ikke længere skal bruges.

### Behandling hos den kontoansvarlige
En VP-konto kan kun opgøres, når følgende betingelser er opfyldt:
- registreret nominel beholdning/antal stk. = 0
- der findes ikke uafviklede transaktioner til kontoen i "postkassen"
- der findes ikke uafviklede handler til kontoen

Den kontoansvarlige kan vedligeholde oplysningerne på en opgjort VP-konto, indtil den slettes ved en oprydningskørsel. Vedligeholdelse af oplysninger i denne periode medfører ikke udsendelse af ændringsmeddelelse.

### Bemærk
Såfremt der indrapporteres beholdningsbevægelser til en opgjort VP-konto, vil disse bevægelser blive afvist.

### Behandling i VP
Opgørelsestransaktioner opdateres om aftenen på indrapporteringsdagen. Ved opdateringen registreres indrapporteringsdatoen som opgørelsesdato på den enkelte konto, og kontoen markeres opgjort i kontostatus.

Opgjorte konti slettes i kontoregistret i forbindelse med VP's årsultimokørsler og efter gebyrkørslen pr. den 31. maj.

Ved opdateringen af opgørelsestransaktioner dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Den kontoansvarlige |

## Genetablering af konto
Transaktionen anvendes af den kontoansvarlige til genetablering af opgjorte konti.

### Behandling hos den kontoansvarlige
Den kontoansvarlige kan genetablere opgjorte konti i perioden frem til VP's næste oprydningskørsel.

### Bemærk
Genetablering af en opgjort konto kan **kun** ske ved anvendelse af ovennævnte transaktion, i hvilken den kontoansvarlige samtidig har mulighed for at ændre kontostatus på kontoen.

Ved genetablering af en konto bibeholdes de meddelelsesfravalg der var registreret på kontoen på opgørelsestidspunktet.

Ændring af kontostatus ved hjælp af transaktionen "Ændring af konto" medfører ikke genetablering af kontoen, som derfor vil blive slettet i forbindelse med VP's oprydningskørsler.



SYSTEMVEJLEDNING

**Behandling i VP**
Genetableringstransaktioner opdateres om aftenen på indrapporteringsdagen. Ved opdateringen slettes kontoens opgørelsesdato. Desuden slettes kontostatus, med mindre den kontoansvarlige har ændret denne i genetableringstransaktionen.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| (udskrives kun, hvis der har været kontoændringer siden opgørelsesdagen) | Evt. rettighedshaver(e) |

## Generel adresseændring
Transaktionen anvendes af den kontoansvarlige til ændring af navne- og adresseoplysningerne på alle kontohaverens VP-konti hos den kontoansvarlige.

**Behandling hos den kontoansvarlige**
Det tilrådes, at alle navne- og adresseoplysninger indtastes, og at ikke anvendte navnelinier slettes (bindestreg i feltets første position). Herved undgås, at oplysningerne efter opdateringen er registreret dobbelt på de enkelte VP-konti.

**Bemærk**
VP-konti med SPECIEL ADRESSEKODE = S berøres ikke af den generelle adresseændring.

**Behandling i VP**
Generelle adresseændringer opdateres om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Den kontoansvarlige |

## Etablering af ejerbogsnavn, Ændring af ejerbogsnavn, Sletning af ejerbogsnavn
Transaktionerne anvendes af den kontoansvarlige til henholdsvis etablering, ændring og sletning af ejerbogsnavn.

**Behandling hos den kontoansvarlige**
Der henvises til afsnit 10 Navnenotering af aktier - Notering og afnotering af eksisterende beholdning

**Behandling i VP**
Transaktionerne opdateres om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Daglige ejerbogsændringer | Ejerbogsfører |
| (kun på konti, hvorpå der senest samme dag registreres en navnenoteret beholdning) | |

**Annuller ejerbogsnavn**
Transaktionen anvendes af den kontoansvarlige til annullering af en af de under
"Etablering af ejerbogsnavn, Ændring af ejerbogsnavn, Sletning af ejerbogsnavn" nævnte transaktioner.

**Behandling hos den kontoansvarlige**
Der henvises til afsnit 10 Navnenotering af aktier - Notering og afnotering af eksisterende beholdning.
**Behandling I VP**
Annulleringer af ejerbogsnavn gennemføres om aftenen på indrapporteringsdagen.

Ved annulleringen dannes:

| **Uddata** | **Modtager** |
|---|---|
| Fejloversigt | Den kontoansvarlige |

## Rettighedshaverdelen

### Etablering af rettighedshaver
Transaktionen anvendes af den kontoansvarlige til etablering af en rettighedshaver på en VP-konto.

**Behandling hos den kontoansvarlige**
Den kontoansvarlige skal sikre, at en anmeldelse ikke krænker en tidligere modtaget anmeldelses bedre
ret, se Forretningsmæssigvejledning, Registreringsvejledning, afsnit Prøvelsen.

**Tiltransporterede rettigheder**
Hvis en rettighed transporteres til en ny rettighedshaver, etableres den nye rettighedshaver med
tidspunktet for transportens anmeldelse som retsvirkningstidspunkt. Det oprindelige
retsvirkningstidspunkt for rettighedens registrering anføres som en del af rettighedsteksten. Det er
dermed muligt at registrere både det oprindelige retsvirkningstidspunkt og tidspunktet for
overdragelsen.

Ved etablering af en rettighedshaver skal den kontoansvarlige være særlig opmærksom på udfyldelsen af
følgende felter:

**Retsvirkningsdato/-tid**
Da rettigheders retsvirkning indtræder ved påbegyndelsen af den endelige prøvelse i VP, skal disse felter
sædvanligvis ikke indtastes. Kun ved overdragelse af en rettighed til en anden rettighedshaver, jf.
ovenfor, eller ved opretholdelse af kontantforbehold er der behov for registrering med tilbagevirkende
kraft. I disse tilfælde skal retsvirkningsdato og tid indtastes. Om retsvirkninger se
Forretningsmæssigvejledning, Registreringsvejledning, afsnit Retsvirkninger.
For uddybning af kontantforbehold se Forretningsmæssigvejledning, Clearingvejledning, afsnit Handler til
fremtidig afvikling (nettoafvikling).

**Rettighedshaver-ID**
Rettighedshaver-ID skal være entydig pr. VP-konto.

Rettighedshaver skal være identificeret ved et CPR-nummer eller CVR-nummer, såfremt rettighedshaver
skal være indberetningspligtig for skattepligtige afkast af kontoens beholdninger (se afnit 01 VP-kontoen
"Etablering af konto").

**Skattestatus**
Indholdet i dette felt skal ses i sammenhæng med indholdet i rettighedshaver-ID (se ovenfor), valutastatus
(se nedenfor) og skattestatus i kontohaverdelen.

SYSTEMVEJLEDNING

---

Med hensyn til beskrivelsen af disse sammenhænge henvises til Teknisk vejledning, afsnit 08. Feltbeskrivelser S (Gl. system).

### Landekode, postforsendelseskode og valutastatus
Vær opmærksom på, at der er en naturlig sammenhæng mellem indholdet i flere af disse felter.

**Eks.**: Hvis landekoden for Danmark anvendes, skal postforsendelseskoden for almindelig forsendelse anvendes.

### Rettighedstekst
I dette felt kan rettighedens art og omfang beskrives. Feltet **skal** udfyldes, når der etableres en dispositionsbegrænsende rettighed, fx pant, udlæg, umyndiggørelse, konkurs.

Retsvirkningsdato/-tid vil kun blive opdateret i kontoregisteret, når rettighedsteksten er udfyldt (dispositionsbegrænsende rettighed).

### Bemærk
Såfremt kontoen ønskes markeret som spærret i kontostatus, skal dette ske ved anvendelse af transaktionen "ÆNDRING AF KONTO".

Den kontoansvarlige skal inden indrapporteringen undersøge, om der er registreret handelsfuldmagter. I givet fald skal fuldmagterne slettes, eller rettighedshaver skal acceptere, at de fortsat er registreret.

Det er muligt at etablere og slette en rettighed inden for samme dag. Ændringsmeddelelsen vil så vise retsvirkningstidspunkt for både etableringen og sletningen.

### Behandling i VP
Etablering af rettighedshavere opdateres om aftenen på indrapporteringsdagen. Se dog tillige nedenstående **Bemærk**.

Ved opdateringen dannes:

| **Uddata** | **Modtager** |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| | Evt. rettighedshaver(e) |

### Bemærk
På tidspunktet for indrapporteringen af rettighedshaver oplysningerne undersøger VP-systemet automatisk, hvorvidt der er indrapporteret instructed salg til fremtidig afvikling på den pågældende VP-konto. Hvis dette er tilfældet, fjerner systemet instruct'en i disse handler.

### Fravalg af meddelelser
Foretages med separat transaktion TC201591, (se afsnit 01 VP-kontoen Fravalg af meddelelser).

## Ændring af rettighedshaver
Transaktionen anvendes af den kontoansvarlige til at ændre i registrerede rettigheder.

### Behandling hos den kontoansvarlige
Den kontoansvarlige skal sikre, at en anmeldelse ikke krænker en tidligere modtaget anmeldelses bedre ret, se Forretningsmæssigvejledning, Registreringsvejledning, afsnit Prøvelsen.

Transaktionen indrapporteres under angivelse af den rettighedshaver-ID, der skal ændres.



SYSTEMVEJLEDNING

**Ændring i feltindhold**
Skærmbilledet viser de allerede registrerede oplysninger om rettigheden. Ændring af feltindhold foretages ved indtastning oven i de viste oplysninger. Der skal kun ske indtastning i de felter, hvis indhold ønskes ændret.

**Bemærk**
Ændring i retsvirkningsdatoen og - tiden kan kun ske ved samtidig ændring i rettighedsteksten, . Retsvirkningsdato og - tid ændres kun, hvis felterne indtastes - ellers bevares den registrerede retsvirkning. Ved ændring af rettighedsteksten skal den kontoansvarlige være opmærksom på, at VP-systemet opfatter feltets seks linier som en helhed. Om retsvirkninger se Forretningsmæssigvejledning, Registreringsvejledning, afsnit Retsvirkninger.

**Sletning af feltindhold**
Sletning af feltindhold sker ved indtastning af en bindestreg i feltets første position.

**Behandling i VP**
Rettighedsændringer opdateres om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:

| **Uddata** | **Modtager** |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| | Evt. rettighedshaver(e) |

**Fravalg af meddelelser**
Foretages med separat transaktion TC201591, se afsnit 01 VP-kontoen Fravalg af meddelelser).

## Sletning af rettighedshaver

Transaktionen anvendes af den kontoansvarlige til at slette en ophørt rettighed.

**Behandling hos den kontoansvarlige**
Transaktionen indrapporteres under angivelse af den rettighedshaver-ID, der skal slettes.

**Behandling i VP**
Rettighedshaversletninger opdateres om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:

| **Uddata** | **Modtager** |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| | Evt. rettighedshaver(e) |

## Fravalg af meddelelser

**Etablering af fravalg af meddelelser for kontohaver og rettighedshaver**
**Behandling hos den kontoansvarlige**
Transaktionen anvendes af den kontoansvarlige til at etablere et fravalg af en meddelelse for en kontohaver eller rettighedshaver.

**Identifikation**
I feltet angives kontohaver id respektive rettighedshaver id.

**Bemærk**
Hvis kontohaver id ikke er angivet hentes det automatisk fra VP's registre.
Hvis rettighedshaver id ikke er angivet hentes dette automatisk fra VP's registre, såfremt der kun findes
en rettighedshaver. Ved flere rettighedshavere skal rettighedshaver id angives.

**Type**
I feltet angives om fravalget gælder for kontohaver eller en rettighedshaver

**Bemærk**
Feltet er default udfyldt med kontohaver

**Sektionsnummer**
I feltet angives om det er hele meddelelsen eller en specifik sektion af en meddelelse der ønskes fravalgt
(se afsnit 01 VP-kontoen Oversigt over fravalgsmuligheder på VP-kontoen).

**Bemærk**
Hvis feltet ikke er udfyldt sættes det default til hele meddelelsen.

Etablering af fravalg på hele meddelelsen vil erstatte eventuelle tidligere fravalg på sektionsniveau.
Omvendt vil etablering af fravalg på sektionsniveau erstatte eventuelt tidligere fravalg på hele
meddelelsen.

| Uddata | Modtager |
|---|---|
| TI20401v Oprettelse af meddelelsesfravalg | Den kontoansvarlige |
| TI20400v Sletning af meddelelsesfravalg | Den kontoansvarlige |

### Sletning af fravalg af meddelelser for kontohaver og rettighedshaver

**Behandling hos den kontoansvarlige**
Transaktionen anvendes af den kontoansvarlige til at slette et fravalg af en meddelelse for en kontohaver
eller rettighedshaver, så meddelelsen igen modtages.

**Identifikation**
I feltet angives kontohaver id respektive rettighedshaver id.

**Bemærk**
Hvis kontohaver id ikke er angivet hentes det automatisk fra VP's registre.
Hvis rettighedshaver id ikke er angivet hentes dette automatisk fra VP's registre, såfremt der kun findes
en rettighedshaver. Ved flere rettighedshavere skal rettighedshaver id angives.

**Type**
I feltet angives om sletning af fravalget gælder for kontohaver eller en rettighedshaver

**Bemærk**
Feltet er default udfyldt med kontohaver

**Sektionsnummer**
I feltet angives om det er hele meddelelsen eller en specifik sektion af en meddelelse der ønskes tilvalgt
(se afsnit VP-kontoen Oversigt over fravalgsmuligheder på VP-kontoen).

**Bemærk**
Hvis feltet ikke er udfyldt sættes det default til hele meddelelsen.



**SYSTEMVEJLEDNING**

---

Etablering af fravalg på hele meddelelsen vil erstatte eventuelle tidligere fravalg på sektionsniveau. Omvendt vil etablering af fravalg på sektionsniveau erstatte eventuelt tidligere fravalg på hele meddelelsen.

**Uddata**                                     **Modtager**
TI20400v Sletning af meddelelsesfravalg        Den kontoansvarlige

## Fuldmagtsdelen

### Handelsfuldmagt

En handelsfuldmagt giver en afviklingsansvarlig adgang til at debitere en VP-konto samt til at forespørge på beholdningerne. Handelsfuldmagten omfatter alle beholdninger på en VP-konto.

Handelsfuldmagten har virkning fra indrapporteringstidspunktet.

**Indrapportering hos den kontoansvarlige**
En handelsfuldmagt indrapporteres ved hjælp af transaktionen 'Etablering af fuldmagt'.

Den kontoansvarlige skal underrette den afviklingsansvarlige om, at der er registreret en handelsfuldmagt til den pågældende. Den afviklingsansvarlige kan spørge på, på hvilke VP-konti der er registreret handelsfuldmagt til denne ved hjælp af transaktionen TR200941 'Anmodning om oversigt over fuldmagter', se afsnit 03. Funktionsbeskrivelser, Anmodning om oversigt over fuldmagter - (TR20094v).

Den kontoansvarlige skal afvise handelsfuldmagten fra registrering, hvis der er registreret en dispositionsbegrænsende rettighed på kontoen, og fuldmagten ikke er tiltrådt af rettighedshaveren.

Handelsfuldmagten kan slettes igen på kontohavers eller en rettighedshavers foranledning.

**Behandling i VP**
Ved opdateringen dannes:

**Uddata**                              **Modtager**
Kontojournal                            Den kontoansvarlige
Ændringsmeddelelse                      Kontohaver
Info: TI202311 Etabler fuldmagt         Fuldmagtshaver

### Spørgefuldmagt

En spørgefuldmagt registreres til fordel for en deltager i VP-systemet.

Spørgefuldmagten giver deltageren spørgeadgang til alle beholdninger på VP-kontoen.

Spørgefuldmagten har virkning fra indrapporteringstidspunktet.

**Indrapportering hos den kontoansvarlige**
En spørgefuldmagt indrapporteres til registrering ved hjælp af transaktionen 'Etablering af fuldmagt'.

Den kontoansvarlige skal underrette fuldmagtshaveren om, at der er registreret en spørgefuldmagt til den pågældende. Fuldmagtshaveren kan spørge på, på hvilke VP-konti der er registreret spørgefuldmagt til denne. Se afsnit 3 Funktionsbeskrivelser Anmodning om oversigt over fuldmagter - (TR20094v).

Spørgefuldmagten kan slettes igen på kontohavers foranledning.

**Behandling I VP**
Ved opdateringen dannes:

| **Uddata** | **Modtager** |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| Info: TI202311 Etabler fuldmagt | Fuldmagtshaver |

## Sletning af fuldmagt

Transaktionen bruges af den kontoansvarlige til at slette en handels- eller spørgefuldmagt.

### Indrapportering hos den kontoansvarlige
En fuldmagt slettes på foranledning af kontohaver eller anmelderen af en dispositionsbegrænsende rettighed.

Den kontoansvarlige skal meddele fuldmagtshaver, at handelsfuldmagten eller spørgefuldmagten er slettet.

### Bemærk
Hvis en spørgefuldmagt slettes med henblik på i stedet at registrere en handelsfuldmagt til den pågældende fuldmagtshaver, kan handelsfuldmagten tidligst indrapporteres til registrering dagen efter sletningen af spørgefuldmagten.

### Behandling I VP
Transaktionen opdateres om aftenen i daglig opdatering, men sletningen har virkning fra indrapporteringtidspunktet.

Ved opdateringen dannes:

| **Uddata** | **Modtager** |
|---|---|
| Kontojournal | Den kontoansvarlige |
| Ændringsmeddelelse | Kontohaver |
| Info: TI202321 Slet fuldmagt | Fuldmagtshaver |

## Geninvesteringsaftaler

En geninvesteringsaftale angiver en kontohavers generelle ønske om geninvestering af udbytte fra investeringsforeninger. Aftalen omfatter alle kontohavers beholdninger af investeringsforeningsandele, hvor investeringsforeningen tilbyder geninvestering af udbytte .

Desuden kan der på ISIN-niveau registreres faste afvigelser fra den generelle aftale.

Både på konto- og ISIN-niveau er der mulighed for at angive, om det er hele udbyttet eller kun en fast procentdel, der skal anvendes til geninvestering.

### Vedligehold geninvesteringsaftale
### Behandling hos den kontoansvarlige
Til etablering eller ændring af geninvesteringsaftale på anvendes transaktionen "Vedligehold geninvesteringsaftale".

### Mængdebehandlingskode
I feltet angives kontohavers ønske om geninvestering.

**Bemærk**
Hvis kontohaver ønsker at blive informeret, når der er mulighed for geninvestering af udbytte for en investeringsforening, for at kunne tage stilling fra gang til gang, er det den kontoansvarlige der skal sørge for denne information.

**Procent**
I feltet angives den procentdel af udbyttet, der skal anvendes til geninvestering.

Feltet må kun udfyldes, hvis MÆNGDEBEHANDLINGSKODE er sat til JA. Hvis feltet ikke er udfyldt, sættes procent til 100.

**Navnenoteringskode**
Koden angiver om de nye investeringsforeningsandele skal noteres på navn eller ej. Hvis koden ikke er udfyldt, vil den automatisk blive sat til NEJ.

| Uddata | Modtager |
|---|---|
| TI20361v Etablering af geninvesteringsaftale | Den kontoansvarlige |
| TI20362v Ændring af geninvesteringsaftale | Den kontoansvarlige |

### Sletning af geninvesteringsaftale

**Behandling hos den kontoansvarlige**
Til sletning af geninvesteringsaftale anvendes transaktionen "Vedligehold geninvesteringsaftale".

**Bemærk**
Ved sletning af en geninvesteringsaftale vil samtlige tilhørende forekomster af geninvesteringsaftaler på ISIN-niveau samtidig blive slettet.

| Uddata | Modtager |
|---|---|
| TI20363v Sletning af geninvesteringsaftale | Den kontoansvarlige |

### Vedligehold geninvesteringsaftale - ISIN

For at etablere en geninvesteringsaftale på ISIN-niveau forudsættes det at der findes en geninvesteringsaftale på VP-kontoen.

Hvis der ikke eksisterer en geninvesteringsaftale på kontoen vil denne automatisk blive etableret med MÆNGDEBEHANDLINGSKODE = NEJ, når der etableres en geninvesteringsaftale på ISIN-niveau.

**Behandling hos den kontoansvarlige**
Til etablering eller ændring af geninvesteringsaftale på ISIN-niveau anvendes transaktionen "Vedligehold geninvesteringsaftale - ISIN".

**Mængdebehandlingskode**
I feltet angives kontohavers ønske om geninvestering.

**Bemærk**
Hvis kontohaver ønsker at blive informeret, når der er mulighed for geninvestering af udbytte for en investeringsforening, for at kunne tage stilling fra gang til gang, er det den kontoansvarlige der skal sørge for denne information.

**Procent**
I feltet angives den procentdel af udbyttet, der skal anvendes til geninvestering.

**S**YSTEM**V**EJLEDNING

---

Feltet må kun udfyldes, hvis MÆNGDEBEHANDLINGSKODE er sat til JA. Hvis feltet ikke er udfyldt, sættes procent til 100.

**Navnenoteringskode**
Koden angiver om de nye investeringsforeningsandele skal noteres på navn eller ej. Hvis koden ikke er udfyldt, vil den automatisk blive sat til NEJ.

| **Uddata** | **Modtager** |
|---|---|
| TI20364v Etablering af geninvesteringsaftale ISIN | Den kontoansvarlige |
| TI20365v Ændring af geninvesteringsaftale ISIN | Den kontoansvarlige |

Sletning af geninvesteringsaftale - ISIN

**Behandling hos den kontoansvarlige**
Til sletning af geninvesteringsaftale på ISIN-niveau anvendes transaktionen "vedligehold geninvesteringsaftale - ISIN".

| **Uddata** | **Modtager** |
|---|---|
| TI20366v Sletning af geninvesteringsaftale ISIN | Den kontoansvarlige |

## Postnummerfordelingen på portotaksering

Ved kunders registrering af postale adresser ind i VP's systemer er følgende oplysninger:
- Postnummerangivelse (= fire cifre eller 'blank')
- By angivelse (= karakterfelt) og

relevante for postvæsenets mulighed for ubesværet levering til adressaten – jf. nedenstående skærmbillede:



Af betydning for den **portofakturering**, VP gennemfører over for de kontoførende institutter (KI), der har forsendelsesaftale med VP er 'kun' Postnummerangivelse (= fire cifre eller 'blank'), interessante, idet der til bestemmelse af postfordelingsområde

- 1: Danmark,
- 2: Grønland og Færøerne og
- 3: Øvrige udland

Kun benyttes postnummer.

# 02 Transaktioner og infomeddelelser

## Systemoverblik for periodiske funktioner

### Rente transaktioner - indsender, infoer og modtager

**Etablering af valutakorrektionsbeløb**
**PK (TC20102v)**
Info-meddelelser:
- Etablering af valutakorrektion (TI20109v)
- Lukning af valutakorrektion (TI20141v)

Modtager (kommentar):
PK
PK (hvis der eksisterer en som skal lukkes)

**Etablering af valutakorrektionsbeløb**
**VP (TC20102v)**
Info-meddelelser:
- Etablering af valutakorrektion - Finansrådet (TI20112v)
- Lukning af valutakorrektion - Finansrådet (TI20113v)

Modtager (kommentar):
Alle
Alle (hvis der eksisterer en som skal lukkes)

**Ændring af valutakorrektionsbeløb**
**PK (TU20102v)**
Info-meddelelser:
- Ændring af valutakorrektion (TI20118v)
- Ændring af valutakorrektion - Finansrådet (TI20132v)

Modtager (kommentar):
PK
Alle

**Sletning af valutakorrektionbeløb**
**PK (TD20102v)**
Info-meddelelser:
- Lukning af valutakorrektion (TI20141v)

Modtager (kommentar):
PK

**Sletning af valutakorrektionsbeløb**
**VP (TD20102v)**
Info-meddelelser:
- Lukning af valutakorrektion - Finansrådet (TI20113v)

Modtager (kommentar):
Alle

**Etablering af krydskurs for et handelsprodukt**
**UD (TC20105v)**
Info-meddelelser:
- Etablering af krydskurs for et handelsprodukt (TI20119v)
- Etablering af krydskurs for et handelsprodukt, kopi (TI20151v)

Modtager (kommentar):
UD
Alle (dog kun hvis papiret er publiceret)

**Ændring af krydskurs for et handelsprodukt**
**UD (TU20105v)**
Info-meddelelser:
- Ændring af krydskurs for et handelsprodukt (TI20120v)
- Ændring af krydskurs for et handelsprodukt, kopi (TI20152v)

Modtager (kommentar):
UD
Alle (dog kun hvis papiret er publiceret)

**Sletning af krydskurs for et handelsprodukt**
**UD (TD20105v)**
Info-meddelelser:

Modtager (kommentar):



SYSTEMVEJLEDNING

- Sletning af krydskurs for et handelsprodukt (TI20121v)
- Sletning af krydskurs for et handelsprodukt, kopi (TI20153v)

UD
Alle (dog kun hvis papiret er publiceret)

### Etablering af rentekarakteristika (vp.ONLINE)
Info-meddelelser:
- Etablering af renteperioder, kopi (TI20143v)

Modtager (kommentar):
Alle (dog kun hvis papiret er publiceret)

### Ændring af rentekarakteristika (vp.ONLINE)
Info-meddelelser:
- Etablering af renteperioder, kopi (TI20143v)

Modtager (kommentar):
Alle (dog kun hvis papiret er publiceret)

- Sletning af renteperioder, kopi (TI20147v)

Alle (dog kun hvis papiret er publiceret)

### Sletning af rentekarakteristika (vp.ONLINE)
Info-meddelelser:
- Sletning af renteperioder, kopi (TI20147v)

Modtager (kommentar):
Alle (dog kun hvis papiret er publiceret)

### Etablering af en rentesats (vp.ONLINE)
Info-meddelelser:
- Etablering af rentesats, kopi (TI20150v)

Modtager (kommentar):
Alle (dog kun hvis papiret er publiceret)

### Ændring af rentesats (vp.ONLINE)
Info-meddelelser:
- Ændring af rentesats, kopi (TI20172v)

Modtager (kommentar):
Alle (dog kun hvis papiret er publiceret)

### Sletning af rentesats (vp.ONLINE)
Info-meddelelser:
- Sletning af rentesats, kopi (TI20149v)

Modtager (kommentar):
Alle (dog kun hvis papiret er publiceret)

### Renteflytning
**KI (TC20103v)**
Info-meddelelser:
- Renteflytning (TI20127v)

Modtager (kommentar):
KI (både modtagende og afsendende)

- Fragang i likviditet (TI20177v) **
- Tilgang i likviditet (TI20178v) **
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) **

PK (for involveret pengekonto)
PK (for involveret pengekonto)
PK

### Korrektion af omregnet rentebeløb
**PK/KI (TC20104v)**
Info-meddelelser:
- Korrektion af rente og bruttoudbytte (TI20128v)

Modtager (kommentar):
KI og PK

### Ændring af PI_KONTONR_RENTE i gammelt system DP12T00 – kontooplysninger, ændring
Info-meddelelser:

Modtager (kommentar):

SYSTEMVEJLEDNING

---

- Renteflytning (TI20127v) *)                                      KI
- Fragang i likviditet (TI20177v) ***)                            PK (for involveret pengekonto)
- Tilgang i likviditet (TI20178v) ***)                            PK (for involveret pengekonto)
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) ***)   PK

*)      Dannes kun hvis der er beregnet provenu.

**)     Dannes kun hvis der er beregnet provenu, som endnu ikke er betalingsformidlet. Det beregnede
        provenu vil fragå gammel pengekonto og tilgå ny pengekonto.

***)    Dannes kun hvis der er beregnet provenu, som endnu ikke er betalingsformidlet. Alle beregnede
        provenuer vil fragå gammel pengekonto og tilgå ny pengekonto.


## Kontogruppering for rente - indsender, infoer og modtager

### Etablering af kontogruppering
**UD (TC20110v)**
Info-meddelelser:                                                 Modtager (kommentar):
- Etablering af kontogruppering (TI20122v)                        UD
- Ændring af kontogruppering (TI20123v) *)                        UD
- Tilgang i likviditet på en debetrentekonto (TI20107v) **)       PK
- Fragang i likviditet på en debetrentekonto (TI20168v) **)       PK
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) **)  PK
- Pengetræk pr. debetkonto i en kontogruppe (TI20136v) **)        UD

### Ændring af kontogruppering
**UD (TU20110v)**
Info-meddelelser:                                                 Modtager (kommentar):
- Ændring af kontogruppering (TI20123v)                           UD
- Tilgang i likviditet på en debetrentekonto (TI20107v) ***)      PK
- Fragang i likviditet på en debetrentekonto (TI20168v) ***)      PK
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) ***)  PK
- Pengetræk pr. debetkonto i en kontogruppe (TI20136v) ****)      UD

*)      Dannes kun hvis en default kontogruppering erstattes af en ny default kontogruppering

**)     Dannes kun hvis en default kontogruppering erstattes af en ny default kontogruppering, og der er
        beregnet provenu, som endnu ikke er betalingsformidlet. Det beregnede provenu vil tilgå
        debetkonti i ny default kontogruppering og fragå debetkonti i gammel kontogruppering.

***)    Dannes kun hvis der er beregnet provenu, som endnu ikke er betalingsformidlet, og et af følgende
        ændres:
        a)    Når en ikke-default kontogrupperingsperiode ændres (startdato eller slutdato) således, at
              den falder uden for det beregnede provenu's betalingsformidlingsdag. Det beregnede
              provenu vil  fragå debetkonti i ikke-defalut kontogruppering og tilgå debetkonti i default
              kontogruppering  i den valuta, som provenuet er beregnet i.
        b)    Når procentfordeling ændres eller der tilføjes nye konti. Det beregnede provenu vil blive
              genberegnet og fordelt ud på de debetkonti, der er i kontogrupperingen.
        c)    Når kontogruppekoden ændres fra ikke-default til default. Det beregnede provenu vil fragå
              debetkonti i gammel default kontogruppering og tilgå debetkonti i ny default
              kontogruppering.

### SYSTEMVEJLEDNING

****)      Dannes hvis der er beregnet provenu, som endnu ikke er betalingsformidlet.

**Fjern debetkonti fra kontogruppering**
**UD (TD20110v)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| Sletning af kontogruppering (TI20124v) | UD |

**Tilknytning af handelsprodukt til en kontogruppering**
**UD (TC20111v)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Tilknytning af handelsprodukt til en kontogruppering (TI20125v) | UD |
| • Tilgang i likviditet på en debetrentekonto (TI2-0107v) *) | PK |
| • Fragang i likviditet på en debetrentekonto (TI20168v) *) | PK |
| • Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) *) | PK |
| • Pengetræk pr. debetkonto i en kontogruppe (TI20136v) *) | UD |

**Sletning af handelsprodukt fra en kontogruppering**
**UD (TD20111v)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Sletning af handelsprodukt fra en kontogruppering (TI20126v) | UD |
| • Tilgang i likviditet på en debetrentekonto (TI20107v) **) | PK |
| • Fragang i likviditet på en debetrentekonto (TI20168v) **) | PK |
| • Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) **) | PK |
| • Pengetræk pr. debetkonto i en kontogruppe (TI20136v) **) | UD |

*)      Dannes kun hvis der er beregnet provenu, som endnu ikke er betalingsformidlet, og
        - handelsproduktet tilknyttes en ikke-default kontogruppering i samme valuta, og
        - kontogrupperingsperioden på "ny" kontogruppering falder inden for det beregnede
          provenu's betalingsformidlingsdag

        Det beregnede provenu vil fragå debetkonti i default kontogruppering, og tilgå debetkonti i
        ikke-default kontogruppering.

**)     Dannes kun hvis der er beregnet provenu, som endnu ikke er betalingsformidlet. Det beregnede
        provenu vil fragå debetkonti i gammel kontogruppering og tilgå debetkonti i default
        kontogruppering i den valuta, provenuet er beregnet i.

**Ændring af kontogruppe for handelsprodukter**
**UD (TU20117v)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Tilknytning af handelsprodukt til en kontogruppering (TI20125v) | UD |
| • Sletning af handelsprodukt fra en kontogruppering (TI20126v) | UD |
| • Tilgang i likviditet på en debetrentekonto (TI20107v) *) | PK |
| • Fragang i likviditet på en debetrentekonto (TI20168v) *) | PK |
| • Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) *) | PK |
| • Pengetræk pr. debetkonto i en kontogruppe (TI20136v) *) | UD |

*)      Dannes kun hvis der er beregnet provenu, som endnu ikke er betalingsformidlet, og et af følgende
        forhold er gældende:

1) **Når handelsproduktet flyttes fra en ikke-default kontogruppering i en valuta (DKK) til en anden ikke-default kontogruppering i en anden valuta (f.eks. NOK).**

   Det beregnede provenu vil fragå debetkonti i gammel ikke-default kontogruppering (DKK) og tilgå debetkonti i default kontogruppering i den valuta (DKK) provenuet er beregnet i.

2) **Når handelsproduktet flyttes fra og til en ikke-default kontogruppering i samme valuta og**
   a) "ny" ikke-default kontogrupperingsperiode falder inden for det beregnede provenu's betalingsformidlingsdag. Det beregnede provenu vil fragå debetkonti i gammel kontogruppering og tilgå debetkonti i ny kontogruppering.
   b) "ny" ikke-default kontogrupperingsperiode falder uden for det beregnede provenu's betalingsformidlingsdag. Det beregnede provenu vil fragå debetkonti i gammel ikke-default kontogruppering og tilgå debetkonti i default kontogruppering med samme valuta.

## Rentefunktioner

### Omregning af rentebeløb i valuta
Info-meddelelser:                                                      Modtager (kommentar):
- Start på periodisk kørsel – Omregning af provenu til basis valuta   DC (behandling-af-provenu
  (TI20166v)                                                          kode=4)
- Omregnede rentebeløb og bruttoudbytte til basisvaluta (TI20108v)    KI og PK
- Afslutning på periodisk kørsel - Omregning af provenu til basis valuta   DC (behandling-af-provenu
  (TI20167v)                                                          kode=4)

### Renteberegning
Info-meddelelser:                                                      Modtager (kommentar):
- Start på periodisk kørsel – Beregning af provenu (TI20166v)         DC (behandling-af-provenu
                                                                      kode=1)
- Provenuoplysninger (TI20105v)                                       KI
- Total beregnet renter pr. handelsprodukt (TI20137v)                 UD
- Ændringer i total beregnet rente pr.handelsprodukt (TI20245v)       UD
- Pengetræk pr. debetkonto i kontogruppen (TI20136v)                  UD
- Tilgang i likviditet på en debetrentekonto (TI20107v)               PK
- Fragang i likviditet på en debetrentekonto (TI20168v)               PK
- Fragang i likviditet (TI20177v)                                     PK
- Tilgang i likviditet (TI20178v)                                     PK
- Nettopåvirkning i likviditet pr.dispositionsdag (TI20182v)          PK
- Afslutning på periodisk kørsel – Beregning af provenu (TI20167v)    DC (behandling-af-provenu
                                                                      kode=1)

### Ændring i renteperioden
Info-meddelelser:                                                      Modtager (kommentar):
- Start på periodisk kørsel – Ændringer til provenu  (TI20166v)       DC (behandling-af-provenu
                                                                      kode=23)
- Provenuoplysninger (TI20105v)                                       KI
- Ændringer til provenuoplysninger (TI20243v)                         KI
- Ændringer til posteringsgrundlag pr. VP-konto (TI20244v)            PK
- Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v)    PK
- Afslutning på periodisk kørsel – Ændringer til provenu (TI20167v)   DC (behandling-af-provenu
                                                                      kode=23)



### SYSTEMVEJLEDNING

---

### Foreløbig renteadvisering
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Foreløbigt renteadvis (TI20166v)        DC (behandling-af-provenu kode=9)
- Foreløbig renteadvis – Adresseoplysninger (TI20199v)               KI
- Foreløbig renteadvis – Betalingsoplysninger (TI20200v)             KI
- Afslutning på periodisk kørsel - Foreløbigt renteadvis (TI20167v)  DC (behandling-af-provenu kode=9)

### Dannelse af likviditetsoversigt
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Dannelse af likviditetsoversigt (TI20166v)   DC (behandling-af-provenu kode=2)
- Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispositionsdag (TI20135v)   PK
- Den enkelte deltagers beregnet krediteringer pr. pengekonto pr. dispositionsdag (TI20134v)   PK
- Pengetræk pr. debetkonto i kontogruppen (TI20136v)                UD
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v)       PK
- Afslutning på periodisk kørsel – Dannelse af likviditetsoversigt (TI20167v)   DC (behandling-af-provenu kode=2)

### Betalingsformidling
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Dannelse af betalingsformidling (TI20166v)   DC (behandling-af-provenu kode=3)
- Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v)  PK
- Posteringsgrundlag pr. debetkonto (TI20197v)                      PK
- Posteringsgrundlag pr. afkast/afregningskonto (TI20198v)          PK
- Afstemningsoplysninger, periodiske betalinger (TI20106v)          UD
- Afslutning på periodisk kørsel – Dannelse af betalingsformidling (TI20167v)   DC (behandling-af-provenu kode=3)

### Foreløbig betalingsformidling
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Foreløbig betalingsformidling (TI20166v)   DC (behandling-af-provenu kode=22)
- Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v)  PK
- Afslutning på periodisk kørsel – Foreløbig betalingsformidling (TI20167v)   DC (behandling-af-provenu kode=22)

### Endelig renteadvisering
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Endeligt renteadvis (TI20166v)         DC (behandling-af-provenu kode=18)
- Renteadvis – Betalingsoplysninger (TI20139v)                      KI
- Renteadvis – Adresseoplysninger (TI20140v)                        KI
- Afslutning på periodisk kørsel – Endeligt renteadvis (TI20167v)   DC (behandling-af-provenu kode=18)

### Ændring renteadvis
Info-meddelelser:                                                    Modtager (kommentar):

| | |
|---|---|
| • Start på periodisk kørsel – Ændring til renteadvis (TI20166v) | DC (behandling-af-provenu kode=24) |
| • Ændringer til renteadvis – betalingsoplysninger (TI20246) | KI |
| • Renteadvis – Betalingsoplysninger (TI20139v) | KI |
| • Renteadvis – Adresseoplysninger (TI20140v) | KI |
| • Afslutning på periodisk kørsel – Ændring til renteadvis (TI20167v) | DC (behandling-af-provenu kode=24) |

**Publicering af Renteoplysninger**
Info-meddelelser:

| | Modtager (kommentar): |
|---|---|
| • Etablering af renteperioder, kopi (TI20143v) | Alle |
| • Etablering af rentesats, kopi (TI20150v) | Alle |
| • Etablering af krydskurs for et handelsprodukt, kopi (TI20151v) | Alle |
| • Etablering af indeksfaktor (TI20103v) | Alle |

**Månedlig extrakt af renteoplysninger aktuelle oplysninger**
Info-meddelelser:

| | Modtager (kommentar): |
|---|---|
| • Aktuelle renteperioder (TI20158v) | Alle |
| • Aktuelle rentesatser (TI20159v) | Alle |
| • Aktuel krydskurs for et handelsprodukt (TI20160v) | Alle |
| • Etablering af indeksfaktor (TI20103v) | Alle |

**Påmindelse om ændring af variabel rente**
Info-meddelelser:

| | Modtager (kommentar): |
|---|---|
| • Start på periodisk kørsel - Advisering om variabel rente (TI20166v) | DC (behandling-af-provenu kode=7) |
| • Påmindelse om variabel rente - uden afvigende rentebehandling (TI20111v) | UD |
| • Påmindelse om variabel rente - med afvigende rentebehandling (TI20619v) | UD |
| • Afslutning på periodisk kørsel –advisering om variabel rente(TI20167v) | DC (behandling-af-provenu kode=7) |

**Påmindelse om ændring af variabel krydskurs**
Info-meddelelser:

| | Modtager (kommentar): |
|---|---|
| • Start på periodisk kørsel – Advisering om variabel krydskurs (TI20166v) | DC (behandling-af-provenu kode=8) |
| • Påmindelse om variabel krydskurs (TI20173v) | UD |
| • Afslutning på periodisk kørsel –advisering om variabel krydskurs (TI20167v) | DC (behandling-af-provenu kode=8) |

**SYSTEMVEJLEDNING**

## Rentefunktioner - Forespørgsler

### Forespørgsel på Valutakorrektionsbeløb
**PK (TR20102v)**
Info-meddelelser:
- Svar på forespørgsel

Modtager (kommentar):
PK (får ved forespørgsel de valutakorrektionsbeløb de selv har indrapporteret.

Har PK ikke indrapporteret valutakorrektionsbeløb, vil det være Finansrådets valutakorrektionsbeløb der vises)

### Forespørgsel på krydskurs for et handelsprodukt
**ALLE (TR20105v)**
Info-meddelelser:
- Svar på forespørgsel

Modtager (kommentar):
Alle (giver altid den aktuelle krydskurs)

### Forespørgsel på kontogruppering
**UD (TR20110v)**
Info-meddelelser:
- Svar på forespørgsel, kontogruppering (TI20163v)

Modtager (kommentar):
UD

### Forespørgsel på handelsprodukter i en kontogruppering
**UD (TR20111v)**
Info-meddelelser:
- Svar på forespørgsel, tilknyttede handelsprodukter i en kontogruppe (TI20164v)

Modtager (kommentar):
UD

### Forespørgsel på provenu
**KI (TR20113v)**
Info-meddelelser:
- Svar på forespørgsel, provenu (TI20155v)

Modtager (kommentar):
KI

### Forespørgsel på provenu bevægelser
**KI (TR20114v)**
Info-meddelelser:
- Svar på forespørgsel, provenubevægelser (TI20156v)

Modtager (kommentar):
KI

## Rentefunktioner - Tilbagekaldelse

### Dan aktiver i forbindelse med tilbagekaldelse
Info-meddelelser:
- Start på periodisk kørsel - Dan aktiver i forbindelse med tilbagekaldelse (TI20166v)
- Status på beholding - tilbagekaldelse af clearing (TI20203v)
- Afslutning på periodisk kørsel - Dan aktiver i forbindelse med tilbagekaldelse (TI20167v)

Modtager (kommentar):
DC (behandling-af-provenu kode=5)
KI
DC (behandling-af-provenu kode=5)

**SYSTEMVEJLEDNING**

---

**VP flytter debiteringen fra "nødlidende" pengekontoførende institut til "nyt" pengekontoførende institut**

Info-meddelelser:      Modtager (kommentar):

- Tilbagekaldelse af posteringsgrundlag pr. debetkonto (TI20206v) — PK
- Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (TI20208v) — UD
- Posteringsgrundlag pr. debetrentekonto (TI20197v) — PK
- Afstemningsoplysninger, periodiske betalinger (TI20106v) — UD
- Tilgang i likviditet på en debetrentekonto (TI20107v) — PK
- Fragang i likviditet på en debetrentekonto (TI20168v) — PK
- Ændring af kontogruppering (TI20123v) — UD
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) — PK
- Pengetræk pr. debetkonto i en kontogruppe (TI20136v) — UD

**Tilbageførsel af likviditet**

Info-meddelelser:      Modtager (kommentar):

- Start på periodisk kørsel - Tilbageførsel af likviditet (TI20166v) — DC (behandling-af-provenu kode=14)
- Fragang i likviditet (TI20177v) — PK
- Fragang i likviditet på en debetrentekonto (TI20168v) — PK
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) — PK
- Pengetræk pr. debetkonto i en kontogruppe (TI20136v) — UD
- Tilbagekaldelse af provenuoplysninger (TI20209v) — KI
- Afslutning på periodisk kørsel – tilbageførsel af likviditet (TI20167v) — DC (behandling-af-provenu kode=14)

**Tilbageførsel af Bogføringsposter**

Info-meddelelser:      Modtager (kommentar):

- Start på periodisk kørsel - Tilbageførsel af bogføringsposter (TI20166v) — DC (behandling-af-provenu kode=15)
- Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (TI20205v) — PK
- Tilbagekaldelse af posteringsgrundlag pr. debetkonto (TI20206v) — PK
- Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (TI20207v) — PK
- Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (TI20208v) — UD
- Afslutning på periodisk kørsel – tilbageførsel af bogføringsposter (TI20167v) — DC (behandling-af-provenu kode=15)

---

**Kontogruppering for udtrækning - transaktion, indsender, infoer og modtager**

**Etablering af kontogruppering**
**UD (TC20110v)**

Info-meddelelser:      Modtager (kommentar):

- Etablering af kontogruppering (TI20122v) — UD
- Ændring af kontogruppering (TI20123v) * — UD

---

* Dannes kun hvis en default kontogruppering erstattes af en ny default kontogruppering

**Ændring af kontogruppering**
**UD (TU20110v)**
Info-meddelelser:                                              Modtager (kommentar):
• Ændring af kontogruppering (TI20123v)                        UD

**Sletning af kontogruppering**
**UD (TD20110v)**
Info-meddelelser:                                              Modtager (kommentar):
• Sletning af kontogruppering (TI20124v)                       UD

**Tilknytning af handelsprodukt til en kontogruppering**
**UD (TC20111v)**
Info-meddelelser:                                              Modtager (kommentar):
• Tilknytning af handelsprodukt til en kontogruppering (TI20125v)    UD

**Ændring af kontogruppe for handelsprodukter**
**UD (TU20117v)**
Info-meddelelser:                                              Modtager (kommentar):
• Tilknytning af handelsprodukt til en kontogruppering (TI20125v)    UD
• Sletning af handelsprodukt til en kontogruppering (TI20126v)       UD

**Sletning af handelsprodukt fra en kontogruppering**
**UD (TD20111v)**
Info-meddelelser:                                              Modtager (kommentar):
• Sletning af handelsprodukt fra en kontogruppering (TI20126v)       UD


Udtrækningsfunktioner - transaktioner, indsender, infoer og modtager

**Etablering af en ønsket mængde til udtrækning**
**UD (TC20075v)**
Info-meddelelser:                                              Modtager (kommentar):
• Etablering af ønsket mængde til udtrækning (TI20169v)        UD

**Ændring af en ønsket mængde til udtrækning**
**UD (TU20075v)**
Info-meddelelser:                                              Modtager (kommentar):
• Ændring af ønsket mængde til udtrækning (TI20171v)           UD

Udtrækning - forespørgsler

**Forespørgsel på trækningsspecifikation**
**UD (TR20211v)**
Info-meddelelser:                                              Modtager (kommentar):
• Trækningsspecifikation for matematisk udtrækning (TI20045v)  UD

**Forespørgsel på trækningsspecifikation og resultat**
**UD (TR20217v)**
Info-meddelelser:                                              Modtager (kommentar):



## SYSTEMVEJLEDNING

---

- Trækningsspecifikation og –resultat for matematisk udtrækning     UD
  (TI20057v)

### Forespørgsel på matematisk udtrækningsprocent
### KI, FH, UD, ST (TR20216v)
Info-meddelelser:                                                    Modtager (kommentar):
- Forespørgsel på procent  (ok svar)                                 KI, FH, UD, ST

### Udtrækningsfunktioner

### Beregning af udtrækningsprocent
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Beregning af udtrækningsprocent        DC (beregning af
  (TI20166v)                                                         udtrækningsprocent kode=19)
- Beregnet udtrækningsprocent (TI20233v)                             UD
- Afslutning på periodisk kørsel – Beregning af udtrækningsprocent   DC (beregning af
  (TI20167v)                                                         udtrækningsprocent kode=19)

### Beregning af udtrukket mængde
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Beregning af udtrukket mængde          DC (beregning af udtrukket af
  (TI20166v)                                                         mængde kode=20)
- Offentliggørelse af beregnet udtrækningsprocent (TI20239v)         DC
- Afstemningsgrundlag pr. ISIN (TI20234v)                            UD
- Pengetræk pr. debetkonto i en kontogruppe (TI20235v)              UD
- Afslutning på periodisk kørsel – Beregning af udtrukket mængde     DC (beregning af udtrukket af
  (TI20167v)                                                         mængde kode=20)

### Udtrækningsadvisering
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel – Udtrækningsadvisering (TI20166v)       DC (udtrækningsadvisering
                                                                    kode=21)
- Udtrækningsadvisering til kontofører (TI20236v)                    KI
- Udtrækningsadvisering - kontooplysninger (TI20237v)                KI
- Udtrækningsadvisering – beholdningsoplysninger (TI20238v)          KI
- Afslutning på periodisk kørsel – Udtrækningsadvisering (TI20167v)  DC (udtrækningsadvisering
                                                                    kode=21)

### Dannelse af likviditetsoversigt
Info-meddelelser:                                                    Modtager (kommentar):
- Start på periodisk kørsel - Dannelse af likviditetsoversigt (TI20166v)  DC (behandling af provenu
                                                                    kode=2)
- Den enkelte deltagers forventede pengetræk pr. pengekonto pr.     PK
  dispositionsdag (TI20135v)
- Pengetræk pr. debetkonto i kontogruppen (TI20136v)                UD
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v)       PK
- Den enkelte deltagers beregnede krediteringer pr. pengekonto pr.  PK, UD
  dispositionsdag (TI20134v)
- Afslutning på periodisk kørsel - Dannelse af likviditetsoversigt  DC (behandling af provenu
  (TI20167v)                                                         kode=2)

### Betalingsformidling
Info-meddelelser:                                                    Modtager (kommentar):



SYSTEMVEJLEDNING

---

| | |
|---|---|
| • Start på periodisk kørsel - Dannelse af betalingsformidling (TI20166v) | DC (behandling-af-provenu kode=3) |
| • Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v) | PK |
| • Posteringsgrundlag pr. debetkonto (TI20197v) | PK |
| • Posteringsgrundlag pr. afkast/afregningskonto (TI20198v) | PK |
| • Afstemningsoplysninger, periodiske betalinger (TI20106v) | UD |
| • Afslutning på periodisk kørsel - Dannelse af betalingsformidling (TI20167v) | DC (behandling-af-provenu kode=3) |

**Forespørgsler**

**Forespørgsel på kontogruppering**
**UD (TR20110v)**
Info-meddelelser:                                                   Modtager (kommentar):
• Svar på forespørgsel, kontogruppering (TI20163v)                  UD

**Forespørgsel på handelsprodukter i en kontogruppering**
**UD (TR201112)**
Info-meddelelser:                                                   Modtager (kommentar):
• Svar på forespørgsel, tilknyttede handelsprodukter i en kontogruppe (TI201642)    UD

**Forespørgsel på provenu**
**KI (TR20113v)**
Info-meddelelser:                                                   Modtager (kommentar):
• Svar på forespørgsel, provenu (TI20155v)                          KI

**Tilbagekaldelse**

**Dan aktiver i forbindelse med tilbagekaldelse**
Info-meddelelser:                                                   Modtager (kommentar):
• Start på periodisk kørsel - Dan aktiver i forbindelse med tilbagekaldelse (TI20166v)    DC (behandling-af-provenu kode=12)
• Status på beholdning - tilbagekaldelse af clearing (TI20203v)     KI
• Afslutning på periodisk kørsel - Dan aktiver i forbindelse med tilbagekaldelse (TI20167v)    DC (behandling-af-provenu kode=12)

**VP flytter debiteringen fra "nødlidende" pengekontoførende institut til "nyt" pengekontoførende institut**
Info-meddelelser:                                                   Modtager (kommentar):
• Tilbagekaldelse af posteringsgrundlag pr. debetkonto (TI20206v)   PK
• Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (TI20208v)    UD
• Posteringsgrundlag pr. debetrentekonto (TI20197v)                 PK
• Afstemningsoplysninger, periodiske betalinger (TI20106v)          UD
• Tilgang i likviditet på en debetrentekonto (TI20107v)             PK
• Fragang i likviditet på en debetrentekonto (TI20168v)            PK
• Ændring af kontogruppering (TI20123v)                             UD
• Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v)       PK
• Pengetræk pr. debetkonto i en kontogruppe (TI20136v)             UD

**Tilbageførsel af likviditet**
Info-meddelelser:                                                   Modtager (kommentar):

SYSTEMVEJLEDNING

---

| | |
|---|---|
| • Start på periodisk kørsel - Tilbageførsel af likviditet (TI20166v) | DC (behandling-af-provenu kode=14) |
| • Fragang i likviditet (TI20177v) | PK |
| • Fragang i likviditet på en debetrentekonto (TI20168v) | PK |
| • Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) | PK |
| • Pengetræk pr. debetkonto i en kontogruppe (TI20136v) | UD |
| • Afslutning på periodisk kørsel - Tilbageførsel af likviditet (TI20167v) | DC (behandling-af-provenu kode=14) |

## Tilbageførsel af bogføringsposter

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Start på periodisk kørsel - Tilbageførsel af bogføringsposter (TI20166v) | DC (behandling-af-provenu kode=15) |
| • Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (TI20205v) | PK |
| • Tilbagekaldelse af posteringsgrundlag pr. debetkonto (TI20206v) | PK |
| • Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (TI20207v) | PK |
| • Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (TI20208v) | UD |
| • Afslutning på periodisk kørsel - Tilbageførsel af bogføringsposter (TI20167v) | DC (behandling-af-provenu kode=15) |

## Corporate Action

## Offentliggørelse af Corporate Actions

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Offentliggørelse af corporate action - papiroplysninger (TI20272v) | DC |
| • Offentliggørelse af corporate action - forholdsoplysninger (TI20273v) | DC |
| • Offentliggørelse af corporate action - kursoplysninger (TI20274v) | DC |
| • Offentliggørelse af corporate action - betalingsoplysninger (TI20275v) | DC |
| • Offentliggørelse af corporate action - ændring af aktiekapital (TI20276v) | DC |
| • Offentliggørelse af corporate action - beregningsoplysninger (TI20277v) | DC |
| • Offentliggørelse af corporate action - udbytteoplysninger (TI20279v) | DC |
| • Offentliggørelse af corporate action – ændring af papir til eller fra Non par value | DC |
| • Slut på udsendelse af offentliggørelsesinfoer (TI20271v) | DC |

## Afvikling af Corporate Actions

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Start på selskabshændelse kørsel (TI20302v) | DC |
| • Hovedbogsoplysninger - aktier (TI20290v) | UD |
| • Hovedbogsoplysninger - obligationer (TI20291v) | UD |
| • Afstemning udbytte - total ved beregning (TI20325v) | UD |
| • Afstemning udbytteaktier - total ved beregning (TI20335v) | UD |
| • Afstemning udbytte - total udenlandsk ved beregning (TI20327v) | UD |
| • Ændringsmeddelelse - adresseoplysninger (TI20280v) | KI |