# Exhibit 21, Part 1

# Statement for Basalt Ventures LLC Roth 401(K) Plan (BVL01)

01 January 2015 - 31 December 2015

**Telesto Markets LLP**

## Statement Summary

Basalt Ventures LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

| | DKK | EUR | USD |
|---|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 293,791,997.15 | 3,892,005.80 | 0.00 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | -293,791,997.15 | -3,892,005.80 | 0.00 |
| Total daily MTM on Stock Loan | 293,791,997.15 | 3,892,005.80 | 0.00 |
| Total Fees and Rebates | 1,295,549.60 | -28,659.46 | 0.00 |
| Realised Forwards Profit & Loss | -375,032,735.14 | -6,433,079.22 | 0.00 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S 06/03/2015) | 2,397,294.45 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (UMICORE 30/04/2015) | 0.00 | 32,554.12 | 0.00 |
| Dividend and Associated Taxes, Costs (ACKERMANS & VAN HAAREN 01/06/2015) | 0.00 | 30,442.23 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S 10/08/2015) | 796,986.55 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-A 31/03/2015) | 11,327,908.59 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (D'IETEREN SA/NV 02/06/2015) | 0.00 | 11,457.60 | 0.00 |
| Dividend and Associated Taxes, Costs (BEFIMMO S.C.A. 06/05/2015) | 0.00 | 11,344.26 | 0.00 |

CONFIDENTIAL

GUNDERSON 00009434

| | | | |
|---|---|---|---|
| Dividend and Associated Taxes, Costs (BEKAERT NV 17/05/2015) | 0.00 | 21,578.10 | 0.00 |
| Dividend and Associated Taxes, Costs (ANHEUSER-BUSCH INBEV NV 04/05/2015) | 0.00 | 1,175,157.00 | 0.00 |
| Dividend and Associated Taxes, Costs (KBC GROEP NV 11/05/2015) | 0.00 | 432,235.50 | 0.00 |
| Dividend and Associated Taxes, Costs (bpost SA 18/05/2015) | 0.00 | 16,509.74 | 0.00 |
| Dividend and Associated Taxes, Costs (NOVOZYMES A/S-B 26/02/2015) | 1,701,965.07 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (PANDORA A/S 19/03/2015) | 2,960,645.67 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (ELIA SYSTEM OPERATOR SA/NV 01/06/2015) | 0.00 | 33,413.00 | 0.00 |
| Dividend and Associated Taxes, Costs (VESTAS WIND SYSTEMS A/S 31/03/2015) | 1,063,260.48 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (Auriga Industries A/S 12/06/2015) | 6,990,701.92 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (SOLVAY SA 15/05/2015) | 0.00 | 87,743.52 | 0.00 |
| Dividend and Associated Taxes, Costs (COLOPLAST-B 07/05/2015) | 956,020.52 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (TRYG A/S 26/03/2015) | 745,374.53 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (Danske Bank A/S 19/03/2015) | 13,135,730.96 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (Proximus 22/04/2015) | 0.00 | 105,360.00 | 0.00 |
| Dividend and Associated Taxes, Costs (GROUPE BRUXELLES LAMBERT SA 05/05/2015) | 0.00 | 144,499.68 | 0.00 |
| Dividend and Associated Taxes, Costs (UCB SA 04/05/2015) | 0.00 | 101,159.78 | 0.00 |
| Dividend and Associated Taxes, Costs (DELHAIZE GROUP 02/06/2015) | 0.00 | 126,911.20 | 0.00 |
| Dividend and Associated Taxes, Costs (NOVO NORDISK A/S-B 20/03/2015) | 23,535,970.15 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (DSV A/S 13/03/2015) | 894,580.54 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (FLSMIDTH & CO A/S 27/03/2015) | 525,659.13 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-B 31/03/2015) | 11,333,963.91 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (AGEAS 06/05/2015) | 0.00 | 239,466.86 | 0.00 |
| Dividend and Associated Taxes, Costs (GN STORE NORD A/S 20/03/2015) | 397,676.84 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (CARLSBERG AS-B 27/03/2015) | 1,169,749.08 | 0.00 | 0.00 |
| Cash Payment/Receipts | -1,621,486.82 | 0.00 | 0.00 |
| Total Cash Balance | -1,621,486.82 | 0.00 | 0.00 |

CONFIDENTIAL

GUNDERSON 00009435

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX. (FCA Registration Number 609226; Company Number OC359442.) We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Telesto Markets LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL

GUNDERSON 00009436

# Equity Transactions

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Belgium | | | | | | | | | | |
| 21/04/2015 | 24/04/2015 | EUR | Buy | Bastion Capital London Ltd | Proximus | PROX | 140,480.00 | 34.2950 | -4,817,761.60 | -4,817,761.60 |
| 29/04/2015 | 05/05/2015 | EUR | Buy | Sunrise Brokers | UMICORE | UMI | 86,811.00 | 44.8900 | -3,896,945.79 | -8,714,707.39 |
| 30/04/2015 | 06/05/2015 | EUR | Buy | Sunrise Brokers | ANHEUSER-BUSCH INBEV NV | ABI | 783,438.00 | 108.9000 | -85,316,398.20 | -94,031,105.59 |
| 30/04/2015 | 06/05/2015 | EUR | Buy | The TJM Partnership PLC | UCB SA | UCB | 127,245.00 | 64.3200 | -8,184,398.40 | -102,215,503.99 |
| 04/05/2015 | 07/05/2015 | EUR | Buy | The TJM Partnership PLC | GROUPE BRUXELLES LAMBERT SA | GBLB | 69,056.00 | 78.1100 | -5,393,964.16 | -107,609,468.15 |
| 05/05/2015 | 08/05/2015 | EUR | Buy | Sunrise Brokers | AGEAS | AGS | 205,993.00 | 32.7900 | -6,754,510.47 | -114,363,978.62 |
| 05/05/2015 | 08/05/2015 | EUR | Buy | Bastion Capital London Ltd | BEFIMMO S.C.A. | BEFB | 17,588.00 | 60.4500 | -1,063,194.60 | -115,427,173.22 |
| 08/05/2015 | 13/05/2015 | EUR | Buy | Bastion Capital London Ltd | KBC GROEP NV | KBC | 288,157.00 | 58.7600 | -16,932,105.32 | -132,359,278.54 |
| 14/05/2015 | 19/05/2015 | EUR | Buy | Sunrise Brokers | SOLVAY SA | SOLB | 56,608.00 | 126.6500 | -7,169,403.20 | -139,528,681.74 |
| 14/05/2015 | 19/05/2015 | EUR | Buy | The TJM Partnership PLC | BEKAERT NV | BEKB | 33,848.00 | 27.3400 | -925,404.32 | -140,454,086.06 |
| 15/05/2015 | 20/05/2015 | EUR | Buy | Sunrise Brokers | bpost SA | BPOST | 100,059.00 | 25.1300 | -2,514,482.67 | -142,968,568.73 |
| 29/05/2015 | 03/06/2015 | EUR | Buy | Bastion Capital London Ltd | ACKERMANS & VAN HAAREN | ACKB | 22,302.00 | 124.4000 | -2,774,368.80 | -145,742,937.53 |
| 29/05/2015 | 03/06/2015 | EUR | Buy | Bastion Capital London Ltd | ELIA SYSTEM OPERATOR SA/NV | ELI | 28,929.00 | 39.4850 | -1,142,261.56 | -146,885,199.10 |
| 01/06/2015 | 04/06/2015 | EUR | Buy | Sunrise Brokers | DELHAIZE GROUP | DELB | 105,676.00 | 81.2400 | -8,585,118.24 | -155,470,317.34 |
| 01/06/2015 | 04/06/2015 | EUR | Buy | Sunrise Brokers | D'IETEREN SA/NV | DIE | 19,096.00 | 36.1300 | -689,938.48 | -156,160,255.82 |
| 19/06/2015 | 23/06/2015 | EUR | Sell | Sunrise Brokers | UCB SA | UCB | -127,245.00 | 63.4200 | 8,069,877.90 | -148,090,377.92 |
| 19/06/2015 | 23/06/2015 | EUR | Sell | The TJM Partnership PLC | ACKERMANS & VAN HAAREN | ACKB | -22,302.00 | 126.7500 | 2,826,778.50 | -145,263,599.42 |
| 07/07/2015 | 09/07/2015 | EUR | Sell | Bastion Capital London Ltd | bpost SA | BPOST | -100,059.00 | 24.4200 | 2,443,440.78 | -142,820,158.64 |
| 13/07/2015 | 15/07/2015 | EUR | Sell | Sunrise Brokers | BEFIMMO S.C.A. | BEFB | -17,588.00 | 58.0300 | 1,020,531.64 | -141,799,627.00 |
| 13/07/2015 | 15/07/2015 | EUR | Sell | The TJM Partnership PLC | ELIA SYSTEM OPERATOR SA/NV | ELI | -28,929.00 | 37.8750 | 1,095,685.88 | -140,703,841.12 |
| 17/07/2015 | 21/07/2015 | EUR | Sell | Bastion Capital London Ltd | BEKAERT NV | BEKB | -33,848.00 | 25.6100 | 866,847.28 | -139,836,993.84 |
| 17/07/2015 | 21/07/2015 | EUR | Sell | Sunrise Brokers | GROUPE BRUXELLES LAMBERT SA | GBLB | -69,056.00 | 76.9100 | 5,311,096.96 | -134,525,896.88 |
| 22/07/2015 | 24/07/2015 | EUR | Sell | The TJM Partnership PLC | D'IETEREN SA/NV | DIE | -19,096.00 | 32.7950 | 626,253.32 | -133,899,643.56 |

CONFIDENTIAL

GUNDERSON 00009437

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22/07/2015 | 24/07/2015 | EUR | Sell | Bastion Capital London Ltd | AGEAS | AGS | -205,993.00 | 36.8550 | 7,591,872.02 | -126,307,771.54 |
| 23/07/2015 | 27/07/2015 | EUR | Sell | Bastion Capital London Ltd | SOLVAY SA | SOLB | -56,608.00 | 128.4000 | 7,268,467.20 | -119,039,304.34 |
| 29/07/2015 | 31/07/2015 | EUR | Sell | Bastion Capital London Ltd | DELHAIZE GROUP | DELB | -105,676.00 | 78.3100 | 8,275,487.56 | -110,763,816.78 |
| 29/07/2015 | 31/07/2015 | EUR | Sell | Bastion Capital London Ltd | ANHEUSER-BUSCH INBEV NV | ABI | -783,438.00 | 113.4500 | 88,881,041.10 | -21,882,775.68 |
| 29/07/2015 | 31/07/2015 | EUR | Sell | Bastion Capital London Ltd | UMICORE | UMI | -86,811.00 | 38.9300 | 3,379,552.23 | -18,503,223.45 |
| 14/08/2015 | 18/08/2015 | EUR | Sell | The TJM Partnership PLC | Proximus | PROX | -140,480.00 | 33.9250 | 4,765,784.00 | -13,737,439.45 |
| 14/08/2015 | 18/08/2015 | EUR | Sell | The TJM Partnership PLC | KBC GROEP NV | KBC | -288,157.00 | 61.1800 | 17,629,445.26 | 3,892,005.80 |
| | | | | | | | | | 0.00 | 3,892,005.80 |
| Denmark | | | | | | | | | | |
| 25/02/2015 | 02/03/2015 | DKK | Buy | Sunrise Brokers | NOVOZYMES A/S-B | NZYMB | 777,153.00 | 322.5000 | -250,631,842.50 | -250,631,842.50 |
| 05/03/2015 | 10/03/2015 | DKK | Buy | Bastion Capital London Ltd | TDC A/S | TDC | 3,283,965.00 | 54.0000 | -177,334,110.00 | -427,965,952.50 |
| 12/03/2015 | 17/03/2015 | DKK | Buy | The TJM Partnership PLC | DSV A/S | DSV | 765,908.00 | 219.2000 | -167,887,033.60 | -595,852,986.10 |
| 18/03/2015 | 23/03/2015 | DKK | Buy | Sunrise Brokers | PANDORA A/S | PNDORA | 450,631.00 | 614.5000 | -276,912,749.50 | -872,765,735.60 |
| 18/03/2015 | 23/03/2015 | DKK | Buy | Sunrise Brokers | Danske Bank A/S | DANSKE | 3,271,664.00 | 175.3000 | -573,522,699.20 | -1,446,288,434.80 |
| 19/03/2015 | 24/03/2015 | DKK | Buy | The TJM Partnership PLC | NOVO NORDISK A/S-B | NOVOB | 6,448,211.00 | 341.9000 | -2,204,643,340.90 | -3,650,931,775.70 |
| 19/03/2015 | 24/03/2015 | DKK | Buy | The TJM Partnership PLC | GN STORE NORD A/S | GN D | 605,292.00 | 154.2000 | -93,336,026.40 | -3,744,267,802.10 |
| 25/03/2015 | 30/03/2015 | DKK | Buy | Bastion Capital London Ltd | TRYG A/S | TRYG | 35,209.00 | 868.5000 | -30,579,016.50 | -3,774,846,818.60 |
| 26/03/2015 | 31/03/2015 | DKK | Buy | The TJM Partnership PLC | FLSMIDTH & CO A/S | FLS | 80,009.00 | 314.0000 | -25,122,826.00 | -3,799,969,644.60 |
| 26/03/2015 | 31/03/2015 | DKK | Buy | Sunrise Brokers | CARLSBERG AS-B | CARLB | 178,044.00 | 571.5000 | -101,752,146.00 | -3,901,721,790.60 |
| 30/03/2015 | 07/04/2015 | DKK | Buy | Sunrise Brokers | VESTAS WIND SYSTEMS A/S | VWS | 373,474.00 | 290.2000 | -108,382,154.80 | -4,010,103,945.40 |
| 30/03/2015 | 07/04/2015 | DKK | Buy | Sunrise Brokers | AP MOELLER-MAERSK A/S-B | MAERSKB | 7,877.00 | 16,410.0000 | -129,261,570.00 | -4,139,365,515.40 |
| 30/03/2015 | 07/04/2015 | DKK | Buy | Sunrise Brokers | AP MOELLER-MAERSK A/S-A | MAERSKA | 7,873.00 | 15,810.0000 | -124,472,130.00 | -4,263,837,645.40 |
| 06/05/2015 | 11/05/2015 | DKK | Buy | The TJM Partnership PLC | COLOPLAST-B | COLOB | 294,679.00 | 510.0000 | -150,286,290.00 | -4,414,123,935.40 |
| 12/05/2015 | 12/05/2015 | DKK | Buy | Bastion Capital London Ltd | TRYG A/S | TRYG | 140,836.00 | 0.0000 | 0.00 | -4,414,123,935.40 |
| 01/06/2015 | 03/06/2015 | DKK | Sell | Bastion Capital London Ltd | NOVOZYMES A/S-B | NZYMB | -777,153.00 | 326.2000 | 253,507,309.60 | -4,160,616,626.80 |

**CONFIDENTIAL**

**GUNDERSON 00009438**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2015 | 08/06/2015 | DKK | Sell | Bastion Capital London Ltd | NOVO NORDISK A/S-B | NOVOB | -6,448,211.00 | 382.5000 | 2,466,440,707.50 | -1,694,175,919.30 |
| 03/06/2015 | 08/06/2015 | DKK | Sell | The TJM Partnership PLC | Danske Bank A/S | DANSKE | -3,271,664.00 | 198.3000 | 648,770,971.20 | -1,045,404,948.10 |
| 11/06/2015 | 16/06/2015 | DKK | Buy | The TJM Partnership PLC | Auriga Industries A/S | AURIB | 29,648.00 | 321.0000 | -9,517,008.00 | -1,054,921,956.10 |
| 19/06/2015 | 23/06/2015 | DKK | Sell | Bastion Capital London Ltd | VESTAS WIND SYSTEMS A/S | VWS | -373,474.00 | 322.3000 | 120,370,670.20 | -934,551,285.90 |
| 19/06/2015 | 23/06/2015 | DKK | Sell | The TJM Partnership PLC | TDC A/S | TDC | -3,283,965.00 | 49.3900 | 162,195,031.35 | -772,356,254.55 |
| 19/06/2015 | 23/06/2015 | DKK | Sell | Bastion Capital London Ltd | Auriga Industries A/S | AURIB | -29,648.00 | 2.2500 | 66,708.00 | -772,289,546.55 |
| 22/06/2015 | 24/06/2015 | DKK | Sell | The TJM Partnership PLC | AP MOELLER-MAERSK A/S-A | MAERSKA | -7,873.00 | 11,900.0000 | 93,688,700.00 | -678,600,846.55 |
| 24/06/2015 | 26/06/2015 | DKK | Sell | Sunrise Brokers | TRYG A/S | TRYG | -176,045.00 | 138.2000 | 24,329,419.00 | -654,271,427.55 |
| 26/06/2015 | 30/06/2015 | DKK | Sell | Bastion Capital London Ltd | GN STORE NORD A/S | GN D | -605,292.00 | 144.4000 | 87,404,164.80 | -566,867,262.75 |
| 26/06/2015 | 30/06/2015 | DKK | Sell | Bastion Capital London Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | -7,877.00 | 12,440.0000 | 97,989,880.00 | -468,877,382.75 |
| 30/06/2015 | 02/07/2015 | DKK | Sell | Sunrise Brokers | FLSMIDTH & CO A/S | FLS | -80,009.00 | 322.0000 | 25,762,898.00 | -443,114,484.75 |
| 30/06/2015 | 02/07/2015 | DKK | Sell | The TJM Partnership PLC | PANDORA A/S | PNDORA | -450,631.00 | 719.0000 | 324,003,689.00 | -119,110,795.75 |
| 30/06/2015 | 02/07/2015 | DKK | Sell | Bastion Capital London Ltd | CARLSBERG AS-B | CARLB | -176,044.00 | 607.5000 | 106,961,730.00 | -10,949,065.75 |
| 01/07/2015 | 03/07/2015 | DKK | Sell | Sunrise Brokers | DSV A/S | DSV | -765,908.00 | 221.8000 | 169,878,394.40 | 158,929,328.65 |
| 28/07/2015 | 30/07/2015 | DKK | Sell | Sunrise Brokers | COLOPLAST-B | COLOB | -294,679.00 | 481.0000 | 141,740,599.00 | 300,669,927.65 |
| 07/08/2015 | 12/08/2015 | DKK | Buy | Bastion Capital London Ltd | TDC A/S | TDC | 1,091,735.00 | 48.2100 | -52,632,544.35 | 248,037,383.30 |
| 09/09/2015 | 11/09/2015 | DKK | Sell | Sunrise Brokers | TDC A/S | TDC | -1,091,735.00 | 41.9100 | 45,754,613.85 | 293,791,997.15 |
| | | | | | | | | | 0.00 | 293,791,997.15 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX. (FCA Registration Number 609226; Company Number OC368442.) We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Telesto Markets LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL    GUNDERSON 00009439

# Forward Transactions

| Trade Date | Expiry Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Belgium | | | | | | | | | | |
| 21/04/2015 | 18/09/2015 | EUR | Sell | Connaught Global Ltd | Proximus | PROX | -140,480.00 | 33.5516 | 4,713,328.77 | 4,713,328.77 |
| 29/04/2015 | 18/09/2015 | EUR | Sell | Alltsen Asset Ltd | UMICORE | UMI | -86,811.00 | 44.5210 | 3,864,912.53 | 8,578,241.30 |
| 30/04/2015 | 18/09/2015 | EUR | Sell | Gartside Global Ltd | ANHEUSER-BUSCH INBEV NV | ABI | -783,438.00 | 107.4147 | 84,152,757.74 | 92,730,999.04 |
| 30/04/2015 | 18/09/2015 | EUR | Sell | Gartside Global Ltd | UCB SA | UCB | -127,245.00 | 63.5337 | 8,084,345.65 | 100,815,344.69 |
| 04/05/2015 | 18/09/2015 | EUR | Sell | Alltsen Asset Ltd | GROUPE BRUXELLES LAMBERT SA | GBLB | -69,056.00 | 76.0285 | 5,250,085.98 | 106,065,430.66 |
| 05/05/2015 | 18/09/2015 | EUR | Sell | Alltsen Asset Ltd | AGEAS | AGS | -205,993.00 | 31.6309 | 6,515,743.98 | 112,581,174.66 |
| 05/05/2015 | 18/09/2015 | EUR | Sell | Lyall Capital Ltd | BEFIMMO S.C.A. | BEFB | -17,588.00 | 59.8114 | 1,051,962.90 | 113,633,137.56 |
| 08/05/2015 | 18/09/2015 | EUR | Sell | Gartside Global Ltd | KBC GROEP NV | KBC | -288,157.00 | 57.2653 | 16,501,397.05 | 130,134,534.62 |
| 14/05/2015 | 18/09/2015 | EUR | Sell | Lyall Capital Ltd | BEKAERT NV | BEKB | -33,848.00 | 26.7044 | 903,890.53 | 131,038,425.15 |
| 14/05/2015 | 18/09/2015 | EUR | Sell | Gartside Global Ltd | SOLVAY SA | SOLB | -56,608.00 | 125.1087 | 7,082,153.29 | 138,120,578.44 |
| 15/05/2015 | 18/09/2015 | EUR | Sell | Alltsen Asset Ltd | bpost SA | BPOST | -100,059.00 | 24.9666 | 2,498,133.03 | 140,618,711.47 |
| 29/05/2015 | 18/09/2015 | EUR | Sell | Gartside Global Ltd | ELIA SYSTEM OPERATOR SA/NV | ELI | -28,929.00 | 38.3305 | 1,108,863.03 | 141,727,574.50 |
| 29/05/2015 | 18/09/2015 | EUR | Sell | Connaught Global Ltd | ACKERMANS & VAN HAAREN | ACKB | -22,302.00 | 123.0865 | 2,743,960.02 | 144,471,534.52 |
| 01/06/2015 | 18/09/2015 | EUR | Sell | Connaught Global Ltd | D'IETEREN SA/NV | DIE | -19,096.00 | 35.5301 | 678,482.79 | 145,150,017.31 |
| 01/06/2015 | 18/09/2015 | EUR | Sell | Connaught Global Ltd | DELHAIZE GROUP | DELB | -105,676.00 | 80.0403 | 8,458,338.74 | 153,608,356.06 |
| 19/06/2015 | 18/09/2015 | EUR | Buy | Connaught Global Ltd | ACKERMANS & VAN HAAREN | ACKB | 22,302.00 | 126.7462 | -2,826,693.75 | 150,781,662.30 |
| 19/06/2015 | 18/09/2015 | EUR | Buy | Gartside Global Ltd | UCB SA | UCB | 127,245.00 | 63.4181 | -8,069,636.13 | 142,712,026.17 |
| 07/07/2015 | 18/09/2015 | EUR | Buy | Alltsen Asset Ltd | bpost SA | BPOST | 100,059.00 | 24.4186 | -2,443,300.70 | 140,268,725.47 |
| 13/07/2015 | 18/09/2015 | EUR | Buy | Lyall Capital Ltd | BEFIMMO S.C.A. | BEFB | 17,588.00 | 58.0254 | -1,020,568.32 | 139,248,157.15 |
| 13/07/2015 | 18/09/2015 | EUR | Buy | Gartside Global Ltd | ELIA SYSTEM OPERATOR SA/NV | ELI | 28,929.00 | 37.8727 | -1,095,619.34 | 138,152,537.81 |
| 17/07/2015 | 18/09/2015 | EUR | Buy | Alltsen Asset Ltd | GROUPE BRUXELLES LAMBERT SA | GBLB | 69,056.00 | 76.9052 | -5,310,765.49 | 132,841,772.32 |
| 17/07/2015 | 18/09/2015 | EUR | Buy | Lyall Capital Ltd | BEKAERT NV | BEKB | 33,848.00 | 25.6084 | -866,793.12 | 131,974,979.20 |
| 22/07/2015 | 18/09/2015 | EUR | Buy | Alltsen Asset Ltd | AGEAS | AGS | 205,993.00 | 36.8526 | -7,591,377.63 | 124,383,601.57 |

| Trade Date | Settle Date | Ccy | Side | Counterparty | Security | Ticker | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 22/07/2015 | 18/09/2015 | EUR | Buy | Connaught Global Ltd | D'IETEREN SA/NV | DIE | 19,096.00 | 32.7929 | -626,213.22 | 123,757,368.35 |
| 23/07/2015 | 18/09/2015 | EUR | Buy | Gartside Global Ltd | SOLVAY SA | SOLB | 56,608.00 | 128.3915 | -7,267,960.03 | 116,489,402.31 |
| 29/07/2015 | 18/09/2015 | EUR | Buy | Allisen Asset Ltd | UMICORE | UMI | 86,811.00 | 38.9272 | -3,379,309.16 | 113,110,093.16 |
| 29/07/2015 | 18/09/2015 | EUR | Buy | Gartside Global Ltd | ANHEUSER-BUSCH INBEV NV | ABI | 763,438.00 | 113.4419 | -86,874,695.25 | 24,235,397.90 |
| 29/07/2015 | 18/09/2015 | EUR | Buy | Connaught Global Ltd | DELHAIZE GROUP | DELB | 105,676.00 | 78.3044 | -8,274,895.77 | 15,960,502.13 |
| 14/08/2015 | 18/09/2015 | EUR | Buy | Gartside Global Ltd | KBC GROEP NV | KBC | 288,157.00 | 61.1755 | -17,628,148.55 | -1,667,646.42 |
| 14/08/2015 | 18/09/2015 | EUR | Buy | Connaught Global Ltd | Proximus | PROX | 140,480.00 | 33.9225 | -4,765,432.80 | -6,433,079.22 |
| | | | | | | | | 0.00 | | -6,433,079.22 |

Denmark

| Trade Date | Settle Date | Ccy | Side | Counterparty | Security | Ticker | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/02/2015 | 19/06/2015 | DKK | Sell | Allisen Asset Ltd | NOVOZYMES A/S-B | NZYMB | -777,153.00 | 320.1105 | 248,774,835.41 | 248,774,835.41 |
| 05/03/2015 | 19/06/2015 | DKK | Sell | Lyall Capital Ltd | TDC A/S | TDC | -3,283,965.00 | 53.2397 | 174,837,311.41 | 423,612,146.82 |
| 12/03/2015 | 19/06/2015 | DKK | Sell | Gartside Global Ltd | DSV A/S | DSV | -765,908.00 | 217.9241 | 166,909,811.58 | 590,521,958.40 |
| 18/03/2015 | 19/06/2015 | DKK | Sell | Connaught Global Ltd | Danske Bank A/S | DANSKE | -3,271,664.00 | 171.2147 | 560,156,970.26 | 1,150,678,928.66 |
| 18/03/2015 | 19/06/2015 | DKK | Sell | Connaught Global Ltd | PANDORA A/S | PNDORA | -450,531.00 | 607.6807 | 273,839,761.52 | 1,424,518,690.18 |
| 19/03/2015 | 19/06/2015 | DKK | Sell | Gartside Global Ltd | GN STORE NORD A/S | GN D | -605,292.00 | 153.4809 | 92,900,760.92 | 1,517,419,451.11 |
| 19/03/2015 | 19/06/2015 | DKK | Sell | Gartside Global Ltd | NOVO NORDISK A/S-B | NOVOB | -6,446,211.00 | 338.1132 | 2,180,225,255.49 | 3,697,644,706.59 |
| 25/03/2015 | 19/06/2015 | DKK | Sell | Lyall Capital Ltd | TRYG A/S | TRYG | -35,209.00 | 846.9944 | 29,821,825.83 | 3,727,466,532.42 |
| 26/03/2015 | 19/06/2015 | DKK | Sell | Gartside Global Ltd | FLSMIDTH & CO A/S | FLS | -80,009.00 | 307.3119 | 24,587,717.81 | 3,752,054,250.23 |
| 26/03/2015 | 19/06/2015 | DKK | Sell | Connaught Global Ltd | CARLSBERG AS-B | CARLB | -178,044.00 | 564.7130 | 100,543,761.37 | 3,852,598,011.60 |
| 30/03/2015 | 19/06/2015 | DKK | Sell | Connaught Global Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | -7,877.00 | 14,965.5352 | 117,883,520.77 | 3,970,481,532.37 |
| 30/03/2015 | 19/06/2015 | DKK | Sell | Allisen Asset Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | -7,873.00 | 14,365.7610 | 113,101,636.35 | 4,083,583,168.72 |
| 30/03/2015 | 19/06/2015 | DKK | Sell | Gartside Global Ltd | VESTAS WIND SYSTEMS A/S | VWS | -373,474.00 | 287.2448 | 107,278,464.44 | 4,190,861,633.16 |
| 06/05/2015 | 18/09/2015 | DKK | Sell | Lyall Capital Ltd | COLOPLAST-B | COLOB | -294,879.00 | 506.5282 | 149,263,223.45 | 4,340,124,856.61 |
| 12/05/2015 | 19/06/2015 | DKK | Sell | Lyall Capital Ltd | TRYG A/S | TRYG | -140,836.00 | 0.0000 | 0.00 | 4,340,124,856.61 |
| 01/06/2015 | 19/06/2015 | DKK | Buy | Allisen Asset Ltd | NOVOZYMES A/S-B | NZYMB | 777,153.00 | 326.1463 | -253,465,575.48 | 4,086,659,281.12 |

CONFIDENTIAL

GUNDERSON 00009441

| Trade Date | Settle Date | Ccy | Side | Counterparty | Security | Ticker | Quantity | Price | Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2015 | 19/06/2015 | DKK | Buy | Connaught Global Ltd | Danske Bank A/S | DANSKE | 3,271,664.00 | 198.2752 | -648,689,833.93 | 3,437,969,447.19 |
| 03/06/2015 | 19/06/2015 | DKK | Buy | Gartside Global Ltd | NOVO NORDISK A/S-B | NOVOB | 6,448,211.00 | 382.4522 | -2,466,132,483.01 | 971,836,964.17 |
| 11/06/2015 | 18/09/2015 | DKK | Sell | Lyall Capital Ltd | Auriga Industries A/S | AURIB | -29,648.00 | 85.1733 | 2,525,218.00 | 974,362,182.17 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Gartside Global Ltd | FLSMIDTH & CO A/S | FLS | 80,009.00 | 330.4832 | -26,441,630.35 | 947,920,551.82 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Gartside Global Ltd | FLSMIDTH & CO A/S | FLS | -80,009.00 | 330.3423 | 26,430,357.08 | 974,350,908.90 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Lyall Capital Ltd | TDC A/S | TDC | -3,283,965.00 | 50.9257 | 167,238,218.40 | 1,141,589,125.31 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Lyall Capital Ltd | TDC A/S | TDC | 3,283,965.00 | 50.9474 | -167,309,478.44 | 974,279,646.86 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Gartside Global Ltd | DSV A/S | DSV | -765,908.00 | 223.8931 | 171,461,516.43 | 1,145,761,163.30 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Gartside Global Ltd | DSV A/S | DSV | 765,908.00 | 223.9886 | -171,554,660.65 | 974,206,502.65 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Lyall Capital Ltd | TRYG A/S | TRYG | -176,045.00 | 136.4349 | 24,018,681.97 | 998,225,184.62 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Lyall Capital Ltd | TRYG A/S | TRYG | 176,045.00 | 136.4931 | -24,028,927.79 | 974,196,256.83 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Connaught Global Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | 7,877.00 | 12,069.3881 | -95,070,570.06 | 879,125,686.77 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Connaught Global Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | -7,877.00 | 12,064.2405 | 95,030,022.42 | 974,155,709.19 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Connaught Global Ltd | CARLSBERG AS-B | CARLB | 178,044.00 | 619.4886 | -110,292,667.42 | 863,863,041.77 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Connaught Global Ltd | CARLSBERG AS-B | CARLB | -178,044.00 | 619.2044 | 110,245,628.19 | 974,108,669.96 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Gartside Global Ltd | GN STORE NORD A/S | GN D | -605,292.00 | 144.8309 | 87,664,985.12 | 1,061,773,655.08 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Gartside Global Ltd | GN STORE NORD A/S | GN D | 605,292.00 | 144.8927 | -87,702,392.17 | 974,071,262.92 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Alltsen Asset Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | -7,873.00 | 11,724.4027 | 92,306,222.46 | 1,066,377,485.37 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Alltsen Asset Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | 7,873.00 | 11,729.4054 | -92,345,608.71 | 974,031,876.66 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Connaught Global Ltd | PANDORA A/S | PNDORA | 450,631.00 | 691.9649 | -311,820,834.85 | 662,211,041.81 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Connaught Global Ltd | PANDORA A/S | PNDORA | -450,631.00 | 691.6698 | 311,687,853.64 | 973,898,895.45 |
| 16/06/2015 | 19/06/2015 | DKK | Buy | Gartside Global Ltd | VESTAS WIND SYSTEMS A/S | VWS | 373,474.00 | 323.5836 | -120,850,061.43 | 853,048,834.02 |
| 16/06/2015 | 18/09/2015 | DKK | Sell | Gartside Global Ltd | VESTAS WIND SYSTEMS A/S | VWS | -373,474.00 | 323.4455 | 120,798,522.01 | 973,847,356.04 |
| 19/06/2015 | 18/09/2015 | DKK | Buy | Lyall Capital Ltd | TDC A/S | TDC | 3,283,965.00 | 49.3685 | -162,117,858.17 | 811,729,497.87 |
| 19/06/2015 | 18/09/2015 | DKK | Buy | Lyall Capital Ltd | Auriga Industries A/S | AURIB | 29,648.00 | 2.2489 | -66,675.39 | 811,662,822.48 |
| 19/06/2015 | 18/09/2015 | DKK | Buy | Gartside Global Ltd | VESTAS WIND SYSTEMS A/S | VWS | 373,474.00 | 322.1467 | -120,313,416.64 | 691,349,405.84 |
| 22/06/2015 | 18/09/2015 | DKK | Buy | Alltsen Asset Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | 7,873.00 | 11,894.0500 | -93,641,855.65 | 597,707,550.19 |

CONFIDENTIAL                                                                                                                                              GUNDERSON 00009442

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24/06/2015 | 18/09/2015 | DKK | Buy | Lyall Capital Ltd | TRYG A/S | TRYG | 176,045.00 | 138.1308 | -24,317,236.69 | 573,390,313.51 |
| 26/06/2015 | 18/09/2015 | DKK | Buy | Connaught Global Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | 7,877.00 | 12,434.0449 | -97,942,971.68 | 475,447,341.83 |
| 26/06/2015 | 18/09/2015 | DKK | Buy | Gartside Global Ltd | GN STORE NORD A/S | GN D | 605,292.00 | 144.3309 | -87,362,339.12 | 388,085,002.71 |
| 30/06/2015 | 18/09/2015 | DKK | Buy | Gartside Global Ltd | FLSMIDTH & CO A/S | FLS | 80,009.00 | 321.8415 | -25,750,216.57 | 362,334,786.13 |
| 30/06/2015 | 18/09/2015 | DKK | Buy | Connaught Global Ltd | CARLSBERG AS-B | CARLB | 178,044.00 | 607.2009 | -108,108,477.04 | 254,226,309.09 |
| 30/06/2015 | 18/09/2015 | DKK | Buy | Connaught Global Ltd | PANDORA A/S | PNDORA | 450,631.00 | 718.6460 | -323,844,165.63 | -69,617,856.53 |
| 01/07/2015 | 18/09/2015 | DKK | Buy | Gartside Global Ltd | DSV A/S | DSV | 765,908.00 | 221.6971 | -169,799,582.47 | -239,417,439.00 |
| 29/07/2015 | 18/09/2015 | DKK | Buy | Lyall Capital Ltd | COLOPLAST-B | COLOB | 294,679.00 | 480.8688 | -141,701,937.12 | -381,119,376.11 |
| 07/08/2015 | 18/12/2015 | DKK | Sell | Connaught Global Ltd | TDC A/S | TDC | -1,091,735.00 | 47.4857 | 51,841,800.69 | -329,277,575.42 |
| 09/09/2015 | 18/12/2015 | DKK | Buy | Connaught Global Ltd | TDC A/S | TDC | 1,091,735.00 | 41.9105 | -45,755,159.72 | -375,032,735.14 |
| | | | | | | | | | 0.00 | -375,032,735.14 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX. (FCA Registration Number 609226; Company Number OC388442.)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Telesto Markets LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

## Stock Loan Transactions

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Belgium** | | | | | | | | | | |
| 02/06/2015 | 03/06/2015 | EUR | Lend | Equal Services Limited | ACKERMANS & VAN HAAREN | ACKB | -22,302.00 | 124.4000 | 2,774,368.80 | 2,774,368.80 |
| 19/06/2015 | 23/06/2015 | EUR | Recall | Equal Services Limited | ACKERMANS & VAN HAAREN | ACKB | 22,302.00 | 126.7500 | -2,826,778.50 | -52,409.70 |
| | | | | | | | 0.00 | | | -52,409.70 |
| 12/05/2015 | 13/05/2015 | EUR | Lend | Diverse Vision Limited | KBC GROEP NV | KBC | -288,157.00 | 58.7600 | 16,932,105.32 | 16,932,105.32 |
| 14/08/2015 | 18/08/2015 | EUR | Recall | Diverse Vision Limited | KBC GROEP NV | KBC | 288,157.00 | 61.1800 | -17,629,445.26 | -697,339.94 |
| | | | | | | | 0.00 | | | -697,339.94 |
| 18/05/2015 | 19/05/2015 | EUR | Lend | Treehurst Limited | SOLVAY SA | SOLB | -56,608.00 | 126.6500 | 7,169,403.20 | 7,169,403.20 |
| 23/07/2015 | 27/07/2015 | EUR | Recall | Treehurst Limited | SOLVAY SA | SOLB | 56,608.00 | 128.4000 | -7,268,467.20 | -99,064.00 |
| | | | | | | | 0.00 | | | -99,064.00 |
| 07/05/2015 | 08/05/2015 | EUR | Lend | Necteric Limited | AGEAS | AGS | -205,993.00 | 32.7900 | 6,754,510.47 | 6,754,510.47 |
| 22/07/2015 | 24/07/2015 | EUR | Recall | Necteric Limited | AGEAS | AGS | 205,993.00 | 36.8550 | -7,591,872.02 | -837,361.54 |
| | | | | | | | 0.00 | | | -837,361.54 |
| 18/05/2015 | 19/05/2015 | EUR | Lend | Prince Solutions Limited | BEKAERT NV | BEKB | -33,848.00 | 27.3400 | 925,404.32 | 925,404.32 |
| 17/07/2015 | 21/07/2015 | EUR | Recall | Prince Solutions Limited | BEKAERT NV | BEKB | 33,848.00 | 25.6100 | -866,847.28 | 58,557.04 |
| | | | | | | | 0.00 | | | 58,557.04 |
| 03/06/2015 | 04/06/2015 | EUR | Lend | Prince Solutions Limited | D'IETEREN SA/NV | DIE | -19,096.00 | 36.1300 | 689,938.48 | 689,938.48 |
| 22/07/2015 | 24/07/2015 | EUR | Recall | Prince Solutions Limited | D'IETEREN SA/NV | DIE | 19,096.00 | 32.7950 | -626,253.32 | 63,685.16 |
| | | | | | | | 0.00 | | | 63,685.16 |

CONFIDENTIAL

GUNDERSON 00009444

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/2015 | 03/06/2015 | EUR | Lend | Treehurst Limited | ELIA SYSTEM OPERATOR SA/NV | ELI | -28,929.00 | 39.4850 | 1,142,261.56 | 1,142,261.56 |
| 13/07/2015 | 15/07/2015 | EUR | Recall | Treehurst Limited | ELIA SYSTEM OPERATOR SA/NV | ELI | 28,929.00 | 37.6750 | -1,095,685.68 | 46,575.89 |
| | | | | | | | 0.00 | | | 46,575.89 |
| 06/05/2015 | 07/05/2015 | EUR | Lend | Principle Markets Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | -69,056.00 | 78.1100 | 5,393,964.16 | 5,393,964.16 |
| 17/07/2015 | 21/07/2015 | EUR | Recall | Principle Markets Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | 69,056.00 | 76.9100 | -5,311,096.96 | 82,867.20 |
| | | | | | | | 0.00 | | | 82,867.20 |
| 23/04/2015 | 24/04/2015 | EUR | Lend | Diverse Vision Limited | Proximus | PROX | -140,480.00 | 34.2950 | 4,817,761.60 | 4,817,761.60 |
| 14/08/2015 | 18/08/2015 | EUR | Recall | Diverse Vision Limited | Proximus | PROX | 140,480.00 | 33.9250 | -4,765,784.00 | 51,977.60 |
| | | | | | | | 0.00 | | | 51,977.60 |
| 19/05/2015 | 20/05/2015 | EUR | Lend | Necteric Limited | bpost SA | BPOST | -100,059.00 | 25.1300 | 2,514,482.67 | 2,514,482.67 |
| 07/07/2015 | 09/07/2015 | EUR | Recall | Necteric Limited | bpost SA | BPOST | 100,059.00 | 24.4200 | -2,443,440.78 | 71,041.89 |
| | | | | | | | 0.00 | | | 71,041.89 |
| 07/05/2015 | 08/05/2015 | EUR | Lend | Colbrook Limited | BEFIMMO S.C.A. | BEFB | -17,588.00 | 60.4500 | 1,063,194.60 | 1,063,194.60 |
| 13/07/2015 | 15/07/2015 | EUR | Recall | Colbrook Limited | BEFIMMO S.C.A. | BEFB | 17,588.00 | 58.0300 | -1,020,631.64 | 42,562.96 |
| | | | | | | | 0.00 | | | 42,562.96 |
| 05/05/2015 | 06/05/2015 | EUR | Lend | Principle Markets Limited | ANHEUSER-BUSCH INBEV NV | ABI | -783,438.00 | 108.9000 | 85,316,398.20 | 85,316,398.20 |
| 29/07/2015 | 31/07/2015 | EUR | Recall | Principle Markets Limited | ANHEUSER-BUSCH INBEV NV | ABI | 783,438.00 | 113.4500 | -88,881,041.10 | -3,564,642.90 |
| | | | | | | | 0.00 | | | -3,564,642.90 |
| 03/06/2015 | 04/06/2015 | EUR | Lend | Diverse Vision Limited | DELHAIZE GROUP | DELB | -105,676.00 | 81.2400 | 8,585,118.24 | 8,585,118.24 |
| 29/07/2015 | 31/07/2015 | EUR | Recall | Diverse Vision Limited | DELHAIZE GROUP | DELB | 105,676.00 | 78.3100 | -8,275,487.56 | 309,630.68 |

CONFIDENTIAL

GUNDERSON 00009445

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.00 | | 309,630.68 |
| 05/05/2015 | 06/05/2015 | EUR | Lend | Equal Services Limited | UCB SA | UCB | -127,245.00 | 64.3200 | 8,184,398.40 | 8,184,398.40 |
| 19/06/2015 | 23/06/2015 | EUR | Recall | Equal Services Limited | UCB SA | UCB | 127,245.00 | 63.4200 | -8,069,877.90 | 114,520.50 |
| | | | | | | | | 0.00 | | 114,520.50 |
| 04/05/2015 | 05/05/2015 | EUR | Lend | Colbrook Limited | UMICORE | UMI | -86,811.00 | 44.8900 | 3,896,945.79 | 3,896,945.79 |
| 29/07/2015 | 31/07/2015 | EUR | Recall | Colbrook Limited | UMICORE | UMI | 86,811.00 | 38.9300 | -3,379,552.23 | 517,393.56 |
| | | | | | | | | 0.00 | | 517,393.56 |
| | | | | | | | | | Belgium Total | -3,692,005.80 |
| **Denmark** | | | | | | | | | | |
| 23/03/2015 | 24/03/2015 | DKK | Lend | Treehurst Limited | NOVO NORDISK A/S-B | NOVOB | -6,448,211.00 | 341.9000 | 2,204,643,340.90 | 2,204,643,340.90 |
| 03/06/2015 | 08/06/2015 | DKK | Recall | Treehurst Limited | NOVO NORDISK A/S-B | NOVOB | 6,448,211.00 | 382.5000 | -2,466,440,707.50 | -261,797,366.60 |
| | | | | | | | | 0.00 | | -261,797,366.60 |
| 01/04/2015 | 07/04/2015 | DKK | Lend | Trance Services Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -7,877.00 | 16,410.0000 | 129,261,570.00 | 129,261,570.00 |
| 26/06/2015 | 30/06/2015 | DKK | Recall | Trance Services Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | 7,877.00 | 12,440.0000 | -97,989,880.00 | 31,271,690.00 |
| | | | | | | | | 0.00 | | 31,271,690.00 |
| 27/02/2015 | 02/03/2015 | DKK | Lend | Trance Services Limited | NOVOZYMES A/S-B | NZYMB | -777,153.00 | 322.5000 | 250,631,842.50 | 250,631,842.50 |
| 01/06/2015 | 03/06/2015 | DKK | Recall | Trance Services Limited | NOVOZYMES A/S-B | NZYMB | 777,153.00 | 326.2000 | -253,507,306.60 | -2,875,466.10 |
| | | | | | | | | 0.00 | | -2,875,466.10 |
| 27/03/2015 | 30/03/2015 | DKK | Lend | Diverse Vision Limited | TRYG A/S | TRYG | -35,209.00 | 868.5000 | 30,579,016.50 | 30,579,016.50 |
| 12/05/2015 | 12/05/2015 | DKK | Lend | Diverse Vision Limited | TRYG A/S | TRYG | -140,836.00 | 0.0000 | 0.00 | 30,579,016.50 |

**CONFIDENTIAL**

**GUNDERSON 00009446**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24/06/2015 | 26/06/2015 | DKK | Recall | Diverse Vision Limited | TRYG A/S | TRYG | 176,045.00 | 138.2000 | -24,329,419.00 | 6,249,597.50 |
| | | | | | | | 0.00 | | | 6,249,597.50 |
| 20/03/2015 | 23/03/2015 | DKK | Lend | Prince Solutions Limited | Danske Bank A/S | DANSKE | -3,271,664.00 | 175.3000 | 573,522,699.20 | 573,522,699.20 |
| 03/06/2015 | 08/06/2015 | DKK | Recall | Prince Solutions Limited | Danske Bank A/S | DANSKE | 3,271,664.00 | 198.3000 | -648,770,971.20 | -75,248,272.00 |
| | | | | | | | 0.00 | | | -75,248,272.00 |
| 23/03/2015 | 24/03/2015 | DKK | Lend | Treehurst Limited | GN STORE NORD A/S | GN D | -605,292.00 | 154.2000 | 93,336,026.40 | 93,336,026.40 |
| 26/06/2015 | 30/06/2015 | DKK | Recall | Treehurst Limited | GN STORE NORD A/S | GN D | 605,292.00 | 144.4000 | -87,404,164.80 | 5,931,861.60 |
| | | | | | | | 0.00 | | | 5,931,861.60 |
| 30/03/2015 | 31/03/2015 | DKK | Lend | Treehurst Limited | FLSMIDTH & CO A/S | FLS | -80,009.00 | 314.0000 | 25,122,826.00 | 25,122,826.00 |
| 30/06/2015 | 02/07/2015 | DKK | Recall | Treehurst Limited | FLSMIDTH & CO A/S | FLS | 80,009.00 | 322.0000 | -25,762,898.00 | -640,072.00 |
| | | | | | | | 0.00 | | | -640,072.00 |
| 01/04/2015 | 07/04/2015 | DKK | Lend | Prince Solutions Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -7,873.00 | 15,810.0000 | 124,472,130.00 | 124,472,130.00 |
| 22/06/2015 | 24/06/2015 | DKK | Recall | Prince Solutions Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | 7,873.00 | 11,900.0000 | -93,688,700.00 | 30,783,430.00 |
| | | | | | | | 0.00 | | | 30,783,430.00 |
| 11/08/2015 | 12/08/2015 | DKK | Lend | Diverse Vision Limited | TDC A/S | TDC | -1,091,735.00 | 48.2100 | 52,632,544.35 | 52,632,544.35 |
| 09/09/2015 | 11/09/2015 | DKK | Recall | Diverse Vision Limited | TDC A/S | TDC | 1,091,735.00 | 41.9100 | -45,754,613.85 | 6,877,930.50 |
| | | | | | | | 0.00 | | | 6,877,930.50 |
| 15/06/2015 | 16/06/2015 | DKK | Lend | Diverse Vision Limited | Auriga Industries A/S | AURIB | -29,648.00 | 321.0000 | 9,517,008.00 | 9,517,008.00 |
| 19/06/2015 | 23/06/2015 | DKK | Recall | Diverse Vision Limited | Auriga Industries A/S | AURIB | 29,648.00 | 2.2500 | -66,708.00 | 9,450,300.00 |
| | | | | | | | 0.00 | | | 9,450,300.00 |

**CONFIDENTIAL**