# Exhibit 11, Part 1

# ELYSIUM-01744925 Metadata

## Date Information

| Field | Value |
|---|---|
| Chrono Date | 22/05/2013 10:48 |
| Document Date | 22/05/2013 10:47 |
| Nuix Item Date | 22/05/2013 10:47 |
| Date Created | |
| Date Last Modified | |
| Date Received | |
| Date Sent | |
| Appointment Start Date | |
| Appointment End Date | |
| PDF CreateDate | |
| PDF Creation_Date | |
| PDF ModificationDate | |

OPEN POSITION STATEMENT

**Solo Capital**

| | | |
|---|---|---|
| D.D.C (Cayman)<br>Harneys Services (Cayman) Limited, 3rd Floor<br>Queensgate House. 113 South Church Street<br>PO Box 10240<br>Grand Cayman KY1-1002, Cayman Islands<br>Account Number:    DDC01 | Date    30 April 2013 | SOLO CAPITAL PARTNERS LLP<br>4 - 6 THROGMORTON AVENUE<br>LONDON EC2N 2DL<br>TEL (44 ) 20 7382 4940 |

Open Positions

| Date | Open Position | | | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|---|---|
| 30 April 2013 | B | 258,500.00 | TDC A/S TDC Cash Flex 21/06/13 | 44.0504 | 45.9300 | 1,187,290,500.00 | DKK | 48,587,500.00 |
| 30 April 2013 | S | -25,850,000.00 | TDC DC | 45.6897 | 45.9200 | -1,187,032,000.00 | DKK | -5,952,515.00 |
| 30 April 2013 | SB | 25,850,000.00 | TDC A/S | 45.6897 | 45.9200 | 1,187,032,000.00 | DKK | 5,952,515.00 |
| 30 April 2013 | B | 38,000.00 | NOVOZYMES A/S-B SHARES NZYMB 21/06/13 | 196.7889 | 195.5500 | 743,090,000.00 | DKK | -4,708,000.00 |
| 30 April 2013 | S | -3,800,000.00 | NOVOZYMES A/S-B SHARES | 198.1801 | 195.5000 | -742,900,000.00 | DKK | 10,184,360.00 |
| 30 April 2013 | SB | 3,800,000.00 | NOVOZYMES A/S-B SHARES | 198.1801 | 195.5000 | 742,900,000.00 | DKK | -10,184,360.00 |
| 30 April 2013 | B | 92,000.00 | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | 954.0534 | 993.2500 | 9,137,900,000.00 | DKK | 360,609,000.00 |
| 30 April 2013 | S | -9,200,000.00 | NOVO NORDISK A/S-B | 966.5295 | 993.0000 | -9,135,600,000.00 | DKK | -243,528,880.00 |
| 30 April 2013 | SB | 9,200,000.00 | NOVO NORDISK A/S-B | 966.5295 | 993.0000 | 9,135,600,000.00 | DKK | 243,528,880.00 |
| 30 April 2013 | B | 27,400.00 | Carlsberg A/S CARLB 20/09/2013 | 583.4245 | 526.3500 | 1,442,199,000.00 | DKK | -156,384,200.00 |
| 30 April 2013 | S | -2,740,000.00 | CARLSBERG AS-B | 586.3262 | 525.5000 | -1,439,870,000.00 | DKK | 166,663,652.00 |
| 30 April 2013 | SB | 2,740,000.00 | CARLSBERG AS-B | 144.6337 | 525.5000 | 1,439,870,000.00 | DKK | 1,043,573,645.56 |
| 30 April 2013 | B | 50,000.00 | DSV A/S DSV 20/12/2013 | 144.4440 | 143.0300 | 715,150,000.00 | DKK | -7,070,000.00 |
| 30 April 2013 | S | -5,000,000.00 | DSV A/S | 144.6337 | 142.5000 | -712,500,000.00 | DKK | 10,668,530.00 |
| 30 April 2013 | SB | 5,000,000.00 | DSV A/S | 144.6337 | 142.5000 | 712,500,000.00 | DKK | -10,668,530.00 |
| 30 April 2013 | B | 41,650.00 | H Lundbeck A/S LUN 20/12/2013 | 102.4865 | 113.6200 | 473,227,300.00 | DKK | 46,370,950.00 |
| 30 April 2013 | S | -4,165,000.00 | H LUNDBECK A/S | 103.4336 | 113.2000 | -471,478,000.00 | DKK | -40,676,905.50 |
| 30 April 2013 | SB | 4,165,000.00 | H LUNDBECK A/S | 103.4336 | 113.2000 | 471,478,000.00 | DKK | 40,676,905.50 |
| 30 April 2013 | B | 11,140.00 | FLSMIDTH & CO A/S 20/12/2013 | 343.1066 | 330.5300 | 368,210,420.00 | DKK | -14,010,310.00 |
| 30 April 2013 | S | -1,114,000.00 | FLSMIDTH & CO A/S | 348.1581 | 329.3000 | -366,840,200.00 | DKK | 21,007,892.10 |
| 30 April 2013 | SB | 1,114,000.00 | FLSMIDTH & CO A/S | 348.1581 | 329.3000 | 366,840,200.00 | DKK | -21,007,892.10 |
| 30 April 2013 | B | 385.00 | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | 42,821.2960 | 40,290.1620 | 1,551,171,237.00 | DKK | -97,448,658.00 |
| 30 April 2013 | S | -38,500.00 | AP MOELLER-MAERSK A/S-B | 43,680.2760 | 40,280.0000 | -1,550,780,000.00 | DKK | 130,910,625.00 |
| 30 April 2013 | SB | 38,500.00 | AP MOELLER-MAERSK A/S-B | 43,680.2760 | 40,280.0000 | 1,550,780,000.00 | DKK | -130,910,625.00 |
| 30 April 2013 | B | 164.00 | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | 41,090.6460 | 41,090.6460 | 673,886,594.00 | DKK | 0.00 |
| 30 April 2013 | S | -16,400.00 | AP MOELLER-MAERSK A/S-A | 41,950.3160 | 38,700.0000 | -634,680,000.00 | DKK | 53,305,182.00 |
| 30 April 2013 | SB | 16,400.00 | AP MOELLER-MAERSK A/S-A | 41,950.3160 | 38,700.0000 | 634,680,000.00 | DKK | -53,305,182.00 |
| 30 April 2013 | B | 5,950.00 | TRYG A/S TRYG 20/09/2013 | 461.1343 | 490.9900 | 292,139,050.00 | DKK | 17,764,150.00 |
| 30 April 2013 | S | -595,000.00 | TRYG A/S | 479.3076 | 490.2000 | -291,669,000.00 | DKK | -6,480,986.50 |
| 30 April 2013 | SB | 595,000.00 | TRYG A/S | 479.3076 | 490.2000 | 291,669,000.00 | DKK | 6,480,986.50 |
| 30 April 2013 | B | 12,000.00 | Belgacom BX7F 20/09/13 | 17.6713 | 21.1070 | 25,328,400.00 | EUR | 4,122,840.00 |
| 30 April 2013 | B | 22,500.00 | Belgacom BX7F 20/12/13 | 17.6766 | 20.6154 | 46,384,650.00 | EUR | 6,612,300.00 |
| 30 April 2013 | S | -3,450,000.00 | BELGACOM SA | 18.8991 | 17.5000 | -60,375,000.00 | EUR | 4,827,000.00 |
| 30 April 2013 | SB | 3,450,000.00 | BELGACOM SA | 18.8991 | 17.5000 | 60,375,000.00 | EUR | -4,827,000.00 |
| 30 April 2013 | B | 210,700.00 | ANHEUSER-BUSCH INBEV NV ITKG 20/12/13 | 75.1982 | 71.6885 | 1,510,476,695.00 | EUR | -73,949,311.00 |
| 30 April 2013 | S | -21,070,000.00 | ANHEUSER-BUSCH INBEV NV | 76.2845 | 72.2500 | -1,522,307,500.00 | EUR | 85,006,200.00 |
| 30 April 2013 | B | 65,400.00 | AGEAS FO4G 20/12/2013 | 26.5386 | 27.8503 | 182,140,962.00 | EUR | 8,578,367.00 |
| 30 April 2013 | S | -6,540,000.00 | AGEAS | 27.3720 | 27.8200 | -181,942,800.00 | EUR | -2,930,100.00 |
| 30 April 2013 | B | 5,100.00 | Groupe Bruxelles Lambert SA EAIF 20/12/13 | 58.9980 | 58.8603 | 30,018,753.00 | EUR | -70,227.00 |
| 30 April 2013 | B | 10,500.00 | Groupe Bruxelles Lambert SA EAIF 20/09/13 | 59.0025 | 58.8345 | 61,776,225.00 | EUR | -176,360.00 |
| 30 April 2013 | S | -1,560,000.00 | GROUPE BRUXELLES LAMBERT SA | 60.8971 | 58.8000 | -91,728,000.00 | EUR | 3,271,400.00 |
| 30 April 2013 | B | 56,450.00 | UCB SA UNCF 20/12/13 | 44.6084 | 43.9779 | 248,255,245.50 | EUR | -3,558,964.00 |
| 30 April 2013 | S | -5,645,000.00 | UCB SA | 45.2670 | 44.8800 | -253,347,600.00 | EUR | 2,184,650.00 |

ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | USD | EUR Base |
|---|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 68,397,300.00 | 16,054,259,040.60 | 0.00 | 2,221,799,448.89 |
| Brokerage On Execution | -31,734.54 | 0.00 | -128,090.67 | -129,082.67 |
| Clearing Charge | -201,285.70 | 0.00 | 0.00 | -201,285.70 |
| Exchange Fees on Futures | -29,600.00 | 0.00 | 0.00 | -29,600.00 |
| Equity Fees | -1,478.97 | 0.00 | 0.00 | -1,478.97 |
| Custody Fees | -2,500.00 | 0.00 | 0.00 | -2,500.00 |
| Cash Stock Loan Settlement | -65,202,000.00 | -16,054,259,040.60 | 0.00 | -2,218,604,148.89 |
| Total daily MTM on Stock Loan | 4,827,000.00 | 96,100,954.10 | 0.00 | 17,717,286.66 |
| Interest on Stock Loan Cash Pool | 341,495.24 | 26,830,613.55 | 0.00 | 3,940,359.62 |
| Stock Lending Fees | -254,207.98 | -18,229,996.45 | 0.00 | -2,699,447.81 |
| Realised Futures Profit & Loss | -138,362.50 | 622,524,850.00 | 0.00 | 83,362,616.67 |
| Initial Margin | -216,282,978.55 | -1,639,055,366.90 | 0.00 | -436,134,006.26 |
| Variation Margins | 33,917,795.00 | 197,942,277.00 | 0.00 | 60,468,339.85 |
| Dividend Compensation | -7,479,000.00 | -310,674,130.00 | 0.00 | -49,150,579.95 |
| Cash Payments/Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | -182,139,558.00 | -1,024,560,798.70 | -128,090.67 | -319,664,078.57 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be  immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP imimmediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

**Equity Transaction Statement**

Cash

From: 27 November 2012 to 30 April 2013

Account Number: DDC01

Account Name: D.D.C (Cayman)

Currency: EUR

**Trades for Current Month**

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2013 | 11/04/2013 | DKK | Sell | FLSMIDTH & CO A/S | FLS DC | -360,000.00 | 348.1615 | | 125,338,140.00 | 125,338,140.00 |
| 05/04/2013 | 11/04/2013 | DKK | Sell | FLSMIDTH & CO A/S | FLS DC | -284,000.00 | 348.1714 | | 98,880,677.60 | 224,218,817.60 |
| 05/04/2013 | 11/04/2013 | DKK | Sell | FLSMIDTH & CO A/S | FLS DC | -195,000.00 | 348.1416 | | 67,887,612.00 | 292,106,429.60 |
| 05/04/2013 | 11/04/2013 | DKK | Sell | FLSMIDTH & CO A/S | FLS DC | -275,000.00 | 348.1515 | | 95,741,662.50 | 387,848,092.10 |
| | | | | | | -1,114,000.00 | 348.1581 | | 387,848,092.10 | |
| 18/04/2013 | 24/04/2013 | DKK | Sell | TRYG A/S | TRYG DC | -160,000.00 | 479.2933 | | 76,686,928.00 | 76,686,928.00 |
| 18/04/2013 | 24/04/2013 | DKK | Sell | TRYG A/S | TRYG DC | -135,000.00 | 479.3233 | | 64,708,645.50 | 141,395,573.50 |
| 18/04/2013 | 24/04/2013 | DKK | Sell | TRYG A/S | TRYG DC | -145,000.00 | 479.3133 | | 69,500,428.50 | 210,896,002.00 |
| 18/04/2013 | 24/04/2013 | DKK | Sell | TRYG A/S | TRYG DC | -155,000.00 | 479.3033 | | 74,292,011.50 | 285,188,013.50 |
| | | | | | | -595,000.00 | 479.3076 | | 285,188,013.50 | |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -10,400.00 | 43,680.2900 | | 454,275,016.00 | 454,275,016.00 |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -8,900.00 | 43,680.2600 | | 388,754,314.00 | 843,029,330.00 |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -8,100.00 | 43,680.2700 | | 353,810,187.00 | 1,196,839,517.00 |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -11,100.00 | 43,680.2800 | | 484,851,108.00 | 1,681,690,625.00 |
| | | | | | | -38,500.00 | 43,680.2760 | | 1,681,690,625.00 | |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -4,000.00 | 41,950.3100 | | 167,801,240.00 | 167,801,240.00 |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -4,600.00 | 41,950.3300 | | 192,971,518.00 | 360,772,758.00 |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -3,600.00 | 41,950.3000 | | 151,021,080.00 | 511,793,838.00 |
| 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -4,200.00 | 41,950.3200 | | 176,191,344.00 | 687,985,182.00 |
| | | | | | | -16,400.00 | 41,950.3160 | | 687,985,182.00 | |
| 22/04/2013 | 26/04/2013 | EUR | Sell | BELGACOM SA | BELG BB | -750,000.00 | 18.9000 | | 14,175,000.00 | 14,175,000.00 |
| 22/04/2013 | 26/04/2013 | EUR | Sell | BELGACOM SA | BELG BB | -1,500,000.00 | 18.8900 | | 28,335,000.00 | 42,510,000.00 |
| 22/04/2013 | 26/04/2013 | EUR | Sell | BELGACOM SA | BELG BB | -1,200,000.00 | 18.9100 | | 22,692,000.00 | 65,202,000.00 |
| | | | | | | -3,450,000.00 | 18.8991 | | 65,202,000.00 | |
| 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -1,130,000.00 | 27.3400 | | 30,894,200.00 | 198,695,440.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -1,190,000.00 | 27.4300 | | 32,641,700.00 | 231,337,140.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -930,000.00 | 27.3800 | | 25,463,400.00 | 256,800,540.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -1,070,000.00 | 27.3500 | | 29,264,500.00 | 717,249,682.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -1,250,000.00 | 27.3600 | | 34,200,000.00 | 751,449,682.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -970,000.00 | 27.3700 | | 26,548,900.00 | 777,998,582.00 |
| | | | | | | -6,540,000.00 | 27.3720 | | 179,012,700.00 | |

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | av tr PX | Curr Price | Amount | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -700,000.00 | 76.2700 | | 53,389,000.00 | 53,389,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.3100 | | 76,310,000.00 | 129,699,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2800 | | 76,280,000.00 | 205,979,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2600 | | 76,260,000.00 | 282,239,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2600 | | 76,260,000.00 | 358,499,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -350,000.00 | 76.3100 | | 26,708,500.00 | 385,207,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.3000 | | 76,300,000.00 | 461,507,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -580,000.00 | 76.2600 | | 44,230,800.00 | 505,738,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2600 | | 76,260,000.00 | 581,998,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.3100 | | 76,310,000.00 | 658,308,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -120,000.00 | 76.3000 | | 9,156,000.00 | 667,464,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2700 | | 76,270,000.00 | 743,734,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2700 | | 76,270,000.00 | 820,004,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2800 | | 76,280,000.00 | 896,284,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2900 | | 76,290,000.00 | 972,574,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2700 | | 76,270,000.00 | 1,048,844,300.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -340,000.00 | 76.2800 | | 25,935,200.00 | 1,074,779,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2900 | | 76,290,000.00 | 1,151,069,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.3000 | | 76,300,000.00 | 1,227,369,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2800 | | 76,280,000.00 | 1,303,649,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.3100 | | 76,310,000.00 | 1,379,959,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -980,000.00 | 76.2900 | | 74,764,200.00 | 1,454,723,700.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.2900 | | 76,290,000.00 | 1,531,013,700.00 |
| 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -1,000,000.00 | 76.3000 | | 76,300,000.00 | 1,607,313,700.00 |
| | | | | | | -21,070,000.00 | 76.2845 | | 1,607,313,700.00 | |
| 26/04/2013 | 03/05/2013 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB BB | -510,000.00 | 60.8400 | | 31,028,400.00 | 31,028,400.00 |
| 26/04/2013 | 03/05/2013 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB BB | -500,000.00 | 60.9300 | | 30,465,000.00 | 61,493,400.00 |
| 26/04/2013 | 03/05/2013 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB BB | -550,000.00 | 60.9200 | | 33,506,000.00 | 94,999,400.00 |
| | | | | | | -1,560,000.00 | 60.8971 | | 94,999,400.00 | |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -630,000.00 | 45.3000 | | 28,539,000.00 | 28,539,000.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -610,000.00 | 45.2000 | | 27,572,000.00 | 56,111,000.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -525,000.00 | 45.2300 | | 23,745,750.00 | 79,856,750.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -695,000.00 | 45.3100 | | 31,490,450.00 | 111,347,200.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -710,000.00 | 45.3200 | | 32,177,200.00 | 143,524,400.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -495,000.00 | 45.2200 | | 22,383,900.00 | 165,908,300.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -625,000.00 | 45.2100 | | 28,256,250.00 | 194,164,550.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -750,000.00 | 45.3300 | | 33,997,500.00 | 228,162,050.00 |
| 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -605,000.00 | 45.2400 | | 27,370,200.00 | 255,532,250.00 |
| | | | | | | -5,645,000.00 | 45.2670 | | 255,532,250.00 | |

**Open Position Statement**

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | av tr PX | Curr Price | Amount | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| **NOVOZYMES A/S-B SHARES** | | | | | | | | | | |
| 28/02/2013 | 06/03/2013 | DKK | Sell | NOVOZYMES A/S-B SHARES | NZYMB DC | -3,800,000.00 | 198.1801 | 195.5000 | 742,900,000.00 | 10,184,360.00 |
| | | | | | | -3,800,000.00 | | | 742,900,000.00 | |
| **TDC A/S** | | | | | | | | | | |
| 07/03/2013 | 13/03/2013 | DKK | Sell | TDC A/S | TDC DC | -25,850,000.00 | 45.6897 | 45.9200 | 1,187,032,000.00 | -5,952,515.00 |
| | | | | | | -25,850,000.00 | | | 1,187,032,000.00 | |

| Security | Trade Date | Settle Date | Ccy | Side | Description | Ticker | Quantity | Price | Net Price | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOVO NORDISK A/S-B | | | | | | | | | | | |
| | 20/03/2013 | 26/03/2013 | DKK | Sell | NOVO NORDISK A/S-B | NOVOB DC | -9,200,000.00 | 966.5295 | 993.0000 | 9,135,600,000.00 | -243,528,880.00 |
| | | | | | | | -9,200,000.00 | | | 9,135,600,000.00 | |
| DSV A/S | | | | | | | | | | | |
| | 21/03/2013 | 27/03/2013 | DKK | Sell | DSV A/S | DSV DC | -5,000,000.00 | 144.6337 | 142.5000 | 712,500,000.00 | 10,668,530.00 |
| | | | | | | | -5,000,000.00 | | | 712,500,000.00 | |
| H LUNDBECK A/S | | | | | | | | | | | |
| | 21/03/2013 | 27/03/2013 | DKK | Sell | H LUNDBECK A/S | LUN DC | -4,165,000.00 | 103.4336 | 113.2000 | 471,478,000.00 | -40,676,905.50 |
| | | | | | | | -4,165,000.00 | | | 471,478,000.00 | |
| CARLSBERG AS-B | | | | | | | | | | | |
| | 21/03/2013 | 27/03/2013 | DKK | Sell | CARLSBERG AS-B | CARLB DC | -2,740,000.00 | 586.3262 | 525.5000 | 1,439,870,000.00 | 166,663,652.00 |
| | | | | | | | -2,740,000.00 | | | 1,439,870,000.00 | |
| FLSMIDTH & CO A/S | | | | | | | | | | | |
| | 05/04/2013 | 11/04/2013 | DKK | Sell | FLSMIDTH & CO A/S | FLS DC | -1,114,000.00 | 348.16 | 329.3000 | 366,840,200.00 | 21,007,892.10 |
| | | | | | | | -1,114,000.00 | | | 366,840,200.00 | |
| AP MOELLER-MAERSK A/S-B | | | | | | | | | | | |
| | 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -38,500.00 | 43,680.28 | 40,280.0000 | 1,550,780,000.00 | 130,910,625.00 |
| | | | | | | | -38,500.00 | | | 1,550,780,000.00 | |
| AP MOELLER-MAERSK A/S-A | | | | | | | | | | | |
| | 11/04/2013 | 17/04/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -16,400.00 | 41,950.32 | 38,700.0000 | 634,680,000.00 | 53,305,182.00 |
| | | | | | | | -16,400.00 | | | 634,680,000.00 | |
| TRYG A/S | | | | | | | | | | | |
| | 18/04/2013 | 24/04/2013 | DKK | Sell | TRYG A/S | TRYG DC | -595,000.00 | 479.31 | 490.2000 | 291,669,000.00 | -6,480,986.50 |
| | | | | | | | -595,000.00 | | | 291,669,000.00 | |
| BELGACOM SA | | | | | | | | | | | |
| | 22/04/2013 | 26/04/2013 | EUR | Sell | BELGACOM SA | BELG BB | -3,450,000.00 | 18.90 | 17.5000 | 60,375,000.00 | 4,827,000.00 |
| | | | | | | | -3,450,000.00 | | | 60,375,000.00 | |
| AGEAS | | | | | | | | | | | |
| | 25/04/2013 | 02/05/2013 | EUR | Sell | AGEAS | AGS BB | -6,540,000.00 | 27.3720 | 27.8200 | 181,942,800.00 | -2,930,100.00 |
| | | | | | | | -6,540,000.00 | | | 181,942,800.00 | |
| ANHEUSER-BUSCH INBEV NV | | | | | | | | | | | |
| | 25/04/2013 | 02/05/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -21,070,000.00 | 76.28 | 72.2500 | 1,522,307,500.00 | 85,006,200.00 |
| | | | | | | | -21,070,000.00 | | | 1,522,307,500.00 | |
| GROUPE BRUXELLES LAMBERT SA | | | | | | | | | | | |
| | 26/04/2013 | 03/05/2013 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB BB | -1,560,000.00 | 60.90 | 58.8000 | 91,728,000.00 | 3,271,400.00 |
| | | | | | | | -1,560,000.00 | | | 91,728,000.00 | |
| UCB SA | | | | | | | | | | | |
| | 30/04/2013 | 07/05/2013 | EUR | Sell | UCB SA | UCB BB | -5,645,000.00 | 45.27 | 44.8800 | 253,347,600.00 | 2,184,650.00 |
| | | | | | | | -5,645,000.00 | | | 253,347,600.00 | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediatly refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

**Futures Transaction Statement**

| Futures | | | From | 27 November 2012 | to | 30 April 2013 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number: | DDC01 | | Account Name: | D.D.C (Cayman) | | | | | | |
| | | | Currency | EUR | | | | | | |

**Current Open Trades**

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | Trade Price | Exchange Fee | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28/02/2013 | 21/06/2013 | DKK | Buy | NOVOZYMES A/S-B SHARES NZYMB 21/06/13 | NZYMB=M3 | 18,000.00 | 100.00 | 196.7100 | 0.00 | 0.00 | -354,078,000.00 |
| 28/02/2013 | 21/06/2013 | DKK | Buy | NOVOZYMES A/S-B SHARES NZYMB 21/06/13 | NZYMB=M3 | 20,000.00 | 100.00 | 196.8600 | 0.00 | 0.00 | -393,720,000.00 |
| | | | | | | 38,000.00 | | 196.7889 | 0.00 | 0.00 | -747,798,000.00 |
| 07/03/2013 | 21/06/2013 | DKK | Buy | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | 58,500.00 | 100.00 | 44.0400 | 0.00 | 0.00 | -257,634,000.00 |
| 07/03/2013 | 21/06/2013 | DKK | Buy | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | 58,000.00 | 100.00 | 43.9700 | 0.00 | 0.00 | -255,026,000.00 |
| 07/03/2013 | 21/06/2013 | DKK | Buy | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | 53,500.00 | 100.00 | 44.0700 | 0.00 | 0.00 | -235,774,500.00 |
| 07/03/2013 | 21/06/2013 | DKK | Buy | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | 52,500.00 | 100.00 | 44.0900 | 0.00 | 0.00 | -231,472,500.00 |
| 07/03/2013 | 21/06/2013 | DKK | Buy | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | 36,000.00 | 100.00 | 44.1100 | 0.00 | 0.00 | -158,796,000.00 |
| | | | | | | 258,500.00 | | 44.0504 | 0.00 | 0.00 | -1,138,703,000.00 |
| 20/03/2013 | 21/06/2013 | DKK | Buy | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | 21,000.00 | 100.00 | 954.0600 | 0.00 | 0.00 | -2,003,526,000.00 |
| 20/03/2013 | 21/06/2013 | DKK | Buy | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | 19,500.00 | 100.00 | 954.0700 | 0.00 | 0.00 | -1,860,436,500.00 |
| 20/03/2013 | 21/06/2013 | DKK | Buy | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | 29,000.00 | 100.00 | 954.0400 | 0.00 | 0.00 | -2,766,716,000.00 |
| 20/03/2013 | 21/06/2013 | DKK | Buy | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | 22,500.00 | 100.00 | 954.0500 | 0.00 | 0.00 | -2,146,612,500.00 |
| | | | | | | 92,000.00 | | 954.0534 | 0.00 | 0.00 | -8,777,291,000.00 |
| 21/03/2013 | 20/09/2013 | DKK | Buy | Carlsberg A/S CARLB 20/09/2013 | CARLB=U3 | 8,000.00 | 100.00 | 583.4200 | 0.00 | 0.00 | -466,736,000.00 |
| 21/03/2013 | 20/09/2013 | DKK | Buy | Carlsberg A/S CARLB 20/09/2013 | CARLB=U3 | 6,800.00 | 100.00 | 583.4100 | 0.00 | 0.00 | -396,718,800.00 |
| 21/03/2013 | 20/09/2013 | DKK | Buy | Carlsberg A/S CARLB 20/09/2013 | CARLB=U3 | 6,600.00 | 100.00 | 583.4400 | 0.00 | 0.00 | -385,070,400.00 |
| 21/03/2013 | 20/09/2013 | DKK | Buy | Carlsberg A/S CARLB 20/09/2013 | CARLB=U3 | 6,000.00 | 100.00 | 583.4300 | 0.00 | 0.00 | -350,058,000.00 |
| | | | | | | 27,400.00 | | 583.4245 | 0.00 | 0.00 | -1,598,583,200.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | DSV A/S DSV 20/12/2013 | DSV=Z3 | 14,000.00 | 100.00 | 144.4300 | 0.00 | 0.00 | -202,202,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | DSV A/S DSV 20/12/2013 | DSV=Z3 | 13,000.00 | 100.00 | 144.4400 | 0.00 | 0.00 | -187,772,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | DSV A/S DSV 20/12/2013 | DSV=Z3 | 12,000.00 | 100.00 | 144.4500 | 0.00 | 0.00 | -173,340,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | DSV A/S DSV 20/12/2013 | DSV=Z3 | 11,000.00 | 100.00 | 144.4600 | 0.00 | 0.00 | -158,906,000.00 |
| | | | | | | 50,000.00 | | 144.4440 | 0.00 | 0.00 | -722,220,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | 13,250.00 | 100.00 | 102.4900 | 0.00 | 0.00 | -135,799,250.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | 10,600.00 | 100.00 | 102.5000 | 0.00 | 0.00 | -108,650,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Buy | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | 10,500.00 | 100.00 | 102.4800 | 0.00 | 0.00 | -107,604,000.00 |
| 21/03/203,013 | 20/12/2013 | DKK | Buy | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | 7,300.00 | 100.00 | 102.4700 | 0.00 | 0.00 | -74,803,100.00 |
| | | | | | | 41,650.00 | | 102.4865 | 0.00 | 0.00 | -426,856,350.00 |
| 05/04/2013 | 20/12/2013 | DKK | Buy | FLSMIDTH & CO A/S 20/12/2013 | FLS=Z3 | 3,600.00 | 100.00 | 343.1100 | 0.00 | 0.00 | -123,519,600.00 |
| 05/04/2013 | 20/12/2013 | DKK | Buy | FLSMIDTH & CO A/S 20/12/2013 | FLS=Z3 | 2,750.00 | 100.00 | 343.1000 | 0.00 | 0.00 | -94,352,500.00 |
| 05/04/2013 | 20/12/2013 | DKK | Buy | FLSMIDTH & CO A/S 20/12/2013 | FLS=Z3 | 1,950.00 | 100.00 | 343.0900 | 0.00 | 0.00 | -66,902,550.00 |
| 05/04/2013 | 20/12/2013 | DKK | Buy | FLSMIDTH & CO A/S 20/12/2013 | FLS=Z3 | 2,840.00 | 100.00 | 343.1200 | 0.00 | 0.00 | -97,446,080.00 |
| | | | | | | 11,140.00 | | 343.1066 | 0.00 | 0.00 | -382,220,730.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | MEARSKB=M3 | 89.00 | 100.00 | 42,821.2800 | 0.00 | 0.00 | -381,109,392.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | MEARSKB=M3 | 81.00 | 100.00 | 42,821.2900 | 0.00 | 0.00 | -346,852,449.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | MEARSKB=M3 | 104.00 | 100.00 | 42,821.3100 | 0.00 | 0.00 | -445,341,624.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKB 21/06/2013 | MEARSKB=M3 | 111.00 | 100.00 | 42,821.3000 | 0.00 | 0.00 | -475,316,430.00 |
| | | | | | | 385.00 | | 42,821.2960 | 0.00 | 0.00 | -1,648,619,895.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | MEARSKA=M3 | 36.00 | 100.00 | 41,090.6300 | 0.00 | 0.00 | -147,926,268.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | MEARSKA=M3 | 40.00 | 100.00 | 41,090.6400 | 0.00 | 0.00 | -164,362,560.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | MEARSKA=M3 | 42.00 | 100.00 | 41,090.6500 | 0.00 | 0.00 | -172,580,730.00 |
| 11/04/2013 | 21/06/2013 | DKK | Buy | AP MOELLER-MAERSK A/S- MAERSKA 21/06/2013 | MEARSKA=M3 | 46.00 | 100.00 | 41,090.6600 | 0.00 | 0.00 | -189,017,036.00 |
| | | | | | | 164.00 | | 41,090.6460 | 0.00 | 0.00 | -673,886,594.00 |