

**Hughes Hubbard & Reed**

RECEIVED SEP 12 2024 JUDGE KAPLAN'S CHAMBERS

RECEIVED SEP 12 2024 JUDGE KAPLAN'S CHAMBERS

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

September 11, 2024

MEMO ENDORSEMENT

BY HAND DELIVERY

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. The Clerks Office shall terminate DI 1152 under 18-MD-2865 and also every corresponding pending letter motion filing in the In re SKAT/member cases.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 9/12/2024

Re: *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

We write on behalf of plaintiff Skatteforvaltningen ("SKAT") to respectfully withdraw the September 3, 2024 letter motion (ECF No. 1152) to seal Exhibit 10 to the Declaration of Marc A. Weinstein in support of SKAT's Opposition to Defendants' Motion *in Limine* to Exclude Evidence and Argument Concerning Extraterritorial Civil and Criminal Proceedings.

On September 10, 2024, the third-party that produced Exhibit 10 and designated it "Highly Confidential" under the stipulated protective order informed SKAT that after further consideration, it no longer seeks to have any part of the document filed under seal and has withdrawn its confidentiality designation in its entirety. Accordingly, SKAT respectfully withdraws its sealing motion.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

Cc: All counsel of record (via email)

NOTE TO DOCKET CLERKS- Docket in 18MD2865 and the following CV cases: 18CV4434, 18CV4833, 18CV7824, 18CV7827, 18CV7828, 18CV7829, 19CV1781, 19CV1783, 19CV1785, 19CV1788, 19CV1791, 19CV1792, 19CV1794, 19CV1798, 19CV1800, 19CV1801, 19CV1803, 19CV1806, 19CV1808, 19CV1809, 19CV1810, 19CV1812, 19CV1813, 19CV1815, 19CV1818, 19CV1865, 19CV1866, 19CV1867, 19CV1868, 19CV1869, 19CV1870, 19CV1871, 19CV1873, 19CV1893, 19CV1894, 19CV1895, 19CV1896, 19CV1898, 19CV1904, 19CV1906, 19CV1911, 19CV1918, 19CV1922, 19CV1924, 19CV1926, 19CV1928, 19CV1929, 19CV1930, 19CV1931, 19CV10713, 21CV5339