# Exhibit 67

| | |
|---|---|
| **From:** | Richard Markowitz <Rmarkowitz@argremgt.com> |
| **To:** | Rosenberg, Todd; Bloomberg, Noah |
| **Sent:** | 12/1/2010 10:05:42 AM |
| **Subject:** | FW: Argre Capital Terms of Engagement |
| **Attachments:** | Argre Management LLC engagement letter - clean.docx; Argre Management LLC engagement letter.DOCX |

Here are Solo's comments to the MOU.  I haven't looked at them yet, but let's see if we can discuss later today with a view toward wrapping it up.

Thanks


--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:        (212) 247-2600
Fax:        (212) 247-2753
Mobile:    (917) 848-5675


RMarkowitz@Argremgt.com



------ Forwarded Message
**From:** Sanjay Shah <sanjay.shah@solo-capital.com>
**Date:** Tue, 30 Nov 2010 13:25:55 -0800
**To:** Richard MARKOWITZ <rmarkowitz@argremgt.com>, Matthew Stein <mstein@argremgt.com>, Robert Klugman <rklugman@storcapital.com>
**Cc:** Raj Shah <Raj.shah@solo-capital.com>
**Subject:** Argre Capital Terms of Engagement

Dear Richard, Matt, Rob
Please see attached the clean and mark-up versions of the letter.
Thanks
Sanjay


Solo Capital Limited is a company registered in England & Wales and is regulated by the FSA in the UK.

IMPORTANT - PLEASE NOTE
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error please contact the sender and destroy this email.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

------ End of Forwarded Message

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**