UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                    18-md-2865 (LAK)(RWL)
LITIGATION

This paper applies to:
18cv05151, 18cv05185, 18cv05186, 18cv05190, 18cv05194,
18cv05164, 18cv05180, 18cv05189, 18cv05193, 18cv05183,
18cv05147, 18cv05150, 18cv05158, 18cv05188, 18cv05192,
18cv04767, 18cv04770, 18cv05309, 18cv05299, 18cv05308,
18cv05305, 18cv05307, 19cv01785, 19cv01781, 19cv01783,
19cv01794, 19cv01798, 19cv01922, 19cv01800, 19cv01788,
19cv01870, 19cv01791, 19cv01792, 19cv01928, 19cv01926,
19cv01929, 19cv01803, 19cv01806, 19cv01801, 19cv01808,
19cv01810, 19cv01809, 18cv04833, 19cv01812, 19cv01813,
19cv01815, 19cv01818, 19cv01931, 19cv01918, 19cv10713.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRETRIAL ORDER NO. 53**
(Amended Referral Order of Trial 2 Cases for Settlement Purposes)

LEWIS A. KAPLAN, *District Judge.*

        The cases listed above are referred to Honorable Robert W. Lehrburger for settlement purposes.

        SO ORDERED.

Dated:      March 6, 2025

                                         Lewis A. Kaplan
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025